# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES HALL and<br>NANCI HALL, h/w<br>      **Plaintiffs,**<br>  v.<br>**SIG SAUER, INC., et al.**<br>      **Defendant.** | **NO. 3:23-cv-00978**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2025, based upon Plaintiffs' motion to compel responses to their written discovery, and any opposition thereto, and for good cause shown, it is hereby ordered that Plaintiffs' Motion is GRANTED. Cabela's Defendants (Cabela's, LLC, American Sportsman Holdings, Co., Bass Pro Shops, Inc., TMBC, LLC, Bass Pro Outdoor World, LLC, Cabela's Inc., Cabela's Wholesale Inc., and Cabela's), shall respond to Plaintiffs' written discovery served on December 23, 2025 within fourteen (14) days of the date of this Order.

                     _____

                                  J.