Law Offices Of
# McDonnell & Associates, P.C.
500 Route 70 West
Cherry Hill, NJ 08002
Telephone: 856-429-5300
Facsimile: 856-310-7900

**Elisa M. Boody, Esquire**  Lisa Uldschmidt, Paralegal
eboody@mcda-law.com  luldschmidt@mcda-law.com

July 1, 2025

*Via ECF*
Judge Joseph F. Saporito, Jr.
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

  Re: **James Hall et al v. Sig Sauer, Inc. et al**
     **USDC MDPA 23-CV-00975**
     **Our File No: 199.003**

Dear Judge Saporito:

  I represent the Cabela's and Bass Pro Defendants in the above-referenced lawsuit. I have been the primary attorney handling this matter on behalf of these defendants. I am writing with the consent of all counsel to disclose a family emergency and simultaneously ask the court for an extension of all deadlines in this case. I spoke with chambers yesterday, and they indicated that this letter was an acceptable method to bring this matter to the Court's attention.

  Unfortunately, my mother became gravely ill approximately two weeks ago while out of state and away from her home. For the better part of the last two weeks, I have also been out of state in Delaware to be by her side and assist with medical decisions. As of this writing, my mother is still hospitalized with no immediate discharge date. Further, my family and I are actively working to arrange medical transport from Lewes, Delaware to Pittsburgh, Pennsylvania, which is where she usually resides.

  I have conferred with all counsel representing the other parties in this case, and they have agreed to extend all remaining deadline by ninety (90) days. This extension will allow the Cabela's and Bass Pro Defendants to add additional counsel to the case, permit me to get them up to speed on e-discovery efforts, and address some outstanding discovery due to Plaintiff. Further, this additional time is necessary to conduct depositions in the case. Counsel for Plaintiff and Sig Sauer

begin a trial in Boston on July 14, 2025. Accordingly, due to my own immediate unavailability and that impending trial, many depositions in this case will need to take place August and September.

    Thank you for Your Honor's kind attention to this matter.

    Very truly yours,
**McDONNELL & ASSOCIATES, PC**

*/s/ Elisa Boody*
Elisa M. Boody, Esquire