# Exhibit H

```
 1                          - - -

 2          IN THE UNITED STATES DISTRICT COURT

 3        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 4                          - - -

 5   JAMES HALL AND NANCI HALL,: CIVIL ACTION
     h/w                     :
 6                           :
                 vs.         : No. 3:23-cv-00978-MEM
 7                           :
     SIG SAUER, INC.         :
 8

 9                          - - -

10              Thursday, August 14, 2025

11                          - - -

12          Video Recorded Deposition of EDWARD

13   JAMES MURPHY, JR., taken remotely via Zoom with

14   the witness being present at SIG SAUER, 72 Pease

15   Boulevard, Newington, New Hampshire 03801,

16   beginning at 10:08 a.m., reported stenographically

17   by Barbara C. Logan, Certified Professional

18   Shorthand Reporter and a Pennsylvania Notary

19   Public.

20                          - - -

21

22

23   Everest Job No. 42148

24

25
```

```
 1   A P P E A R A N C E S:
     (All appearances via Zoom)
 2


 3   SALTZ MONGELUZZI BENDESKY
     BY:  SAMUEL A. HAAZ, ESQUIRE
 4   One Liberty Place, 52nd Floor
     1650 Market Street
 5   Philadelphia, Pennsylvania 19103
     215.496.8282
 6   shaaz@smbb.com
        Representing Plaintiffs
 7


 8   LITTLETON JOYCE
     BY:  KRISTEN DENNISON, ESQUIRE
 9   4 Manhattanville Road, Suite 202
     Purchase, New York 10577
10   646.708.4844
     kristen.dennison@littletonjoyce.com
11      Representing Defendant SIG SAUER

12
     McDONNELL & ASSOCIATES, P.C.
13   BY:  ELISA M. BOODY, ESQUIRE
     500 Route 70 West
14   Cherry Hill, New Jersey 08002
     856.429.5300
15   EBoody@mcda-law.com
        Representing Defendants Bass Pro and Cabela s
16

17   ALSO PRESENT:

18   Jordan Kittrick, Video Specialist

19   Ericka Esposito, Esquire

20   Bradley Remick, Esquire

21

22

23

24

25
```

1                          I N D E X

2                             - - -

3        TESTIMONY OF:  EDWARD JAMES MURPHY, JR.

4        By Mr. Haaz.................................7,140

5        By Ms. Dennison..............................114

6

7                      E X H I B I T S

8                             - - -

9        NUMBER               DESCRIPTION                    PAGE

10       Exhibit 1            SIG SAUER Quality Manual         38

11       Exhibit 2            Email - Final Fault Test         93

12       Exhibit 3            Meeting Invites                 100

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 3:23-cv-00978-JFS    Document 95-10    Filed 11/26/25    Page 5 of 198

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

1                    DEPOSITION SUPPORT INDEX

2      INSTRUCTION NOT TO ANSWER:

3      Page        Line

4       (None)

5

6      REQUEST FOR PRODUCTION OF DOCUMENTS:

7      Page        Line

8       (None)

9

10     STIPULATIONS:

11     Page        Line

12      (None)

13

14     PREVIOUSLY-MARKED EXHIBITS REFERENCED:

15      (None)

16

17     MARKED QUESTION(S):

18     Page        Line

19      (None)

20

21

22

23

24

25

```
 1                        - - -

 2              P R O C E E D I N G S

 3                        - - -

 4            THE VIDEOGRAPHER:  We are now on the

 5      record.

 6            Today's date is August 14th, 2025,

 7      and the video time is 10:08 a.m. Eastern

 8      time.

 9            This is the recorded video deposition

10      of Edward James Murphy, Jr., being taken in

11      the matter of James Hall and Nancy Hall

12      versus SIG SAUER, Incorporated, et al., in

13      the United States District Court for the

14      Middle District of Pennsylvania.

15            My name is Jordan Kittrick.  I am the

16      video specialist.  The court reporter is

17      Barbara Logan.  We are both from Everest

18      Court Reporting.

19            All counsel appearing today will be

20      noted on the stenographic record.

21            Will the court reporter please swear

22      in the witness?

23            THE COURT REPORTER:  The attorneys

24      participating in this deposition acknowledge

25      that I am not physically present in the
```

1    deposition room and that I will be reporting

2    this deposition remotely.

3         They further acknowledge that, in lieu

4    of an oath administered in person, I will

5    administer the oath remotely.

6         The parties also agree that if the

7    witness is testifying from a state where I am

8    not a Notary, that the witness may be sworn

9    in by an out-of-state Notary.

10        It should be noted that I am a

11   Pennsylvania Notary.

12        If any party has an objection to this

13   manner of reporting, please state now.

14        (No response.)

15        Hearing none, Mr. Murphy, can you

16   please raise your right hand for me?

17        MR. MURPHY:  Yeah.  I'm sorry.  I

18   didn't catch the last part of that.  I think

19   you turned away from the microphone.

20        THE COURT REPORTER:  I apologize.

21        Could you please raise your right hand

22   for me?

23                    - - -

24        EDWARD JAMES MURPHY, JR., after having

25   been first duly sworn or affirmed, was

| | |
|---|---|
| 1 | examined as follows: |
| 2 | - - - |
| 3 | THE COURT REPORTER:  Okay.  Great. |
| 4 | You can put your hand down. |
| 5 | Keep your voice up for all to hear. |
| 6 | I am going to mute, and, counsel, |
| 7 | please begin. |
| 8 | - - - |
| 9 | E X A M I N A T I O N |
| 10 | - - - |
| 11 | BY MR. HAAZ: |
| 12 | Q.    Mr. Murphy, my name is Sam Haaz.  I'm |
| 13 | a lawyer with the firm Saltz Mongeluzzi Bendesky. |
| 14 | Today is your deposition. |
| 15 | Have you been deposed before? |
| 16 | A.    No, I have not. |
| 17 | Q.    Okay.  I'll go over a few ground rules |
| 18 | just so there's no confusion. |
| 19 | I'm going to ask questions.  I'd |
| 20 | expect you to provide answers to them. |
| 21 | If there's any question I ask that's |
| 22 | not clear, just let me know.  I'll try and clarify |
| 23 | it. |
| 24 | Okay? |
| 25 | A.    Correct.  Okay. |

```
 1          Q.      If you don't know the answer to one of

 2    my questions, stating you don't know is perfectly

 3    acceptable.  You know, you don't have to guess if

 4    you truly don't know the answer.  If you can

 5    reasonably estimate, I'd ask you to do so.

 6                  Okay?

 7          A.      Okay.

 8          Q.      All right.  If you need a break at any

 9    time, please ask.  We'll accommodate.  I don't

10    expect this to be a long deposition, but,

11    nonetheless, you know, if you -- if you need to

12    take a break for any reason, that's fine, as well.

13          A.      Okay.  Thank you.

14          Q.      With that, I -- I think we'll just get

15    going.

16                  Today you are here to testify on

17    behalf of SIG SAUER as a corporate designee.

18                  Do you understand that?

19          A.      Yes.

20          Q.      All right.  And the topics that you've

21    been designated for are just two topics.  So they

22    are Topic No. 6, the sourcing for component parts

23    of the P320, and Topic No. 7, quality control

24    procedures from inception of the P320 to present.

25                  Do you understand that?
```

1      A.      Yes.

2      Q.      And are you prepared to testify on

3  both those topics today?

4      A.      Yes.

5      Q.      What did you do to prepare?

6      A.      I had met with counsel, reviewed the

7  pertinent documents and reread a deposition -- or

8  the Notice make sure I understood the questions,

9  and that's about it.

10     Q.      Okay.  I don't want to know who you --

11  what -- what was said between you and counsel, but

12  you said "reviewed pertinent documents."

13          What documents were they?

14     A.      The -- the work instructions.  The

15  procedures.  You know, Quality Manual.  Inspection

16  protocols.  The router and build material for that

17  particular weapon.  And the overall, you know,

18  process, refresh the process that -- that we go

19  through for any kind of, you know, investigation.

20  And then the -- the records in the -- in the

21  range, the firing range, for that

22  particular weapon.

23     Q.      All right.  I tried to get down

24  everything you just said.  I don't think I did a

25  very good job.

 1                You said something about a -- a
 2      router?
 3          A.     Yeah.   The router that that gun was
 4      built to, the subject...
 5          Q.     And -- and what is a "router"?
 6          A.     A router is the manufacturing
 7      instructions.  As it goes through the -- the
 8      company -- as it goes through manufacturing, it
 9      calls out the -- it calls out the assembly
10      process.  It's a very structured document that we
11      follow when we build any particular weapon.
12          Q.     Is that document a quality control
13      document or an engineering document?
14          A.     It's a manufacturing document.
15      It's -- it's part of our manufacturing execution
16      system.
17          Q.     And where would that document be kept?
18          A.     It's -- resides within our business
19      information system, Oracle.
20          Q.     Okay.  You said "inspection
21      protocols."
22                What -- what inspection protocols did
23      you review?
24          A.     The -- the -- the work instructions
25      that have the required build checks.  We also --

1   as it goes through the range, the range record.

2   And then final inspection.  The procedures for

3   final inspection.  When the weapons come out of

4   the range, we go through a final inspection

5   process before we go to packing.

6        Q.    And you also talked about

7   investigation -- records related to an

8   investigation process.

9             What records did you review there?

10       A.    Well, we -- we have a

11  corrective action process when -- you know, when

12  we have any things we need to improve or any

13  problems we need to solve, we go through a

14  informal investigation process, and just looking

15  through that to see if there's anything pertinent

16  to this particular situation.

17       Q.    All right.  In terms of the

18  investigation process documents that you reviewed,

19  do you have those?

20       A.    Oh, it's a -- this particular

21  situation did not have investigation until just --

22  just coming up now.  There was no issues with the

23  weapon.  There was no issues with the

24  manufacturing process that would be recorded in

25  our -- in our -- you know, our investigation

Case 3:23-cv-00978-JFS    Document 95-10    Filed 11/26/25    Page 13 of 198

Deposition of Edward James Murphy, Jr.                James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

 1    process.

 2         Q.    Right.

 3              I'm -- I'm just asking.  You said you

 4    reviewed "investigation process documents" in

 5    preparation for this deposition.

 6         A.    Yes.  So I -- I looked through our

 7    corrective action log and looked for anything

 8    pertinent to this particular situation or -- or

 9    anything related.

10         Q.    And when you say "corrective action

11    log," does that relate to a particular serial

12    number?

13         A.    No.  Generally, it's a part of our

14    auto management system.  When we have anything

15    that comes up during production and -- and

16    sometimes in the field where we feel we need to do

17    a more formal process our -- our auto management

18    system and part of our -- our ISO registration

19    process is we open corrective actions for that.

20    We log them.  And then we -- we work and we close

21    them out.  And so, you know, what I did was I just

22    looked to see was there anything related to this

23    particular allegation within our corrective

24    action.

25         Q.    And when you say "this particular

1   allegation," what are you referring to?

2       A.      The allegation I saw in the Notice

3   of -- of Deposition was accidental discharge with

4   a drop from unknown height.

5       Q.      Did you say "known" or "unknown"?

6       A.      Unknown.

7       Q.      Unknown.

8               Okay.  So are -- are you saying

9   that -- let me just try and unpack this and

10  understand it.

11              If there is an issue that arises with

12  any gun, including the P320, and it's brought to

13  SIG SAUER's attention, they will go through an

14  investigation process; correct?

15      A.      Yes.

16      Q.      And that investigation process

17  includes the creation or logging of the issue and

18  the corrective action on a corrective action

19  activity log?

20      A.      Yes.

21      Q.      Okay.

22      A.      And -- and the first thing, I -- I

23  just want to point out, is that we first

24  investigate to see what is -- what is the actual

25  issue.

1           Is it a -- a topic that is product

2    related that we need to, you know, spend some more

3    time investigating and -- and...

4           Q.    And who conducts that investigation?

5           A.    Usually -- it depends.  It depends on

6    what the issue is.  It depends on what the

7    circumstances were.  And -- and we -- we don't

8    know that until we understand the problem a little

9    bit more.

10          Q.    Okay.  But, just -- I mean, you've

11   been doing this -- you've been at SIG SAUER since

12   2010; right?

13          A.    Correct.

14          Q.    So give me an example of who would be

15   the parties or employees at SIG SAUER who would

16   conduct the investigation process for potential

17   corrective action when an issue is brought to SIG

18   SAUER's attention.

19          A.    I think it's, kind of, a -- a little

20   bit of a broad question.

21          Can you be a little bit more specific

22   as to what type of...

23          Q.    Sure.

24          If -- if there is -- if there is a

25   potential issue brought to SIG SAUER's attention

1  for the -- a particular pistol, and to SIG SAUER,

2  you know, it's a -- a safety issue or a drop fire

3  issue or an issue that does not pass some

4  standard, and SIG SAUER decides, hey, we want to

5  look into this, who would be part of the team that

6  conducted that investigation?

7      A.      Again, it depends.  What we look to do

8  in that situation is get the -- the weapon of

9  issue, look at it, and say -- and -- and

10 understand what is the background of it.  Was it

11 handled -- was it -- properly?  Was it handled

12 safely?  Was it abused in any way, altered in any

13 way?  What was the characteristics of that

14 particular weapon?

15          And then we would determine who needs

16 to be involved in the investigation.  It could be

17 engineering.  It could be -- it's always a quality

18 person involved, but it could be engineering.  It

19 could be, you know, somebody from the planning

20 group.  It -- it depends on what the -- what the

21 situation is.  It's a --

22     Q.      It --

23     A.      -- it's not something we automatically

24 say this is the team that investigates it.  It

25 very much is specific, and we need to know more

1    about the problem, itself.

2         Q.    All -- all -- all fair.

3              I just want to try and clarify it for

4    my understanding.

5              If a report of an issue, for example,

6    drop fire issue, gets reported to a customer

7    service, would they then notify quality control,

8    and then you guys would make the initial

9    assessment or determination whether to open an

10   investigation and bring a team together to

11   determine if any correction -- corrective action

12   is needed?

13        A.    Again, it does depend.  They -- they

14   would log the call.  And if they believe that

15   there's a -- it's related to a quality topic, they

16   would get in touch with me.  And then we would

17   look to get the weapon here, to our shop, and go

18   through it, and then include whoever needs to be

19   included in that investigation.  But the customer

20   service handles calls all day long.  So they make

21   a determination as to whether something is related

22   to a -- a quality topic.

23        Q.    Is customer service within the quality

24   control department?

25        A.    No.

1    Q.    Okay.  And so does -- does customer

2  service -- do individual customer service

3  representatives, kind of, have discretion as to

4  what to escalate to your department in quality

5  control?

6    A.    They'll usually go through their --

7  their manager.  That's what it typically does.  We

8  don't get directly through customer service to us.

9  It goes through Chris, the manager of that group.

10    Q.    All right.  And you said you reviewed,

11  as part of the investigation process,

12  corrective action logs.

13         Were there ever any correction --

14  corrective action logs for the P320?

15    A.    The -- I can't -- that's a -- that's a

16  hard question to answer right here without going

17  through, you know, the whole log.  But there's

18  always issues that come up that could be related

19  to an assembly, you know, correction we need to

20  make.  It could be related to a -- something that

21  was found in -- in -- in the field.  It could be

22  an internal log department.  There's a lot of

23  things that it could be instead of a

24  correction action log.

25    Q.    All right.  And so my question is, is

Case 3:23-cv-00978-JFS    Document 95-10    Filed 11/26/25    Page 19 of 198

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

 1   there a corrective action log for the P320?

 2        A.     It's a general log.

 3        Q.     Okay.

 4        A.     It's all -- all issues of the company.

 5        Q.     All right.  So let me back up.

 6               Are you saying there is a

 7   corrective action log that spans all guns that the

 8   company makes?

 9        A.     It's, basically, guns, processes.

10   It's, you know, anything from findings during an

11   internal audit, findings from a third-party audit.

12   Things that we want to correct.

13        Q.     Yes.

14        A.     So it could be product related.

15        Q.     Yeah.  I -- I'm -- I'm just trying to

16   understand whether there's one correction ac- --

17   corrective action log for every single product

18   that SIG SAUER makes or whether the

19   corrective action log is broken up by pistol or by

20   some -- some other category.

21        A.     It's general for the company, but it

22   does categorize it.  It could be, you know,

23   dissected to particular models.

24        Q.     Is -- is it just, like, a

25   spreadsheet --

1      A.      Yes.

2      Q.      -- that you --

3      A.      -- it's a spreadsheet.

4      Q.      Okay.  And -- and so with that

5   spreadsheet --

6              MS. DENNISON:  Hold on.  Hold on.

7              Ed, please let Sam fully answer the

8        question [sic] before you start your response

9        because you're starting to step over him a

10       little bit, and I just want to make sure, let

11       him ask his whole question, and then just

12       take a breath and then answer, please.

13   BY MR. HAAZ:

14      Q.      All right.  And -- and so for this

15   corrective action log spreadsheet, with a simple

16   pivot table you could just identify the P320 only,

17   and it would show all the corrective actions of

18   the P320 taken from, you know, its inception to

19   present; right?

20              MS. DENNISON:  Objection to form.

21              THE WITNESS:  It depends.  The

22       corrective action log is by issue and -- or

23       by process, not necessarily by model.

24   BY MR. HAAZ:

25      Q.      Okay.  But what I'm saying is if it's

 1    a spreadsheet, and the models are identified in

 2    the spreadsheet, you can certainly isolate by

 3    model.

 4            A.      Yes.

 5            Q.      Okay.  Okay.  Did you review, in

 6    preparation for today's deposition, whether there

 7    was any corrective action log for drop fires with

 8    the P320?

 9            A.      Yes.

10            Q.      Okay.  Was there any corrective action

11    log for drop fires --

12            A.      No.

13            Q.      -- that you found?

14                    All right.  And -- and why wouldn't

15    there be corrective action logging for drop fires

16    for the P320 considering there was a voluntary

17    recall or voluntary upgrade program?

18                    MS. DENNISON:  Objection to form.

19                    THE WITNESS:  It was not a voluntary

20        recall.  Just so it's clear, it was a

21        voluntary upgrade.

22                    The issues, when we have an accidental

23        discharge, you, generally, log a problem when

24        you investigate and find there was something

25        that needs to be resolved.  That particular

1          weapon had been through multiple levels of

2          testing, governmental and -- and federal and

3          industry standard testing.  It passed with no

4          problem.  So it's a safe gun and --

5      BY MR. HAAZ:

6          Q.      What -- what do you mean when you say

7      "it passed with no problem"?

8          A.      It did not fail any of the testing

9      standards that we applied to it that were required

10     that require industry standards or -- and military

11     standards.

12         Q.      Okay.  So let's talk about that for a

13     second.

14                 With respect to drop -- drop testing,

15     what does the quality control department do?

16         A.      We do not do drop testing on guns.

17     They're finished weapons.  We don't drop weapons.

18     It's not safe practice.  It's not -- that's a form

19     of abuse that we would not do.

20         Q.      So are -- are you saying drop testing

21     is an unsafe practice?

22         A.      It depends.  Drop testing, to meet

23     standards, is what's required to demonstrate we

24     have a safe weapon.  Dropping a weapon is unsafe.

25         Q.      Right.

Deposition of Edward James Murphy, Jr.                James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

```
 1              But that's something that there are
 2   industry standards for because that is a -- a
 3   hazard that could happen in the field; right?
 4        A.       Correct.
 5        Q.       Okay.  And so SIG SAUER performs drop
 6   testing to make sure that it's as safe as possible
 7   when the gun is dropped?
 8              MS. DENNISON:  Objection to form.
 9              THE WITNESS:  Correct.
10   BY MR. HAAZ:
11        Q.       All right.  With respect to the drop
12   testing protocols, is that something that quality
13   control reviews?
14              Let me -- let me ask that question
15   again.  That's a bad question.
16              What does qual- -- what does the
17   quality control department do with respect to
18   making drop testing standards for SIG SAUER?
19        A.       We follow -- the quality control
20   department makes sure that we comply with the
21   standards that are applied.  The actual drop
22   testing that was done as part of design validation
23   would be covered by our engineering department.
24   When it gets released for production, that testing
25   has been done.  We make the parts, the print.  We
```

 1  assemble the weapon to requirements, and we test

 2  it.  We don't do drop test as part of production.

 3  That's -- that's already completed.

 4       Q.      So you said that the engineers do the

 5  initial drop testing as part of design validation?

 6       A.      Yes.

 7               When --

 8       Q.      And then when would quality control do

 9  drop testing?

10       A.      Quality control does not do drop

11  testing.

12       Q.      Okay.  And so who governs what

13  standards the engineers perform the drop testing

14  to for design validation?

15       A.      If it's a contract required, the

16  contract dictates that.  If it's, you know -- I

17  don't know who makes the contract, but it's

18  indus- -- industry standard, that would be

19  engineering.

20       Q.      Okay.  Does -- does quality control

21  have any oversight over the drop testing standards

22  for which the engineers do drop tests for design

23  validation?

24       A.      No.  The standards are the standards.

25  They're -- they're not something that SIG SAUER

 1   develops.  It's industry standards.  It's military

 2   standards.  It's what we're -- we work to comply

 3   with and do comply with.  So the engineering

 4   department, as part of the design phase, will do

 5   drop testing, of course, as part of their

 6   standards.  Quality control does not do anything

 7   to the standards.  Don't modify them.  Don't

 8   become very much involved in that.  That's a -- a

 9   validation exercise.  And then once it's released

10   for production, we know it's passed its tests.

11        Q.     Okay.  Well -- so when there is a drop

12   test performed by an engineer, or somewhere in the

13   engineer's direction, are the results of that drop

14   test shared with quality control?

15        A.     If requested.

16        Q.     Well, what does -- what does that

17   mean?

18        A.     If there's an issue -- if we feel

19   there's a -- a -- you know, a -- a concern or a

20   question with it, we will ask to see the test

21   validation results regardless of what the issue

22   is -- what the topic is.  We don't, as a matter of

23   course, review engineering's test results.

24        Q.     Well, let's say engineering wanted to

25   change the drop testing protocols.

1          Is that something they would have to

2     run by quality control?

3          A.     Yes.

4          Q.     All right.  And so you know that the

5     drop testing protocols were changed; correct?

6          A.     No.  I don't know that.

7          Q.     You didn't know that SIG SAUER changed

8     its drop testing protocols to drop at additional

9     heights and angles beyond the -- the minimum

10    industry requirements?

11         A.     For the -- when we were made aware

12    that there was an additional out-of-standard

13    condition that -- that the customer brought up to

14    us that -- for -- for the government work, we

15    wanted to accommodate that and enhance the safety

16    system.  Engineering, we did those tests to

17    accommodate that.  We made the changes to -- to

18    enhance the safety, and those additional angles

19    were included in that safety enhancement.

20         Q.     Okay.  Let's -- let me try to

21    understand that.

22              First, my question was you know that

23    the SIG SAUER drop testing procedure changed;

24    right?

25              Do you --

Case 3:23-cv-00978-JFS    Document 95-10    Filed 11/26/25    Page 27 of 198

Deposition of Edward James Murphy, Jr.                James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

1       A.      I -- yes.

2       Q.      Okay.

3       A.      Well --

4       Q.      When did it change?

5       A.      I don't know.

6       Q.      Okay.  You said it was around the time

7   that the military brought to your attention that

8   there was a drop fire issue with the M17, M18?

9       A.      Around that time.

10              MS. DENNISON:  Object to form.

11  BY MR. HAAZ:

12      Q.      Okay.  And that would have been in

13  2016 or 2017?

14              MS. DENNISON:  Objection to form.

15              THE WITNESS:  Yes.

16              MS. DENNISON:  And, Ed, you need

17          to not -- look, if I have an objection, you

18          need to wait to answer because I missed your

19          last answer because I was objecting at the

20          same time that you were answering.  So I

21          don't even know what your last answer was.

22          So just make sure only one person is talking

23          at a time, please.

24  BY MR. HAAZ:

25      Q.      Okay.  And when -- do you know what

Deposition of Edward James Murphy, Jr.                James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

```
 1   SIG SAUER's drop testing protocol was before and

 2   after the change?

 3        A.    Before it was the industry standard,

 4   the mili- -- the -- actually, the best protocol

 5   called out by this particular contract, which was

 6   the government standard.  Afterwards, I do not.

 7        Q.    Okay.  But the change in the drop

 8   testing procedures and standards would have been

 9   something that QC would have had to sign off on?

10        A.    It was an engineering document,

11   engineering change.  So I would not have signed

12   off on that.

13        Q.    Okay.  So the engineers can modify the

14   drop testing procedure without quality control

15   signing off?

16        A.    It's engineering development process,

17   so, yes, they -- they can.

18        Q.    All right.  How many people are in the

19   quality control department?

20        A.    Well, the -- in total, in- --

21   including inspectors within the machine shops and

22   also within production are, I should say high

23   quality, I would say about 150.

24        Q.    Okay.  And are you the head of that

25   division?
```

1    A.    Yes.  So it's a matrix organization.

2    So that managers of quality of the machine shops

3    report in to the machine shop.  They follow --

4    follow the same quality management system.  They

5    work -- we work together to deploy it.  They do

6    report to those areas.  I oversee the overall

7    system, plus the product quality part of it.

8    Q.    And how many QC managers are there?

9    A.    There are -- including the machine

10   shops, there are four managers, two supervisors.

11   Q.    So within the quality control

12   department there are four managers and two

13   supervisors?

14   A.    Yes.

15         Now, again, three of those are the

16   machine shops.

17   Q.    And what do the machine shops do?

18   A.    They make -- machine all of the -- you

19   know, all the machined parts that go into our

20   firearms, what we call "make" parts.

21   Q.    What you call what parts?

22   A.    Make.

23   Q.    Make parts.

24         All right.  So there are four

25   managers, three of which work in the machine shop.

1          The other manager that doesn't work in

2     the machine shop, what is that manager's title?

3          What do they do?

4     A.    He's the manager of product quality.

5     Q.    And what's the manager of prod- --

6     product quality's name?

7     A.    I'm sorry.

8          Can you repeat the question?

9     Q.    Yeah.

10          What's that person's name?

11    A.    Paul Catruch.

12    Q.    How do you spell his last name?

13    A.    C-A-T-R-U-C-H.

14    Q.    Okay.  And could you say his title

15    again?

16          I apologize.  I missed it.

17    A.    Senior manager of product quality.

18    Q.    And -- and is he the manager of

19    product quality across all SIG SAUER products?

20    A.    Across firearms and suppressers.

21    Q.    Firearms and suppressers.

22          Is there any QC manager that is

23    assigned to the P320 particularly, or that would

24    fall under Paul Catruch?

25    A.    The pro- -- all production falls under

 1    Paul.

 2        Q.      Okay.  And then you said there are two

 3    supervisors above the four managers.

 4                Who are they, and what are their

 5    titles?

 6        A.      No, the two supervisors below Paul.

 7    One is the supervisor of the assembly quality

 8    engineers.  We have quality engineers for assembly

 9    line.  And a supervisor for the inspection -- the

10    inspectors.

11        Q.      All right.  And then Paul Catruch

12    reports to you?

13        A.      Correct.

14        Q.      All right.  So putting aside the

15    machine shop managers, it's you and then Paul

16    Catruch.

17                And Paul Catruch has responsibility

18    for overall product quality of all firearms and

19    suppressers?

20        A.      Correct.

21        Q.      All right.  I want to talk about topic

22    six for a minute.  It's not going to be long, but

23    I want to jump will there and then jump back.

24                The sourcing of components for the

25    P320.

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

```
 1                    You spoke briefly about make parts.

 2                    The other parts are MIM parts; right?

 3          A.        The other parts are buy parts.

 4          Q.        Buy parts?

 5          A.        Yes.  Which include MIM.

 6          Q.        Okay.

 7          A.        Stamps.  Stamping sprays.  MIMs.

 8          Q.        All right.  So if we can just talk

 9   briefly about the difference between make parts

10   and MIM parts.  I think I understand what make

11   parts are.

12                    And just correct me if -- if I'm

13   wrong, but they're parts that require some human

14   to actually machine the part; fair?

15          A.        For the make parts; correct.

16          Q.        Okay.  And -- and for the other parts,

17   could you just explain broad categories, and then

18   we'll get more specific?

19          A.        Can you repeat the question?

20          Q.        Sure.

21                    Aside from make parts, what is the

22   other type of part?

23          A.        Buy parts.

24          Q.        And then within buy parts, what are

25   the subcategories?
```

1        A.      It's springs, pins, stampings and

2    metal injection molded parts, MIM.

3        Q.      All right.  For the P320, are there

4    any make parts?

5        A.      Yes.

6        Q.      What are the make parts in a P320?

7        A.      The slide.  The -- the barrel.  We do

8    some machining on the stamp part called the

9    receiver.

10       Q.      All right.  Other than the slide, the

11   barrel and the receiver, are there any other make

12   parts for the P320?

13       A.      I'm not completely sure.

14       Q.      That's fair.

15               If -- if you don't know, that's --

16   that's totally fine.

17               With respect to the buy parts, the

18   metal injected molded parts, the stamp parts,

19   springs, pins, for the P320, where did those come

20   from?

21       A.      They come from a vendor outside -- you

22   know, outside supplier, INDO-MIM.

23       Q.      Okay.  And INDO-MIM is an Indian

24   company; correct?

25       A.      Indian company.  They make a lot of

```
 1   their parts in the United States, as well.

 2       Q.    Okay.  I believe they have some sort

 3   of presence in San Antonio, Texas.

 4            Correct?

 5       A.    Correct.

 6       Q.    But the parts that SIG SAUER gets that

 7   are from INDO-MIM for the P320 are manufactured in

 8   India and then shipped to SIG SAUER; fair?

 9            MS. DENNISON:  Objection to form.

10            Go ahead.

11            THE WITNESS:  They're actually San

12        Antonio, as well as India.

13   BY MR. HAAZ:

14       Q.    Okay.  I'm -- I'm sure there are some

15   that are San Antonio.

16            But would you agree the vast majority

17   are -- are manufactured in India and then

18   shipped --

19       A.    No, that's not correct.

20            MS. DENNISON:  And let him ask the

21        full question first because I was going to do

22        an objection.  So I just need you to take a

23        breath in between questions and the answer,

24        please.

25   BY MR. HAAZ:
```

1        Q.      Okay.  Why is that not correct?

2        A.      Because many of the parts are made in

3    San Antonio.

4        Q.      Okay.  Which ones?

5        A.      There's a list, depending on the

6    model, of 16 to 22 parts that majority of them are

7    made in San Antonio.

8        Q.      Okay.  We're -- we're just talking

9    about the P320.

10              Are you testifying under oath that you

11   have knowledge that the majority of the INDO-MIM

12   parts for the P320 are manufactured in San Antonio

13   versus India?

14              MS. DENNISON:  Objection to form.

15              THE WITNESS:  Repeat the question.

16   BY MR. HAAZ:

17       Q.      Sure.

18              Are you testifying here under oath

19   that you know for certain that the majority of the

20   INDO-MIM parts for the P320 are manufactured in

21   San Antonio versus India?

22              MS. DENNISON:  Objection to form.

23              THE WITNESS:  I -- I can't answer that

24       in full.  It's too broad.

25   BY MR. HAAZ:

1    Q.    Okay.  I think we can agree that the

2  buy parts are made by INDO-MIM.  Some are in San

3  Antonio.  Some are in India.

4         Fair?

5    A.    Yes.

6    Q.    Okay.  And what is the quality control

7  process to ensure that the MIM parts and other

8  parts from INDO-MIM meet SIG SAUER standards?

9    A.    Well, we have a full inspection

10 protocol that they -- first of all, they make

11 parts to our prints.  They're contracted through

12 our purchasing system.  They do a full inspection

13 before they leave their factory.  They come to

14 SIG.  We have inspection protocols, as well, on

15 our incoming inspection side where we go through

16 the parts, inspect a sample of the parts.  And

17 then, you know, as we go through the build

18 process, our required build checks will also, you

19 know, ensure that the parts are to -- to spec.

20         The starting point is that they

21 inspect their parts to our drawings, our guidance

22 on inspection sheets.  We -- they provide the data

23 to us ahead of time.  We review the data.  And

24 that's the starting point of accepting the parts

25 into the factory.  And then we do a separate

1    supplemental inspection.

2        Q.    All right.  Where does the

3    supplemental inspection takes place?

4                In New Hampshire?

5        A.    Yes.

6        Q.    Okay.  And --

7        A.    Now, we -- we have inspectors, as

8    well, in -- at SIG in San Antonio that inspect our

9    parts for us, but do that on -- in their plant.

10   So they can be -- we can be assured that the parts

11   that are coming to us are fully conforming.

12       Q.    For the inspection, do you inspect, or

13   does SIG SAUER inspect, you know, one out of every

14   ten, one out of every 50, or every single part

15   that goes into every single gun?

16       A.    It depends.

17       Q.    Okay.  Well, so fair to say that, you

18   know, SIG SAUER doesn't inspect every single part

19   that goes into every single gun?

20                They'll inspect a certain number?

21       A.    That's correct.

22       Q.    All right.  Do you know what that

23   number is with the P320?

24       A.    It depends.

25       Q.    And what does it depend on?

1    A.    It depends on whether there are

2    contractual requirements, whether it's just purely

3    commercial, and, you know, whether it's a first

4    article.  Because every part goes through what we

5    call a first article process, where we do a larger

6    selection of parts.  It depends on those factors.

7    Q.    What -- how would it depend by

8    contract?

9    A.    The contract?

10    Typically, the government contracts

11    all have mil-standard that we comply with for

12    sampling.  And -- and so that's how we set up our

13    inspection process for those contracts.

14    Q.    Okay.  And do you know offhand what

15    the military standard for sampling requires in

16    terms of inspecting buy parts?

17    A.    Depends on the -- on the sample

18    size -- on the population size, on the quantity,

19    and what they dictate to be the inspection levels.

20    Q.    Okay.  So you don't know offhand what

21    the mil requirement is for --

22    A.    The Mil-Standard 1916 is what the

23    inspection standard is for the government, and

24    it's a fairly comprehensive document that boils

25    down to what the sampling population size is and

 1  what the -- the level that's assigned to the parts

 2  in the contract.

 3      Q.    And -- and if there was no contract,

 4  what does SIG SAUER require with respect to

 5  sampling?

 6      A.    We usually sample three random parts.

 7      Q.    Three random parts out of how large of

 8  a -- of a universe?

 9      A.    About for the receipt.  That receipt

10  could be, you know, couple hundred.  Could be a

11  thousand.

12      Q.    Okay.

13      A.    But, you know, I -- I do -- do want to

14  clarify, these parts have already been fully

15  inspected at the supplier, and they've sent us

16  inspection documents we've been through, and we're

17  just do an overcheck.

18      Q.    Sure.

19            All right.  I want to show you what

20  I'll mark as exhibit one.  And I'll share my

21  screen.

22                    -  -  -

23            (Whereupon the document was marked,

24      for identification purposes, as Exhibit No.

25      1.)

Deposition of Edward James Murphy, Jr.                     James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

```
 1                         - - -
 2    BY MR. HAAZ:
 3         Q.    All right.  I'm going to zoom out so
 4    you can, kind of, see the whole document.
 5               Do you see this SIG SAUER Quality
 6    Manual?
 7         A.    Yes.
 8         Q.    All right.  And this is a 30-page
 9    document.  I'll just show you the first page and
10    the last page so you see it.
11               And this is SIG-QC DOCS 184 to SIG-QC
12    DOCS 213.
13               Do you see that?
14               I'm just going to scroll back up, and
15    we'll just go through some of the pages here.
16               Did you draft this document?
17         A.    Yes.
18         Q.    All right.  Okay.  Do you know when
19    this document was created?
20         A.    I can't answer that directly.  There
21    is a revision table at the very end.
22         Q.    All right.
23         A.    Or, actually, this one is in --
24         Q.    I'll tell you what.
25         A.    -- the beginning.
```

1    Q.    I think I know what you're talking

2  about here.

3          And we're looking at the seventh page

4  of the document.

5    A.    It's actually the sixth.  It's one --

6  it's one page up.

7    Q.    Okay.  We're looking at page six.

8    A.    Yes.

9    Q.    All right.  It says:  Revision Level

10  18.  Page six.

11          Does it say what year this was from?

12    A.    Well, that's -- if you look over on

13  the amendment records, 2003.  The original Quality

14  Manual predated my joining the company.

15    Q.    Right.

16          I'm -- I'm just saying if we scroll

17  down to the second page, page seven, the last

18  revision is November 9th of 2016; right?

19    A.    I don't believe that's true.

20    Q.    Okay.  I mean, I'm just looking at the

21  last entry here.  It says November 9th, '16.

22          I'm not trying to fight on this.  I --

23  I just -- I just want to know if you agree that

24  this would have been the -- the document -- the

25  Quality Manual as of, you know, November of 2016.

1        A.      As of November 2016, that is correct.

2        Q.      All right.  Do you know what -- what

3    revision level there is now?

4        A.      Not off the top of my head.  It's --

5        Q.      All right.

6        A.      -- something I could check.

7        Q.      Fair -- fair to say this document is a

8    living document that gets revised from time to

9    time?

10       A.      Yes, it is.

11       Q.      All right.  I -- I want to go to, let

12   me see here, the third page.

13              And this is -- if we look at the

14   bottom, SIG SAUER Quality Policy, this is, kind

15   of, the -- the mission statement; is that right?

16       A.      It's -- it's deployed -- flows down

17   from the mission division of the company.

18       Q.      Okay.

19       A.      So our mission is a little bit higher

20   on this, and -- and this flows from those mission

21   revisions.

22       Q.      All right.  And so --

23       A.      (Crosstalk.)

24       Q.      I apologize.  I thought you were done

25   speaking.

1          In -- in terms of the bottom three

2    bullet points, one of the quality policies, the

3    first, is to provide defect-free products; right?

4          A.    That's correct.

5          Q.    And the third says:  Continuous

6    improvement of all aspects of our quality

7    assurance system.

8          A.    Correct.

9          Q.    Does SIG SAUER attempt to make

10   continuous improvement to the pistols that it

11   manufactures?

12         A.    Yes.  We -- we do.

13         Q.    And so, with respect to the P320, and

14   the drop fire issues, specifically, because that's

15   what this case is about, do you know if there were

16   any efforts to make improvements to the P320 from

17   drop fire from 2014 through 2016?

18              MS. DENNISON:  Objection to form.

19              THE WITNESS:  No, I'm not aware.

20              Again, it passed all -- all industry

21        test -- testing, all governmental testing.

22        So we would know -- I'm not aware of any of

23        those, no, at least, in those time frames.

24   BY MR. HAAZ:

25         Q.    All right.  The next page -- well, the

```
 1   next page, in terms of Quality Objectives states:
 2   SIG SAUER, Inc. management team will establish
 3   quality objectives which support the firm's
 4   quality policy.
 5            Who -- who's the management team in
 6   that sentence?
 7        A.    The management team is the senior
 8   management team.  It's myself.  It's my boss.
 9   It's other VPs.  There's developers called a key
10   performance indicator system, and -- and quality
11   is part of that.  It's part of our goal tree that
12   goes to the CEO.
13        Q.    All right.  You said you're part of
14   the management team.  Your boss is part of the
15   management team.
16            Who's your boss?
17        A.    Ron Goslin.
18        Q.    Ron Goslin?
19        A.    Correct.
20        Q.    And remind me of his title.
21        A.    He's executive vice president of
22   operations and COO.
23        Q.    Okay.  You said there were other vice
24   presidents as part of the management team.
25            Do you know their job titles and
```

Case 3:23-cv-00978-JFS    Document 95-10    Filed 11/26/25    Page 45 of 198

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

1    names?

2         A.     Yeah.   Jeff Powers, vice president of

3    operations and continuous improvement.

4         Q.     Okay.

5         A.     And Dave Beuhler.   He's the vice

6    president of machining.

7         Q.     Okay.   Anyone else?

8         A.     Amanda Hasevlat.

9         Q.     Okay.

10        A.     Vice president of sales operations.

11        Q.     All right.

12        A.     And also the vice president of

13   facilities and vice president of -- of security,

14   also.

15        Q.     All right.   And is someone from

16   engineering also included?

17        A.     Yes.

18        Q.     And is that Adrian Thomele?

19        A.     Correct.

20        Q.     Am I pronouncing his name right; by

21   the way?

22        A.     Yeah, Thomele, T-H- -- it's pronounced

23   Thomele.

24        Q.     Okay.

25        A.     Yeah.

1     Q.    All right.  And so how often did the
2  management team meet?
3     A.    Well, we go -- we -- I mean, we -- we
4  always meet, but when we develop objectives, we
5  look at what we did the prior year, when you look
6  at the -- the goal tree objectives, which are
7  established by the company's management team, Ron
8  Cohen's team, and then within that are all the
9  objectives.  And we establish goals based on where
10 we've been and improvement targets that we -- we
11 have in front of us.  We go through that,
12 establish what the goal is going to be for a given
13 year.  Then we review those, and -- and the
14 employees start working for them.
15    Q.    Okay.  You -- you said a few things
16 that I just don't know what they mean.
17          You talked about a performance
18 indicator system.
19          What's that?
20    A.    It's a KPI system.  It's -- it goes
21 across the company, and it's tied to what we call
22 our goal tree.  So, you know, we have the mission
23 division of the company.  We have our strategic
24 objectives that, you know, go across all
25 business-related items, whether it be marketing,

1    finance, sales, engineering, product development.

2    Quality is included in that, and other -- any

3    other initiatives.  It's at company level.  And

4    within that goal tree, from that, the key

5    performance indicators is our -- is our

6    measurement system.  Those are how much are we

7    going to reduce our costs of poor quality every

8    year?  What do we want our returns to be reduced

9    to in a given year?  So it gets -- starts at that

10   key performance indicator, which ties into, again,

11   strategy, and it deploys down to individual areas.

12        Q.    Okay.  You said that Ron Cohen's team,

13   the management team, makes the goal tree

14   objectives.

15        A.    They -- they establish the goal tree

16   and -- and establish top line objectives; correct.

17        Q.    And -- and who is on Ron Cohen's

18   management team?

19        A.    That, I -- I can't answer.

20        Q.    You don't know?

21        A.    No, I don't.

22        Q.    Okay.

23        A.    However, the -- I can say with the

24   quality they're -- the goal -- the basic areas to

25   cover are given to me to look at and say what we

1    want to use as objectives, and I review those as

2    part of the development of the overall goal tree.

3          Q.    Okay.  So when you say you develop

4    part of the overall goal tree, what part do you

5    develop?

6          A.    The -- the quality portion of it.

7          Q.    Okay.  And -- and with respect to the

8    quality portion of it, that does not involve

9    something like drop testing?

10         A.    If there was an issue with drop

11   testing that we needed to address as a company, it

12   wouldn't necessarily make it to that level, but it

13   would be bed- -- it would be embedded in one of

14   the goals, for instance, engineering development;

15   if that's what...

16         Q.    What does that mean, it would be

17   embedded in one of the goals of engineering

18   development?

19               I just don't understand.

20         A.    It would be one of their development

21   projects that -- that they would roll up to -- you

22   know, in a given year, they do so many development

23   projects, so much, you know, engineering

24   development work, and this would be one of those

25   if it was considered that -- something that --

```
 1   that -- that needed to be addressed.
 2        Q.    All right.  So just so I understand.
 3              If a -- a drop fire issue arose, and
 4   it -- it was something that needed to be
 5   addressed, that would be a development project
 6   that would be included in the goal tree for that
 7   given year?
 8        A.    It would be included in the list of
 9   projects that would be attended to in that given
10   year.
11        Q.    And in terms of a list of projects
12   that would be attended to in a given year, is that
13   by -- by gun?  By product?  By something else?
14        A.    That, I -- I don't know.
15        Q.    Well, I'm just trying to understand.
16              This -- this goal tree is a document;
17   correct?
18        A.    Yes.
19        Q.    Okay.  And it -- it's a document that
20   is year by year?
21              For example, goal tree 2017?  Goal
22   tree 2018?
23        A.    Yes.
24        Q.    Okay.  And the goal tree, I mean, what
25   does it look like?
```

1          Is it a -- is it a short, kind of,

2    bullet point one or two-page document or is it,

3    like, a hundred page --

4          A.     No, it's a short document.

5          Q.     Short document.

6                 Okay.  And that just outlines

7    the -- the goals for a given year?

8          A.     Correct.

9          Q.     All right.  So if the P320 -- we're

10   talking back in 2012, let's say.

11                Was -- SIG SAUER wants to make a

12   striker fire pistol.  They haven't named it yet.

13   They don't know, you know, what they're going to

14   call it, but they know they want one, and they're

15   putting resources to develop it.

16                That would be on a goal tree for 2012

17   or 2013; is that right?

18         A.     I'm talking current time.  I can't

19   tell you what was in place in 2012, 2013 in terms

20   of engineering development.

21         Q.     All right.  If -- if there is an

22   improvement that is needed for a particular

23   firearm, would that be included on a goal tree?

24         A.     In to- -- toda- -- in today's

25   environment, it would be -- there's a list of

 1    projects that engineering works on that are part

 2    of broadly -- the -- the goal tree -- the goal

 3    tree doesn't talk specific projects, necessarily.

 4    It just gives what the overall top-level goals

 5    are.  The individual projects are at the

 6    engineering level.

 7              Back in 2012, I can't answer that.

 8        Q.    Well, how -- how about in 2016 or

 9    2017?

10        A.    I can't answer that at that time,

11    either.

12        Q.    Have you ever seen a goal tree that

13    included a planned improvement to a -- a product?

14        A.    It would not be on the goal tree.

15    Again, it would be at the lower level that would

16    say we're going to be doing 16 -- as an example,

17    16 improvement projects.  And it might be on that

18    list of what's considered an improvement was

19    needed to that.

20        Q.    All right.  I want to scroll to, let's

21    see, this is page ten of this document.  This is

22    a -- an interactive process, looks like, workflow.

23              I'm going to zoom in a little bit

24    because it's small and hard to read.

25              And if you need me to scroll somewhere

1  else, just let me know.  I'll be happy to do so.

2            No. 9 -- and I'll give you some

3  context.

4            But No. 9 provides:  Inspect and test

5  product in-process and upon completion to assure

6  conformance to requirements.

7            Do you see that?

8     A.     Yes.

9     Q.     All right.  And I want to talk about

10 that No. 9 with respect to the P320.

11            As a policy, SIG SAUER requires that

12 its pistols be inspected and tested to assure

13 conformance to its requirements; right?

14     A.     That's right.

15     Q.     And SIG SAUER has its own internal

16 requirements in addition to industry standards?

17     A.     That's correct.

18     Q.     And there's nothing preventing SIG

19 SAUER from testing above industry minimum

20 standards?

21     A.     Yeah, if deemed necessary.

22     Q.     Okay.  And the inspection and testing

23 process is not necessarily managed or supervised

24 by quality control; correct?

25     A.     No, that's not correct.

1    Q.    Okay.  I thought when we were talking

2   about drop testing you said if -- if there weren't

3   issues brought to quality control's attention,

4   it's up to the engineers to do that testing?

5    A.    Yeah.  This box is when we're

6   manufacturing prod- -- a product, it's inspection

7   and testing the product in-process and upon

8   completion of manufacture of that process --

9    Q.    All right.  I'm -- I'm sorry.  And I

10   didn't mean to --

11         MS. DENNISON:  You guys have to stop

12      talking over each other, please.

13         MR. HAAZ:  Thank you, Kristen.

14   BY MR. HAAZ:

15    Q.    Does -- are you saying that this

16   document relates only to -- I'm sorry.  Let me

17   repeat that.

18         Are you saying that page ten only

19   relates to initial manufacture of a product, not

20   continuous improvement thereafter?

21         MS. DENNISON:  Objection to form.

22         THE WITNESS:  This page talks about

23      the interaction of processes that we have

24      within the company.  The box you were talking

25      about is when you get down to manufacturing

1          of that product, Box No. 9.

2                    Up on top is where you evaluate the

3          requirements and -- and look at suitable

4          products, receive the contracts or orders,

5          and then we -- we design/develop products to

6          satisfy those products through a controlled

7          drawing specifications, box three.  That's

8          where the design part of it is.

9     BY MR. HAAZ:

10         Q.    Right.

11               And then No. 8 --

12         A.    We go through planning, buying,

13    receiving, manufacturing.

14               Then we inspect and test as we build;

15    right?

16               We have in-process inspections as part

17    of our required build checks.  We also have our

18    automated test system that's part of the -- the

19    end of the build process.  That is where we -- we

20    do our in-process checks.

21         Q.    And as part of the continuous

22    improvement process, do -- do you no longer

23    inspect and test the product?

24               MS. DENNISON:  Objection to form.

25               THE WITNESS:  That's a very broad

Case 3:23-cv-00978-JFS    Document 95-10    Filed 11/26/25    Page 55 of 198

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

```
 1          question.
 2     BY MR. HAAZ:
 3          Q.      Okay.  Well --
 4          A.      Could you be more specific?
 5          Q.      Sure.
 6                  I -- for No. 9, right -- eight, you
 7     manufacture the product in a controlled manner,
 8     and then you go to No. 9, inspect and test the
 9     product; right?
10          A.      Yes.
11          Q.      Okay.  And SIG SAUER's committed to
12     continuous improvement of the products even after
13     they're first brought to market?
14          A.      That's correct.
15          Q.      All right.  And as part of the
16     continuous improvement of products, there are new
17     components made for those products to improve
18     them; fair?
19               MS. DENNISON:  Objection to form.
20               THE WITNESS:  Yes, there's a
21          controlled process for introduction --
22          introducing components.  Once they're tested,
23          delegated by engineering, and that,
24          basically, goes back to the top of this flow
25          chart.
```

```
 1   BY MR. HAAZ:
 2        Q.    Okay.  And -- and there should be
 3   continued testing when there are new components
 4   being introduced to the gun; right?
 5              MS. DENNISON:  Objection to form.
 6              THE WITNESS:  In manufacturing, we
 7        produce to the drawings.  We produce to the
 8        test protocols we have to in place.  Any
 9        validation testing to -- to develop new
10        components is done prior to getting released.
11        All components go through a first article
12        process.  Validate they meet the
13        requirements.  Then they get to manufacture.
14        And we -- we build to work instructions.  We
15        build to our inspection, our required goal
16        checks and our testing protocols.
17   BY MR. HAAZ:
18        Q.    Okay.
19        A.    We do not do validation testing in
20   production.
21        Q.    Is drop fire a validation test?
22        A.    Drop fire is -- the drop fire is done
23   at the very beginning of a product before it's
24   introduced, to ensure that the design and the --
25   you know, it's -- the manufacture of that will
```

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

1    meet the requirements of the standards that are in

2    place or the -- or the -- any other requirements

3    that we may impose ourselves.  That's done

4    upfront.

5        Q.    Okay.  And so is that design

6    validation testing?

7        A.    Yes.

8        Q.    All right.  And because it's design

9    validation testing, it's done upfront; right?

10            Did you hear my question?

11       A.    Oh, I'm sorry.

12            Can you repeat that?

13            I --

14       Q.    Sure.

15            Because it's design validation

16   testing, you said it's done upfront?

17       A.    It's done before it's released into

18   production.

19            MS. DENNISON:  Sam, when you get a

20       chance, can we take a break?

21            MR. HAAZ:  Yeah.

22   BY MR. HAAZ:

23       Q.    And after the drop testing that is

24   done as part of the upfront design validation

25   testing, did SIG SAUER, I guess -- let me strike

1    that and ask that question again.

2              So I want to go back to talking about

3    in 2014 after the P320 is brought to market and

4    you've already done drop testing for design

5    validation.

6              Does QC have any policies or

7    procedures that would require continued drop

8    testing in 2015, 2016?

9              MS. DENNISON:  Objection.  Form.

10             THE WITNESS:  Not specifically.  We

11        follow the -- you know, work with

12        engineering.  If there's something that needs

13        to be resolved, we just work with them on it

14        and -- and introduce it at the right time

15        when the testing has been completed.  There

16        is a process for design changes that the

17        company uses that would introduce any new

18        changes into our -- our production system,

19        and that would be controlled by that process.

20    BY MR. HAAZ:

21        Q.    Just a couple more, and then we'll

22    take a break.

23              You said if -- if something needs to

24    be resolved, engineering would get quality control

25    involved, and you would do, potentially,

1    additional testing, like, drop testing after the

2    product is first introduced; correct?

3              MS. DENNISON:  Objection.  Form.

4              THE WITNESS:  That's not correct.

5              That's -- that's very broad.

6              If there is an issue that -- that is

7         detected during manufacturing, we would get

8         engineering involved.  Drop testing is not

9         one of those issues that we've ever seen or

10        that we've ever -- because we don't drop our

11        guns.  So...

12   BY MR. HAAZ:

13        Q.    What -- what do you -- what do you

14   mean when you say, "we don't drop our guns"?

15        A.    We don't drop finished pistols

16   that's -- that are going to customers.  That's...

17        Q.    Of course.

18              But you have guns that are designated

19   for testing; correct?

20        A.    They've been tested.  They're part of

21   the engineering development.  They're not part of

22   production.

23        Q.    But quality control also is involved

24   in development; correct?

25        A.    What -- to some degree it's --

1        Q.      Well -- go ahead.

2        A.      Engineering development is done as

3    a -- you know, to meet the specs and the

4    requirements of -- of, you know, whatever the

5    particular model is, whatever the particular

6    customer is.  Product quality gets involved when

7    the product is released into manufacture.  We're

8    aware of and -- and, you know, any -- you know,

9    meet with the teams on the product development

10   schedules, the risks and things like that, but we

11   don't have a role in the actual quality testing of

12   design development.

13              MR. HAAZ:  All right.  I think we can

14       take a break, Kristen.

15              MS. DENNISON:  Thanks.

16              THE VIDEOGRAPHER:  11:14 a.m., off the

17       record.

18                          - - -

19              (Whereupon a recess was taken from

20       11:14 a.m. until 11:27 a.m.)

21                          - - -

22              THE VIDEOGRAPHER:  11:27 a.m., on the

23       record.

24   BY MR. HAAZ:

25       Q.      All right.  Mr. Murphy, before I was

```
 1   showing you what was marked exhibit one.  I'm
 2   going to pull it up again; if I can find it.
 3              Shame on me for closing the Share.
 4              Okay.  Here we go.
 5              So if we scroll back up to page one,
 6   this is the SIG SAUER Quality Manual.  We were
 7   looking at page ten before.
 8              Is it the role of quality control to
 9   ensure compliance with this 30-page policy
10   document?
11        A.    It's the -- the -- the role of
12   everybody to ensure compliance.
13        Q.    Okay.
14        A.    It's, like --
15        Q.    My question was, is it the role of
16   quality control?
17        A.    It's a broad question.
18        Q.    Okay.
19        A.    Can you -- can you talk -- ask -- what
20   do you mean by that?
21        Q.    Well, I mean, does quality control
22   ensure compliance with this policy with other
23   departments?
24        A.    Yes.  We do that through an internal
25   audit program.
```

1    Q.    Okay.  And how often does quality

2  control perform internal audits to ensure

3  compliance with the policy?

4    A.    We perform several audits a month.  So

5  every year we go through and we do a -- a review

6  of what areas -- what processes that we want to

7  focus on in an ensuing year, and then develop the

8  audit plan based on that.

9    Q.    All right.  Has the P320 ever been

10  subject of any quality control internal audits?

11    A.    It -- the design and development

12  process has.  So we -- we do it on a process

13  basis.  So the design development process will be

14  audited.  Specific to any particular product, we

15  do not.

16    Q.    What do you mean specific to any

17  particular product you don't?

18    A.    Well, what I mean by is when we do a

19  process audit, you go through, and you look in

20  general how do we do development?  How do we do

21  the drawings?  How do we handle changes?  How do

22  we do our -- the testing in accordance with our

23  design development procedures?

24          And the 320 may be, you know, one of

25  the models that's selected to look at.  It could

Case 3:23-cv-00978-JFS    Document 95-10    Filed 11/26/25    Page 63 of 198

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

 1    be --

 2         Q.    Well --

 3         A.    -- something else.  It's not --

 4         Q.    -- are they selected at random?

 5         A.    It -- it could be.  It -- it could be.

 6    It's up to the audit team to determine -- and

 7    the -- the auditees as to what's going to

 8    production, what is considered to be something

 9    that's new, something that we want to, you know,

10    have some, you know, audit of.

11         Q.    Well --

12         A.    So it's -- it's determined year by

13    year, and there's a process that we go through to

14    determine that.

15         Q.    Okay.  And why would the SIG P320

16    design and development project -- process subject

17    to internal audit?

18         A.    The --

19              MS. DENNISON:  Object to form.

20              THE WITNESS:  -- design and

21         development process in general, not the P320.

22    BY MR. HAAZ:

23         Q.    I -- I understand that.

24              Why was the design and development

25    process of the P320 subject to internal audit?

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

1      A.      We go through a risk -- a matrix of

2    processes across the company every year.  And we

3    look at impact to customers, you know, impact to

4    the company, new products, and we weight.  We do

5    go through a ranking process to determine which --

6    whether it's customer satisfaction we want to

7    review, it's, maybe, machining.  It sometimes is

8    design development that makes it to the -- to the

9    list.  We look at how many audits we have.  What

10   the rank -- the forced ranking is.  And -- and

11   then we -- we draw the line, and we do audits on

12   the highest-ranking processes.  Engineering

13   development may show up in a given year.  It could

14   be customer complaints.  That's -- that's an input

15   to it.  It could be, you know, a -- a management

16   review topic.  It could be a number of things that

17   are -- that are weighted against other processes.

18      Q.      And -- and I -- I get all that, and

19   thank you for that.

20              But I'm just asking, specifically, why

21   was the P320's design and development process

22   subject to internal audit?

23              MS. DENNISON:  Objection to -- to

24         form.

25              I mean, he hasn't said that.

```
 1                    THE WITNESS:  Right.
 2     BY MR. HAAZ:
 3          Q.    Well --
 4          A.    I -- again, I did not say it's
 5     specific to 320.  I said specific to design and
 6     development.
 7          Q.    Well, my -- my question was do you
 8     know -- my first question was do you know whether
 9     the P320 was ever subject to an internal audit?
10               And you said, yes, the design and
11     development process.
12          A.    The design and development process was
13     subject to internal audit.
14          Q.    Okay.  So my question is what about
15     the P320's design and development process made it
16     subject to an internal audit?
17               Why?
18               MS. DENNISON:  Objection to form.
19               THE WITNESS:  Again, that's incorrect.
20               The P320 was not selected for internal
21          audit.  The design and development process by
22          which we do design development in general was
23          subject to internal audits in past years.
24     BY MR. HAAZ:
25          Q.    And -- and -- and let me just try to
```

Case 3:23-cv-00978-JFS    Document 95-10    Filed 11/26/25    Page 66 of 198

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

 1    clear the confusion.

 2              Are you saying -- I'm asking

 3    specifically about the design and development

 4    process for the P320.

 5              Was that subject to internal audit or

 6    not?

 7        A.    We follow a -- a process, a design

 8    development process, a general process for design

 9    development of all products, and it could be the

10    320.  It could be some other model.  It -- it

11    doesn't matter.  Anything that we're designing

12    goes through the same process steps.  It's

13    not specific to 320 or 365 or to any other model

14    we're making.  It's -- it's a general design

15    development process.  It's the steps that are

16    taken to -- to finish the design and complete a

17    validation.

18        Q.    Okay.  So there are no individual

19    products, like, the P320 or another gun, that are

20    subject to internal audit?

21        A.    Correct.

22        Q.    Okay.  In -- in the bottom right-hand

23    corner of page ten, for No. 22 it indicates risk

24    management as the, kind of, last step of this

25    interactive process.

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

```
1                  Do you see that?

2          A.      Yes.

3          Q.      Is -- is there a -- a risk management

4    team or sector within quality control?

5          A.      There's a procedure.

6          Q.      What is the risk management procedure?

7          A.      The risk management procedure is a

8    document that ties how we conduct risk management

9    in accordance with the ISO 9001 2015 standard.

10         Q.      All right.  And what type of standard

11   is that?

12         A.      It's a quality management standard

13   international registration.  International

14   standards organization -- well, actually,

15   organization for standardization.  It's a

16   world-recognized quality management standard that

17   we get registered to and -- and audited to.

18         Q.      All right.  And -- and when you say

19   you get "audited" to that standard, who performs

20   that audit?

21         A.      Third-party registrars.

22         Q.      And in terms of risk management, my

23   initial question was is there a team or group

24   within quality control that performs risk

25   management assessments?
```

1             Is there?
2       A.      No.  It's a process that's company
3   wide.  We have a separate set of processes for
4   looking at risk management --
5       Q.      All right.
6       A.      -- across the company for any type of
7   risk that -- that is -- you know, that may be
8   present or may not be present, but we want to log.
9       Q.      And who's responsible for enforcing
10  the risk management policy?
11      A.      For the risk management procedure, it
12  would be me.
13      Q.      What is the risk management procedure?
14      A.      It's a separate procedure that's part
15  of the quality management system that goes through
16  and assess the risks that -- that are attended to
17  the business.  It could be -- it's wide-ranging.
18  And we currently have a business continuity
19  program that tracks those risks higher level, and
20  if something comes up that we believe needs --
21  that has a risk associated with it, that we have a
22  ranking process for that, and that's part of that
23  procedure.
24      Q.      All right.  Do you know if any risk
25  management assessment was ever performed for the

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

1    P320?

2         A.      The -- I can't answer that.  I know

3    design development has a risk management that they

4    do, as well, that's called out in that procedure.

5         Q.      And where would the risk management

6    procedure live?

7         A.      It lives at the -- the top level of

8    the quality management system at the level two.

9    Level one is the manual.  Level two is that --

10   that procedure is one of those.

11        Q.      Is the risk management policy or

12   procedure included within this 30-page document?

13        A.      No, it's not.

14        Q.      Okay.  So it's a separate document?

15        A.      Correct.

16        Q.      And who drafted the risk management

17   policy?

18        A.      I did.

19        Q.      Okay.

20        A.      I did, and, you know, obviously,

21   reviewed and -- and issued through our document

22   control system.

23        Q.      All right.  And the risk management

24   policy is -- assess or manages risk to the

25   business; fair?

```
 1          A.      Yes.

 2          Q.      Have you ever seen or drafted a

 3    document pursuant to the risk management policy to

 4    assess a risk to the business?

 5          A.      What I can tell you is that there's a

 6    spreadsheet that was associated with risk

 7    management procedure before it became part of our

 8    business continuity process.  I managed that

 9    spreadsheet.  It was -- went across departments,

10    but I was the holder and the manager of that.

11          Q.      Yeah.  My question is had -- if

12    there's a risk assessment performed, there's a

13    document produced as a result of the risk

14    assessment; fair?

15          A.      Not necessarily.

16          Q.      Okay.  Could be --

17          A.      Could be.

18          Q.      -- right?

19          A.      Correct.

20          MS. DENNISON:  Objection to form.

21    BY MR. HAAZ:

22          Q.      Okay.  And have you ever seen a

23    document that was prepared as a result of the risk

24    assessment policy?

25          A.      I have seen risk assessments that were
```

1    done by products that were done as part of the

2    engineering development.

3        Q.    All right.  How about after the

4    engineering development?

5        A.    Not -- I don't recall.

6        Q.    So in your 15 years at SIG SAUER,

7    you've never once seen any risk assessment

8    document for any product after the initial design

9    or development phase?

10            MS. DENNISON:  Objection to form.

11            THE WITNESS:  I don't recall.

12   BY MR. HAAZ:

13       Q.    You don't recall?

14       A.    I don't recall seeing any -- any

15   documents specific to risk management after design

16   development after the product is launched.

17       Q.    All right.  Do you know if there was a

18   risk assessment performed for the P320 when it was

19   in the design and development phase?

20       A.    That would be part of the engineering

21   records.  I don't recall.

22       Q.    Well, why wouldn't there be a risk

23   assessment done for the P320 as part of the

24   dine -- design and development phase?

25       A.    I believe that that would be, you

 1    know, an engineering validation exercise.  I've

 2    seen a lot of risk assessments for design

 3    development products specific to what you're

 4    talking about.

 5         Q.    Because they're common?

 6         A.    Yes, they are common.

 7         Q.    Okay.  And they're typically

 8    performed?

 9         A.    Yes.  In design development they are,

10    yes.

11         Q.    And you would expect that in a design

12    and development phase for the P320, it -- there

13    would have been a risk assessment performed?

14         A.    Yes.

15         Q.    And is that a -- a matrix, like,

16    a spreadsheet or is that a written document?

17              MS. DENNISON:  Objection to form.

18              THE WITNESS:  That, I can't -- can't

19         answer.

20    BY MR. HAAZ:

21         Q.    Well, I know you can't answer with

22    certainty, with respect to the P320, anyway.

23              But you've seen many risk assessments

24    in the design and development phase of different

25    products for SIG SAUER; right?

```
 1        A.     Yes.  I've seen it in summary form --

 2        Q.     Okay.

 3        A.     -- in the project reviews.

 4        Q.     Have you seen the failure modes

 5   effects and criticality analysis in this case and

 6   other cases?

 7        A.     Yes.  I -- I'm very familiar with that

 8   document --

 9        Q.     Okay.

10        A.     -- because I worked with engineering

11   to author it.

12             MS. DENNISON:  Sam, are you done with

13        the document that's on the screen?

14             MR. HAAZ:  Is there anything on the

15        screen right now?

16             MS. DENNISON:  Yeah.  Yeah, you're

17        still sharing your screen.

18             MR. HAAZ:  Oh, okay.

19   BY MR. HAAZ:

20        Q.     All right.  So going back to the risk

21   assessment for the design and development phase.

22             In other products you've seen, is it

23   similar to the FMECA where it's, kind of, a -- a

24   grid or a spreadsheet that identifies different

25   risks or failure modes and the severity of those
```

1    risks and the frequency of those risks and the

2    things that SIG SAUER does to mitigate against

3    them?

4            A.      I -- I can't answer that.

5                    I can answer to the one that was done

6    specific to the military contract.

7            Q.      Okay.  And that's the FMECA that was

8    done for the military?

9            A.      Correct.

10           Q.      All right.  You said you helped author

11   that document?

12           A.      Correct.

13           Q.      And who else authored that document?

14           A.      I worked with the then director of

15   engineering, Dave Johnson.

16           Q.      Okay.  And who else?

17           A.      I don't recall all the names, but I --

18   folks that were involved in the design development

19   of the MHS pistol were likely involved; although,

20   I don't -- I can't recall.

21           Q.      All right.  Was Matt Taylor part of

22   the -- strike that.

23                   Was Matt Taylor one of the authors of

24   the FMECA?

25           A.      I can't recall for sure.  I know he

 1    was part of the engineering team at the time.

 2    The -- my main communication contact was his --

 3    Dave Johnson, who was the leader of the

 4    engineering department at the time.

 5        Q.    All right.  And was Sean Toner

 6    consulted for the FMECA; if you know?

 7        A.    Yes.  He was also part of the

 8    engineering team.

 9        Q.    I'm not asking if he was part of the

10    engineering team.  I'm asking whether he was

11    specifically consulted when you and Dave Johnson

12    drafted the FMECA.

13        A.    I can't -- I can't answer that.

14        Q.    Okay.  And you can't answer that with

15    respect to Matt Taylor, either?

16        A.    Right.

17        Q.    All right.  Other than Dave Johnson,

18    do you know for certain that you worked with

19    anyone else to draft the FMECA document?

20        A.    Right.  Correct.

21        Q.    Okay.  So just you and Dave Johnson,

22    you know those two for sure.

23              You're not sure about anyone else?

24        A.    Yeah.  No, I'm sure Dave worked with

25    his team.

 1        Q.      Well, you don't know who Dave did or
 2   did not speak to --
 3        A.      Correct.
 4        Q.      -- fair?
 5                And then Dave Johnson was fired by SIG
 6   SAUER in, I think, early 2017?
 7        A.      I don't --
 8                MS. DENNISON:  Objection to form.
 9                THE WITNESS:  -- know that.  I
10        don't --
11   BY MR. HAAZ:
12        Q.      Well, you know he was fired.
13                You just don't know when?
14        A.      I know --
15                MS. DENNISON:  Objection --
16                THE WITNESS:  -- he left the company
17        for -- and I don't know the time, either.
18   BY MR. HAAZ:
19        Q.      Okay.
20                MS. DENNISON:  Sorry, Ed.  When I
21        start to object, you've got to just let me
22        finish my objection before you answer.
23                So objection to form.
24   BY MR. HAAZ:
25        Q.      When you were drafting the FMECA with

1    Dave Johnson, do you recall ever discussing with

2    him whether there was any other risk assessment or

3    failure mode analysis conducted for the P320?

4          A.    I don't recall.

5          Q.    Okay.  And was that the first time

6    that you were involved -- or, I'm sorry.

7                Was that the first time that quality

8    control was involved with making a risk assessment

9    for the P320?

10         A.    Yes.

11               At the time, the program management --

12    the program managers also reported to me at that

13    time, and we had a -- we had a requirement to

14    submit this to the government.  So I worked with

15    Dave to complete it.

16         Q.    Okay.  Are you a -- do you have any

17    background in -- in firearms engineering?

18         A.    Other than experience the last 15

19    years.  The last 15 years, my experience with

20    firearms.

21         Q.    I just mean have you ever been

22    employed by SIG SAUER as a -- a firearms designer

23    or engineer?

24         A.    No.

25         Q.    And have you ever designed a firearm

 1    before?

 2         A.     No.

 3         Q.     Let me share my screen again.

 4              All right.  We're looking at page 15

 5    towards the bottom.  Actions to address risk and

 6    opportunities.

 7              The first sentence indicates that:

 8    SIG SAUER considers internal and external issues,

 9    and the requirements of interested parties, to

10    determine risks and opportunities that need to be

11    addressed...

12              You can, you know, finish reading

13    that.  I can scroll to any other area, if -- if

14    you want to see it, but I have some questions

15    about this section.

16         A.     Okay.

17         Q.     All right.

18         A.     Scroll down a little bit --

19         Q.     Yeah, sure.

20         A.     -- if you can.

21              MS. DENNISON:  Hey, Sam --

22              MR. HAAZ:  Yeah.

23              MS. DENNISON:  -- can we go off the

24         record for just a quick second?

25              MR. HAAZ:  Sure.

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

```
 1            THE VIDEOGRAPHER:  11:48 a.m., off the

 2      record.

 3                       - - -

 4            (Whereupon a discussion was held off

 5      the record.)

 6                       - - -

 7            THE VIDEOGRAPHER:  11:48 a.m., on the

 8      record.

 9   BY MR. HAAZ:

10      Q.    All right.  So, Mr. Murphy, just take

11   your time.  Read what you need to in this section,

12   and then just let me know when you're done, and

13   I'll have some questions.

14      A.    Yeah, I'm -- I'm done.

15      Q.    Okay.  Great.

16            So what does SIG SAUER quality control

17   do to determine risk opportunities that need to

18   be -- risks and opportunities that need to be

19   addressed?

20      A.    We follow the procedure 2-6.1.  We

21   look at the issue.  We rank it.  And it becomes

22   part of that spreadsheet we were talking about.

23   Again, now it's part of our business continuity

24   management program, and that's how we consider

25   internal/external issues.
```

1        Q.      And when you say "2-6.1," you're

2    talking about the next section of this document?

3        A.      The Relevant Documented Information

4    right below.

5        Q.      Yeah.  No, I -- I see that.

6                And so what would Relevant Documented

7    Information consist of?

8        A.      It's the procedure of how to conduct

9    risk management.

10       Q.      And that's the risk manage- -- risk

11   management policy that's not included in this

12   document?

13       A.      We refer to documents in this

14   procedure, this manual.  We don't do the details

15   of procedures in this -- in this document.

16       Q.      And -- and that's fine.  I -- I just

17   don't have the benefit of risk management

18   procedure six -- SIG 2-6.1 because it's not

19   included.

20               So could you just, you know, tell me

21   what you guys do?

22       A.      Yeah.  We look at the overall risks of

23   the company.  Anything that comes up, anything

24   that is brought to our attention.  We rank it in

25   accordance with the procedure.  And, again, today

1    we use a business continuity process to address

2    risks.  Back when this procedure was first

3    introduced, we had a separate spreadsheet that

4    ranked a number -- across a number of factors, the

5    details of which I don't recall, but they are

6    ranked.  And then we work on -- determine the top

7    ones that we need to address.  And -- and then we,

8    you know, continue to implement those.  And then

9    when they're done, then we go to the next one and

10   others are added.  It's a living document.

11        Q.    And what -- what are the rankings?

12              Is it, you know, one through five?

13   Something else?

14        A.    I don't recall exactly.  It is ranking

15   similar to that, but I don't recall the -- the

16   details of it.

17        Q.    Okay.  But that would be within the

18   document?

19        A.    Yeah.

20        Q.    Within Policy 2-6.1?

21        A.    Correct.

22        Q.    When did you first become aware that

23   there was a drop fire issue with the P320?

24              MS. DENNISON:  Objection to form.

25              THE WITNESS:  It was the kickoff

```
 1         meeting.  We -- we won the contract in
 2         January 2017, and we had a kickoff meeting
 3         with our customer in February.  They were
 4         going over the -- the kickoff process, and
 5         they brought up that, hey, we had this one
 6         out-of-standard condition that we wanted to
 7         make you aware of.  And -- and that was the
 8         first knowledge that I had that there was,
 9         you know, anything outside the standard
10         that -- that we would want to address in
11         order to enhance the safety of our -- of our
12         product.
13   BY MR. HAAZ:
14         Q.    All right.  So the first time you
15   remember ever hearing about a drop fire issue in
16   the P320 was in February 2017 at a kickoff meeting
17   with the military?
18         A.    Correct.
19               MS. DENNISON:  Objection to form.
20         And, also, scope.
21               Sam, it's outside the scope of what he
22         was designated for.
23               MR. HAAZ:  Okay.  I mean, I -- I
24         disagree.  He's the chief executive of
25         quality control.  This is a quality control
```

1    issue with the P320.

2          MS. DENNISON:  I respectfully disagree

3    that that is a quality control issue with the

4    P320.  And we do have somebody designated to

5    come in and testify about specific

6    enumerated -- you have a -- a lot of

7    enumerated subjects within the corporate

8    designee notice on the voluntary upgrade

9    program, the notice of the voluntary upgrade

10    program, and --

11          MR. HAAZ:  Yeah.

12          MS. DENNISON:  -- that's not what this

13    witness is designated for.

14          So --

15          MR. HAAZ:  All right.

16          MS. DENNISON:  -- I've already let him

17    answer on his personal basis, but it's

18    outside the scope of what he's designated to

19    talk about, and it is not a quality control

20    issue.

21  BY MR. HAAZ:

22      Q.    Okay.  Sir, is -- was it a quality

23  control issue that the P320 could fire when

24  dropped at certain heights and angles?

25          MS. DENNISON:  Objection to form.

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

1            THE WITNESS:  We had gone through all

2       the testing.  It was a safe gun.  It is a

3       safe gun.  It passed all the

4       industry/military standards, including the

5       ones imposed on this particular contract.  We

6       always want to improve the safety above a

7       safe firearm.  So if there's anything that's

8       brought to our attention, we're going to

9       review it.

10   BY MR. HAAZ:

11       Q.     And was this drop fire issue with the

12   P320 brought to quality control's attention?

13            MS. DENNISON:  Objection to form.

14            THE WITNESS:  We knew of it, and we

15       knew that engineering was working on a -- a

16       correction -- a correction or a -- an

17       enhancement, not a correction, to the

18       safety -- the components that -- that -- that

19       they felt would -- would provide the best

20       upgrade or enhancement to the -- to the

21       design.

22   BY MR. HAAZ:

23       Q.     So going back to my first question.

24            Is the fact that the P320 could fire

25   when dropped from certain heights and certain

1   angles a quality control issue?

2              MS. DENNISON:  Objection to form.

3              THE WITNESS:  That's a broad question.

4   BY MR. HAAZ:

5       Q.    It's -- it's actually a pretty

6   straightforward question.  I -- I'd expect a yes

7   or no answer to it.

8       A.    Okay.  So it depends.  And so

9   the -- the gun, itself, is subjected to all the

10  standards, all the safety standards, that apply in

11  the industry, and, in this case, the federal

12  government.  It passed all of those.

13      Q.    I'm not asking what standards it

14  passed.  I know that's the answer you want to

15  give.

16             My question is very straightforward.

17             It's is the fact that the P320 could

18  fire when dropped from certain heights and certain

19  angles a quality control issue?

20             MS. DENNISON:  Objection to form.

21      Asked and answered.

22             MR. HAAZ:  It's not answered.

23             MS. DENNISON:  It is.  He said it

24      depends.

25             MR. HAAZ:  All right.

```
 1              MS. DENNISON:  And just because you

 2        want a yes or no --

 3              MR. HAAZ:  There's no speaking

 4        objections.

 5              MS. DENNISON:  -- doesn't mean that

 6        that's not the answer.

 7              MR. HAAZ:  Kristen --

 8              MS. DENNISON:  He answered it.

 9              MR. HAAZ:  -- it's -- there are no

10        speaking objections.

11              MS. DENNISON:  I'm not doing a

12        speaking objection.  I am telling you that

13        he's answered the question.  You said, no, he

14        didn't.  I repeated his answer.

15              If you would prefer that the court

16        reporter read back the question and answer

17        rather than me give it to you, we can do it

18        that way, but he did answer the question.

19   BY MR. HAAZ:

20        Q.    Okay.  I'll -- I'll ask the question

21   again.

22              And if you could please just give me a

23   yes or no, and then you're free to --

24              MS. DENNISON:  No.  No.  He's going to

25        give you --
```

1             MR. HAAZ:  Excuse me.

2             MS. DENNISON:  -- the answer he's

3      going to give you.  No.

4   BY MR. HAAZ:

5      Q.    -- and then you're free to give me

6   whatever answer you want.

7             MS. DENNISON:  You can't instruct

8      him -- Sam, you cannot instruct a witness to

9      give a yes or no if that is not his answer.

10      He has answered the question.  He told you it

11      was broad.  He told you it depends.

12             So you --

13             MR. HAAZ:  Kristen, this is --

14             MS. DENNISON:  -- cannot --

15             MR. HAAZ:  -- this is --

16             MS. DENNISON:  -- instruct him it's a

17      yes or no.  It's not a multiple choice test.

18             MR. HAAZ:  Yeah.  And this is why

19      there are no speaking objections because it's

20      improper --

21             MS. DENNISON:  I'm not -- I'm not

22      coaching him.  I am repeating the answer he

23      already gave to the question, Sam.

24             So, no, you will answer the question

25      as you see fit honestly and truthfully to the

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

1          best of your knowledge and understanding, but

2          it's not a multiple-choice question.

3                    Go ahead and ask the question.

4                    Mr. Murphy, you answer the question to

5          the best of your knowledge and truthfully,

6          please.

7                    Go ahead.  Ask him again, but do not

8          box him in.  It's not a yes or a no.  He can

9          answer it the way that he sees fit.

10    BY MR. HAAZ:

11         Q.    Mr. Murphy, do you remember my

12    question?

13         A.    Yes.

14         Q.    All right.  Now, you've worked in SIG

15    SAUER quality control for 15 years?

16         A.    Yes.

17         Q.    And you're the chief executive within

18    SIG SAUER quality control?

19         A.    Well, I'm the VP of quality, yes.

20         Q.    Okay.  Is there anyone above you in --

21    in just -- in quality control?

22         A.    No.

23         Q.    Okay.  And you were informed, as the

24    head of quality control, that there was a drop

25    fire issue with the SIG SAUER P320 in early 2017;

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

1    right?

2            MS. DENNISON:  Objection to form.

3            THE WITNESS:  Yes.

4    BY MR. HAAZ:

5        Q.    Okay.  And is the fact that the SIG

6    SAUER P320 can drop -- can fire when dropped at

7    certain heights and angles, a quality control

8    issue?

9            MS. DENNISON:  Objection to form.

10           THE WITNESS:  It depends.  A lot of

11       factors are involved.  There's a lot of

12       information that has to be gained over the

13       particular situations at hand.  Was it

14       abused?  What angle was it?  What height was

15       it dropped at?  Was the product altered?

16       There's a lot of things that have to be known

17       before that question can be answered.

18   BY MR. HAAZ:

19       Q.    Okay.  Let's say that the gun that was

20   dropped, was dropped at a height of four feet on

21   to concrete and discharged.

22           Would it be a quality control issue

23   then?

24       A.    Depends.

25           MS. DENNISON:  Object to form.

1    BY MR. HAAZ:

2         Q.    Okay.  And what does it depend on?

3         A.    It depends on what the condition of

4    the gun is.  Things like that.  Was it abused?

5    Was it altered?

6         Q.    Okay.

7         A.    A lot --

8         Q.    So --

9         A.    -- of different things go into that.

10        Q.    Okay.  Assuming for my hypothetical

11   that someone purchased the P320.  It was not

12   abused.  It was in perfect working condition.  No

13   alterations whatsoever.  Within, you know, a month

14   of purchase, through normal use, somebody drops

15   the gun from a height of four feet on to concrete

16   and it discharges.

17             Would it be a quality control issue?

18             MS. DENNISON:  Objection to form.

19             THE WITNESS:  It would need -- it

20        depends.  I'm going to keep going back to

21        that.  You would need to see the gun.  We'd

22        need to see the specifics of it.  Even

23        something that somebody bought from -- from

24        the -- from the store, or something like

25        that, we would want to see what condition the

1        gun was in.

2                It will pass all standards.  It has

3        passed all industry standards.  And four-foot

4        drop is common in the industry standards, and

5        we didn't -- it passed those tests.  So we

6        would need to see the -- the actual product.

7    BY MR. HAAZ:

8        Q.      When would it be a quality control

9    issue?

10       A.      If there was something that was found

11   to be not correct.

12       Q.      What do you mean?

13       A.      Could be -- if it was determined that

14   the -- there was a problem with the parts.  If

15   there was a problem with, you know, the -- well,

16   maybe the usage case.  Maybe there's something --

17   maybe it's training.  Was the person trained

18   properly?

19                So those could be all factors.

20       Q.      And -- and I just want to understand

21   because I -- I think I'm getting there.

22                If -- if there was -- am I correct

23   that somebody drops a -- a P320 and it discharges,

24   it could be a quality control issue if, you know,

25   there was a -- a MIM part that wasn't to spec, or

 1    there was something out of spec with the gun,

 2    itself?

 3                Then it would be a quality control

 4    issue?

 5        A.    Yes.

 6        Q.    Okay.  If a gun was in working order,

 7    produced exactly as designed, and all the parts

 8    and components to the gun were within spec, then

 9    it wouldn't necessary be a quality control issue?

10        A.    I can't answer that, again, without

11    seeing the actual product.

12                We're concerned about any instances --

13    we would want to know specifics.  We'd want to

14    know the actual product, look at it, and see is

15    there anything that could be done differently.

16        Q.    Okay.  Well, if -- if there's a design

17    issue, that would be for the engineers and the

18    designers; correct?

19        A.    Correct.

20        Q.    Okay.  So that wouldn't necessarily be

21    a quality control issue?

22        A.    Correct.

23        Q.    And quality control doesn't

24    necessarily oversee or correct design issues.

25                That's left to the design team;

1    correct?

2        A.      Correct.

3                We can inform.  We can counsel.

4        Q.      All right.  So am I also correct that

5    quality control was a part of the meetings to

6    discuss design issues with the P320?

7        A.      It's a broad question.

8                MS. DENNISON:  Objection.

9                THE WITNESS:  Can you be more

10       specific?

11   BY MR. HAAZ:

12       Q.      Sure.

13               Do you remember being a part of

14   meetings in 2016 or 2017 that were specifically

15   about design issues with the P320?

16               MS. DENNISON:  Objection to form.

17               THE WITNESS:  There were design

18       reviews conducted, and we were part of that.

19   BY MR. HAAZ:

20       Q.      So when you say, "there were design

21   reviews conducted, and we were part of that," what

22   do you mean?

23       A.      Could be drawings.  It could be

24   conversation.  It could be, you know, PowerPoint

25   presentations.  There -- there's a number of forms

1    that we communicate.

2        Q.    Well, why would quality control be

3    involved in review of design drawings?

4        A.    Quality would look at the drawings for

5    inspection protocols.  Inspection requirements.

6    Can a part be inspected?  How is it inspected?

7        Q.    I see.

8            But -- but not in terms of the

9    engineering or design, just the inspection part of

10   it, kind of, the later down on the stage of

11   production --

12       A.    Yeah.

13       Q.    -- fair?

14       A.    Yes, fair.

15       Q.    All right.  I want to show you what

16   I'll mark as exhibit two.

17            MR. HAAZ:  I'll try to go through

18        these next things rather quickly.  I know

19        I've taken much longer than -- than I

20        promised.  So apologies to everyone.

21                      - - -

22            (Whereupon the document was marked,

23        for identification purposes, as Exhibit No.

24        2.)

25                      - - -

1    BY MR. HAAZ:

2        Q.    I'm showing you exhibit two.  It is an

3    email with attachment.  And this attachment has a

4    document called a First Time Thru Fault Summary

5    report.

6            MS. DENNISON:  You didn't show the

7        document yet, Sam; just so you know.

8            You just have to hit share.

9    BY MR. HAAZ:

10       Q.    All right.  Now I'm showing you

11   exhibit two.  It's a four-page document.  It's

12   from a list serve, Sigreporting, and sent to a

13   whole bunch of folks that takes up about a page

14   and a half.  And then there's an attachment.

15           Do you see that, First Time Thru Fault

16   Summary Report?

17       A.    Yes.

18       Q.    And then the attachment is here, which

19   is the First Time Thru Fault Summary Report?

20       A.    Yes.

21       Q.    What is a First Time Thru Fault

22   Summary Report?

23       A.    Well, as I said earlier, we go through

24   production process where we have build checks.  We

25   go through inspections on the line.  We also go

1  through function checks in the range and range

2  testing.  All of the faults or issues that are

3  found are -- are logged in our Oracle system.

4  This is an output of the Oracle system of -- of

5  what faults were found in a particular period of

6  time and in -- in the day's work.  And that's --

7  it's something we get out every day.  We do

8  parados on.  We make sure we're working on the

9  highest ranked issues.  Those guns then go through

10  the remainder of the process that I told you

11  about.  Goes through final inspection.  Goes

12  through a pack.  And -- and any issues on this

13  list are corrected for those particular weapons,

14  but they're logged and they're tracked.

15      Q.     All right.  And the First Time Thru

16  Fault Summary, is -- is that when a gun or a

17  product is, kind of, in the initial and

18  development stages, or is that, kind of, later on

19  in the continuous improvement stage --

20      A.     It --

21      Q.     -- or both?

22      A.     -- it's more in -- in the

23  production -- it is in the production phase.

24  It's -- it's -- after it's released, it's -- as

25  you saw in the Quality Manual, when we talk about

```
 1   in-process checks, inspections, this is the data

 2   system we use to collect information on those

 3   products.

 4       Q.    All right.  And does SIG SAUER or

 5   quality control do continuous testing, like, range

 6   testing and rank the potential issues even after a

 7   gun is at market to try and perform continuous

 8   improvement?

 9       A.    Correct.

10       Q.    All right.  I believe that this

11   document indicates February 28, 2017.

12             Do you see that?

13       A.    Yes.

14       Q.    Okay.  And so this would have been

15   around the time that you and SIG SAUER learned

16   from the military that there was a drop issue with

17   the P320?

18             MS. DENNISON:  Objection to form.

19             THE WITNESS:  Yeah, the timing is

20       similar; correct.

21   BY MR. HAAZ:

22       Q.    Okay.  And -- and I'm not saying this

23   is related to that.  I -- I don't know.

24             But do you know why there would

25   be a First Time Thru Fault Summary in
```

1   February 28th of 2017?

2        A.      There was a fault summary for all

3   models --

4        Q.      Okay.

5        A.      -- that go through.

6        Q.      Got it.

7                And this is because it's, kind of, a

8   continuous process of testing and development?

9        A.      Correct.

10       Q.      And you said that quality control will

11  rank potential issues and test those issues in

12  order of rank?

13       A.      Correct.

14       Q.      Was a drop fire with the P320 ranked

15  highly and tested once the issue was brought to

16  your attention?

17       A.      This is a production report.  We don't

18  drop our weapons.  Again, when the issue was

19  brought up by the government, we went into a

20  design loop to make the enhancements that we

21  already discussed.  This report is strictly when

22  guns go through the range of final inspection, are

23  they rejected for anything?  It could be finish.

24  It could be a nick or a ding.  You know, sometimes

25  there's a -- a nick on the crown of the barrel.

```
 1   It could be a variety of different fault codes.

 2       Q.     All right.  So that's very helpful.

 3              Just so I understand.  This is, like,

 4   a final test before, you know, it goes out for

 5   sale type of --

 6       A.     Correct.

 7       Q.     I see.  Okay.  That's helpful.

 8              I'll stop sharing exhibit two.

 9              Actually, there's a second page to

10   this document.  These look like the faults with

11   the P320, which are just, kind of, wrong sight,

12   frame damage, failure to extract.

13              Those are all the, kind of, final

14   quality control tests before a gun is sold?

15       A.     Right.

16       Q.     Understood.

17              All right.  So were you aware of any

18   design issues with the P320 prior to February 2017

19   when the military told quality control and others

20   about this drop fire issue?

21              MS. DENNISON:  Objection to form.

22       Scope.

23              THE WITNESS:  Not that I can recall.

24   BY MR. HAAZ:

25       Q.     Okay.  As you sit here today, the
```

```
 1    first time you recall hearing any issues about the

 2    P320 having a drop fire problem or issue was from

 3    the military?

 4                MS. DENNISON:  Objection to form.

 5                THE WITNESS:  That's -- yes.

 6    BY MR. HAAZ:

 7        Q.    Okay.  Do you have any recollection of

 8    SIG SAUER P320s being provided to police force in

 9    Ulm, Germany -- I think it's U-H-L [sic]

10    Germany -- to bid for a service pistol contract?

11        A.    No.

12                MS. DENNISON:  Objection to form.

13    BY MR. HAAZ:

14        Q.    Okay.  Do you have any knowledge or

15    recollection of being notified that those P320

16    pistols sent to Ulm, Germany failed the drop

17    testing of the German police department?

18                MS. DENNISON:  Objection --

19                THE WITNESS:  I don't --

20                MS. DENNISON:  -- to form.

21                THE WITNESS:  -- recall.

22    BY MR. HAAZ:

23        Q.    All right.  I'm going to show you what

24    I'll mark as exhibit three.

25                        - - -
```

Deposition of Edward James Murphy, Jr.                                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

1              (Whereupon the document was marked,

2         for identification purposes, as Exhibit No.

3         3.)

4                        - - -

5    BY MR. HAAZ:

6         Q.     All right.  I'm showing you exhibit

7    three.  This is a nine-page document.  They're a

8    series of meeting invites that were meant to be in

9    chronological order, but I believe the second page

10   shows the first entry, maybe, of January 4, 2017,

11   but we can go through them.  The first page has a

12   meeting of January 11, '17.

13             Oh, here we go.  Here's the -- let me

14   go through this briefly, and then we'll -- we'll

15   talk about it.  But the -- the third page actually

16   shows the first entry, I think, which is

17   December 22nd of 2016.

18             Do you see that?

19        A.     Yes.

20        Q.     And then there's a meeting about a

21   week later on January 4th, '17; right?

22        A.     Yes.

23        Q.     And a week later, on January 11th,

24   2017?

25        A.     Yes.

1    Q.    And they continued in -- these weekly

2  meetings continued into February of 2017?

3    A.    Correct.

4    Q.    All right.  And these weekly meetings

5  have a -- I'll start with the 2016 one.

6         These weekly meetings have a subject

7  of P320 Design Issues and Actions.

8         Do you see that?

9    A.    Yes.

10   Q.    All right.  And the attendees were

11 Matt Taylor and Sean Toner, who were the designers

12 of the P320?

13        MS. DENNISON:  Objection.  Form.

14   Scope.

15 BY MR. HAAZ:

16   Q.    Correct?

17   A.    Correct.

18   Q.    All right.  Who is Matt McAllister?

19   A.    Matt's a design engineer --

20   Q.    Okay.

21   A.    -- in the -- we call that sustaining

22 group that support production.

23   Q.    All right.  And who is AJ Koehler?

24   A.    He was a planner.

25   Q.    What's a planner do?

1    A.    They plan the product going to the

2    shop.

3    Q.    What do you mean "plan the product

4    going to the shop"?

5    A.    Releases of products.  Making sure all

6    the components are in stock.  You know, get the

7    information from the -- the sales and the upfront

8    part to determine what should be getting built and

9    when.

10    Q.    Okay.

11    A.    So they -- they plan the -- the

12    production.

13    Q.    All right.  And John Brasseur, who's

14    he?

15    A.    John was product management.

16    Q.    Okay.  And then you were the

17    organizer?

18    A.    Yes.

19    Q.    And why were you the organizer?

20    A.    Again, when designs are released,

21    we're always interested in improving and fixing

22    anything of things we find that could be done

23    better.

24    Q.    Okay.  Well --

25    A.    We have it -- as -- as quality, we're

 1  problem solvers.  So we go, and we're continuous

 2  improvement people.  We look for how things can be

 3  made better.

 4        Q.      Sure.

 5                But --

 6        A.      So...

 7        Q.      -- but this was two or three months

 8  before the military -- or -- yeah, this was two or

 9  three months before the military said, hey, we

10  have a drop fire problem with the P320.

11                So what were the design issues that

12  you organized this meeting to address?

13                MS. DENNISON:  Objection.

14                THE WITNESS:  I don't recall.  We have

15        issues when we do product releases.  We

16        continually communicate with engineering,

17        just as you're seeing, and that's what this

18        is.

19  BY MR. HAAZ:

20        Q.      Okay.  So, as -- as you sit here

21  today, you don't know why you were -- you don't

22  have any specific recollection of the design

23  issues that would necessitate you organizing a --

24  a weekly meeting with the designers of the P320

25  that went on for a few months?

```
 1          A.      No.

 2                  MS. DENNISON:  Objection.

 3                  THE WITNESS:  I don't recall.

 4                  What I can say, though, is new

 5        products, when introduced, we do coordinate

 6        close with engineering on design for

 7        manufacturing issues, enhancements.  Things

 8        we -- when we get into production line, if

 9        you put this part in this way, it may make it

10        a little bit easier, but in order to do that,

11        you need to do certain things.  They roll

12        in -- they could roll in to design changes

13        that go through our design system.  There's a

14        number of different reasons it can be.  It's

15        a continuous improvement thing.  It's not

16        just isolated to 320.  We do that on -- on

17        many of our products.

18   BY MR. HAAZ:

19          Q.      Okay.  But the P320 was not new at

20   this point; correct?

21                  It -- it had been out for about three

22   years?

23          A.      Yeah, but these are continuous -- yes.

24   These are, again, continuous improvement meetings.

25   That's what they are.
```

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

1        Q.      Well, the -- this indicates an issue

2    with the design of the P320.

3               That's what the -- that's what the

4    subject says; right?

5               MS. DENNISON:  Objection to form.

6        And, again, objection to scope, which relate

7        to all these meetings notices.  This is

8        beyond the scope of -- of what he was

9        produced for.

10   BY MR. HAAZ:

11       Q.      Okay.  The subject says:  P320 design

12   issues.

13               Right?

14       A.      Correct.

15       Q.      All right.  And the P320 had been out

16   for three years at this point; correct?

17       A.      Correct.

18       Q.      So there were design issues that SIG

19   SAUER identified with the P320; right?

20               MS. DENNISON:  Objection to form.

21   BY MR. HAAZ:

22       Q.      You can answer.

23       A.      So these were really continuous

24   improvement opportunities --

25       Q.      Okay.

```
 1        A.      -- is what these are.

 2        Q.      Does it say "continuous improvement"

 3   anywhere?

 4        A.      No.

 5        Q.      It says "design issues"?

 6             MS. DENNISON:  Objection to form.

 7        Asked and answered.

 8             MR. HAAZ:  Asked -- okay.  You can

 9        object to form.  Asked and answered is not

10        appropriate at deposition.

11             MS. DENNISON:  No, actually, I am

12        allowed to.  I can point to case law; if you

13        would like to.  I'm allowed to say asked and

14        answered.

15   BY MR. HAAZ:

16        Q.      Okay.  Nothing -- strike that.

17             So these were one-hour weekly

18   meetings?

19        A.      Correct.

20        Q.      And they went on from at least

21   December through February of 2016 and '17;

22   correct?

23        A.      I don't have the complete scope here,

24   but I'm -- it -- they go on for a while.  Again,

25   we do that or all our new products.  Design issues
```

```
 1   is more along the lines of continuous improvement

 2   than it is design issues, specifically.

 3        Q.    All right.  Well, you called it P320

 4   design issues and actions --

 5        A.    Correct.

 6        Q.    -- right?

 7              You called it that.

 8              You're the organizer.

 9        A.    Yes.

10              MS. DENNISON:  Objection to form.

11   BY MR. HAAZ:

12        Q.    Okay.  You didn't call it continuous

13   improvements.

14              MS. DENNISON:  Objection to form.

15   BY MR. HAAZ:

16        Q.    Correct?

17        A.    Yes.

18              It -- it's --

19        Q.    All right.

20        A.    -- synonymous with continuous

21   improvement.

22        Q.    Okay.

23        A.    And we -- again, we do that for all of

24   our models.

25        Q.    Okay.  All right.  Do you recall what
```

1    was discussed in these one-hour meetings that went

2    on for December to February of '16 and '17?

3        A.    We had a tracker that went along with

4    it, but I don't recall specifically, no.

5        Q.    And when you say you "had a tracker

6    that went along with it," what do you mean?

7        A.    It was a tracking sheet.

8        Q.    Okay.  You mean, like, a -- a Google

9    or Excel spreadsheet?

10       A.    Yes.

11       Q.    Okay.  And that was to track

12   outstanding design issues?

13       A.    It was to track anything that we were

14   aware of that we wanted to address.

15       Q.    All right.  Was drop testing one of

16   the issues -- outstanding issues that you wanted

17   to address?

18       A.    Again, that was never considered an --

19   an issue.  It passed all the testing.  There was

20   no concern with its drop compliance with the

21   standards that we were working to.  So it wouldn't

22   have been in something we were working as a

23   continuous improvement or a -- on this tracker.

24       Q.    All right.  Fair enough.

25             And so the -- you're -- you're

1    familiar with the components that were added to

2    the P320 after the voluntary upgrade program;

3    correct?

4          A.      Correct.

5          Q.      And that's a -- a lightweight trigger

6    and lightweight striker; correct?

7          A.      That's correct.

8          Q.      And that was to address the drop fire

9    issue that was brought to your attention by the

10   military?

11         A.      Correct.

12         Q.      All right.  And you've already

13   testified the first time you recall that being

14   brought to your attention was February of 2017?

15         A.      To my recollection.

16         Q.      All right.  And so there would have

17   been no knowledge or understanding from you, as

18   the head of quality control, about, you know,

19   designing components to address a drop fire issue

20   that you didn't know about before February 2017?

21         A.      Can you --

22                 MS. DENNISON:  Objection to form.

23                 THE WITNESS:  -- repeat that?

24   BY MR. HAAZ:

25         Q.      Sure.

 1              You didn't know about the drop fire

 2     issue until February 2017; fair?

 3         A.      To my recollection.

 4         Q.      All right.  Do you know if the drop

 5     fire issue was ever discussed in any of these P320

 6     design issue meetings?

 7         A.      I don't recall.

 8              MS. DENNISON:  Objection to form.

 9     BY MR. HAAZ:

10         Q.      Do you know when these new lightweight

11     components to address the drop fire issue were

12     first designed?

13              MS. DENNISON:  Objection to form.

14         Scope.

15              This is well, well beyond the scope of

16         the Notice, Sam, and you have, in this

17         Notice, requested a designee on these

18         specific issues, and we are producing a

19         designee on these specific issues.

20              MR. HAAZ:  All right.

21              MS. DENNISON:  At the beginning of the

22         deposition -- I'm going to -- I'm just going

23         to finish my statement.

24              At the beginning of the deposition we

25         had a discussion about whether you were going

1    to ask the witness any fact-based questions,

2    and I asked, because you had not noticed him

3    or requested him as a fact deposition, that

4    you let us know and provide us with any

5    documents that you would want to ask him

6    about in his personal capacity.  You said you

7    would do that at a break.

8         On the break you texted me and said

9    that you were not going to ask him any

10   questions in his factual capacity.  Now we

11   are definitely getting into factual-based

12   questions.  So I'm just trying to figure out

13   where we're going with the rest of this

14   deposition because we are well beyond topics

15   six and seven in the scope of the Notice.

16        I mean, you're literally asking him

17   about drop testing design questions, all

18   sorts of stuff that we have a different

19   designee designated for.

20        MR. HAAZ:  I -- I disagree.  I'm --

21   I'm not going to be long, but this is the

22   head of quality control.  I'm asking about

23   quality control procedures.  He was the

24   organizer of meetings with respect to --

25        MS. DENNISON:  You're not asking him

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

```
 1        about quality control procedures.

 2              MR. HAAZ:  Okay.

 3              MS. DENNISON:  This is not quality

 4        control procedures.  You are asking him about

 5        design issues.

 6              MR. HAAZ:  All right.  I'm -- I'm -- I

 7        am going to avoid putting anything else on

 8        the record because every time I do it's just

 9        met with, you know, a one-minute explanation

10        by you of why you disagree.

11              So I don't have much more.

12              If I could just have the last question

13        read back before we went off on the tangent,

14        and I'll see if I can finish up.

15                          - - -

16              (The Court Reporter read back the

17        requested portion.)

18                          - - -

19              MS. DENNISON:  So, again, nowhere near

20        the scope of the deposition.  This is -- and

21        we have a different designee designated for

22        this.

23              So, Mr. Murphy, in your personal

24        capacity, if you know, you may answer, but

25        not as a designee.
```

 1              THE WITNESS:  I don't recall exactly

 2        when, but it was sometime post February 2017.

 3   BY MR. HAAZ:

 4        Q.    Okay.

 5              All right.  I don't have any other

 6   questions.

 7              MR. HAAZ:  How's that?

 8              That's where this deposition is going.

 9              MS. DENNISON:  I have -- I have a few

10        follow-up.

11              Elisa, do you have any questions for

12        the witness?

13              MS. BOODY:  No, I don't have any

14        questions.

15              MS. DENNISON:  All right.  Can we take

16        just a quick break before -- and I'll get

17        myself set up?

18              I have about 15 minutes of questions

19        or so.

20              THE COURT REPORTER:  12:27 p.m., off

21        the record.

22                          - - -

23              (Whereupon a recess was taken from

24        12:27 p.m. until 12:32 p.m.)

25                          - - -

```
 1              THE VIDEOGRAPHER:  12:32 p.m., on the
 2        record.
 3   BY MS. DENNISON:
 4        Q.    All right.  Mr. Murphy, could you just
 5   please tell us what your educational background
 6   is?
 7        A.    Yeah.  I'm a mechanical engineer by
 8   trade.  Graduated in 1983, Stevens Institute of
 9   Technology.  I had got my Master's in Mechanical
10   Engineering, as well, from Rensselaer Polytechnic
11   Institute and also an MBA from Rensselaer
12   Polytechnic Institute.  I'm certified ASQ,
13   certified Six Sigma Black Belt and certifi- --
14   certified manager of quality and organizational
15   excellence.
16        Q.    So you are a mechanical engineer by --
17        A.    Correct.
18        Q.    -- education?
19        A.    By -- by training.
20              And the first 11 years my career was
21   strictly engineering, and then I moved into
22   engineering and program management and
23   manufacturing.  And then about a little over 20
24   years ago I moved into quality, as it brings
25   everything together.  And since I've been at SIG,
```

1    I've been in quality.

2         Q.     So you have background post obtaining

3    your Bachelor's of Science and Master's of Science

4    in Mechanical Engineering as a -- as a mechanical

5    engineer?

6         A.     Correct.

7              MR. HAAZ:  Object to form.

8    BY MS. DENNISON:

9         Q.     Okay.  All right.  And then you

10   mentioned some certifications.

11             What are those certifications?

12        A.     Well, the American Society for Quality

13   has certifications you go through.  You go through

14   examinations, and you also go through some -- what

15   they call training, course training, and things

16   like that, that you get certified in different

17   areas.  And it's a -- and within the quality

18   field, American Society for Quality is a very

19   well-known entity, and -- and so you, you know,

20   want to try to get certified in those areas.

21   That's...

22        Q.     All right.  You went through I think

23   it was three certifications.  You went through

24   them pretty quickly.

25             Can you --

1       A.      Sorry.

2       Q.      -- can you tell us what they are

3  again, please?

4       A.      Yeah.

5               American Society for Quality, Six

6  Sigma Black Belt -- certified Six Sigma Black

7  Belt.

8       Q.      Was is Six Sigma?

9       A.      Six Sigma is -- it's a very broad

10  term, mostly relates to continuous improvement and

11  variation reduction and anything that goes across

12  many different things.  Any process that has

13  variation in it, regardless of what it is.  And

14  this is about studying and improving that to

15  what's called Six Sigma levels or better, which

16  means very low variation.  It could be applied to

17  manufacturing.  Mostly is, but also could be

18  applied to any other process, you know, that you

19  could think of.

20              The certified manager of quality

21  organizational excellence is more of a broad term

22  of overall quality management that looks at the

23  whole systems.  Everything from, you know, how you

24  deal with customers.  How you do training.  How

25  you deploy metrics and -- and performance

```
 1   indicators.  Internal audits and continuous

 2   improvement, corrective actions and all that

 3   stuff.  It's a -- a system and a certification

 4   that -- that gives some credence to the overall

 5   field of managing overall quality.

 6        Q.     Okay.  What did you have to do to get

 7   certified as a -- well, let me strike that.

 8              Did you say that you were certified as

 9   a Six Sigma Black Belt?

10        A.     Yes.

11        Q.     What did you have to do to get that

12   certification?

13        A.     You have to do two Six Sigma projects

14   that require Affidavits that have used all the

15   tools that are required.  As well, you have to sit

16   for a four-hour exam.  The -- you have to

17   demonstrate your body of knowledge.

18        Q.     Is there training that you have to do

19   to sit for that exam?

20        A.     You can.  I chose to do it with

21   self-study.  I got the books and studied the books

22   and did the practice exams and things like that.

23   There -- they do offer re- -- courses that you can

24   take to get ready for it, but I chose not to go

25   that path.  I did --
```

1        Q.      So you --

2        A.      -- a little off --

3        Q.      Sorry.

4                You said you had to do two projects,

5    as well.

6        A.      Yes.

7        Q.      What does that entail?

8        A.      It entailed using the -- what they

9    called the DMAIC process.  DMAIC is D-M-A-I-C;

10   define, measure, analyze, improve and control.

11   And it goes through the -- the cycle of

12   improvement, defining what you're trying to work

13   on, measuring what the current state is, analyzing

14   the data you got from the current state and what

15   you want to do to improve it, putting improvement

16   plans in place and documenting and analyzing those

17   improvements, and control is locking it down.  And

18   so we had two projects we needed to submit for and

19   get Affidavits for to -- you know, to -- to

20   validate that we -- we had done all the tools.

21       Q.      When did you obtain that

22   certification?

23       A.      About -- go back in my memory -- 2007.

24       Q.      Okay.  And then was it that you're

25   certified as a manager in quality excellence?

1              Is that what that second one was?

2        A.      Certified manager of quality and

3   organizational excellence.

4        Q.      Okay.  What did you have to do for

5   that?

6        A.      Similar.  We did not have projects to

7   do.  We did have to sit for a four-hour exam.

8        Q.      Okay.  When did you obtain that

9   certification?

10       A.      That, I believe, was around 2010 time

11  frame.  2009, 2010.

12       Q.      Were there any other certifications

13  related to quality that you referenced earlier?

14       A.      No.  Those are the two.

15       Q.      Great.

16              And then you also -- did you say you

17  also received your MBA?

18              Your master's --

19       A.      Correct.

20       Q.      -- of Business Administration?

21       A.      Yeah.  Correct.

22       Q.      When did you receive that?

23       A.      That was 1992.

24       Q.      And you got your Master's of Science

25  in Mechanical Engineering?

1      A.      Correct.

2              That was 1988.

3      Q.      And your bachelor of science was 1983?

4      A.      Yes.  Correct.

5      Q.      All right.  When you first joined SIG

6   SAUER, was that back in 2010?

7      A.      Correct.

8      Q.      And what was your role when you first

9   joined SIG SAUER?

10     A.      I -- I joined as director of quality.

11     Q.      And when did you get your current

12  position as vice president of quality?

13     A.      About 2021.

14     Q.      So you've been in your current role

15  for about four years?

16     A.      Correct.

17     Q.      Okay.  What is a quality management

18  system?

19     A.      Quality management system is the

20  overall starting from the top line division

21  admission of the company, the -- the -- the

22  overall objectives of the company, how we

23  deploy -- qual- -- quality is more than just

24  inspecting product.  Quality is how you deal with

25  customers.  How you -- you take in orders and

1    understand the requirements.  How you deploy

2    within the company.  All of the -- how we do

3    manufacturing.  Key performance indicators I

4    mentioned, like, scrap and rework and things like

5    that.  Internal audits.  Management review.

6    Making sure we're all reviewing the data and --

7    and acting on it.  And, you know, of course,

8    making sure we've got all the certifications that

9    the company needs, you know, for our customers

10   to -- to attest to our quality status.

11        Q.    Is a quality management system

12   sometimes referred to as a QMS?

13        A.    Correct.  That's a synonymous, yes,

14   abbreviation.  Yes.

15        Q.    Does SIG SAUER maintain a QMS?

16        A.    Yes.

17        Q.    How does SIG SAUER maintain its QMS?

18        A.    Well, it does start with the Quality

19   Manual that we saw earlier.  And then it -- the

20   Quality Manual is deployed from division of the

21   mission of the company and the quality policy.  It

22   then builds down to the lower-level elements such

23   as how we bring in and understand customer

24   requirements.  How we deploy them internally.  How

25   we design, develop, manufacture, test.  How we get

1  customer feedback.  Customer satisfaction.  How we

2  review.  So all of that is -- is embedded in the

3  quality management system.

4            It ties into the financial part of it

5  in the sense of cost support quality, which means

6  how much is it costing us.  Because we have scrap,

7  because we have rework, we do have a warranty that

8  we contend with.  So those are all costs that are

9  collected and we track and we act on.

10            It also includes cost of -- of the

11  folks that we talked about earlier.  The staff.

12  Preventive quality.  Things you do -- quality

13  engineers.  Inspectors.  Range testing.  Design

14  reviews.  All that is -- is prevention and that's

15  preventive quality.  So it ties in with the

16  finances of the company because of those aspects

17  that there's cost of failure of -- of -- of poor

18  quality and there's also cost preventive quality.

19       Q.    Is SIG SAUER's QMS based on any

20  international recognized standards?

21       A.    Yeah.  It's tailored directly around

22  ISO 9001 2015, which is the

23  internationally-recognized quality management

24  system standard.

25       Q.    Is SIG SAUER ISO 9001 certified?

 1          A.      Correct.  Yes.

 2          Q.      What does it mean for a company to be

 3   ISO 9001 certified?

 4          A.      Well, we go through a third-party

 5   audit through audits, annual audits, through a

 6   third-party registrar who is also registered to

 7   the International Certification Registration

 8   Agency, ICRA it's called, and they report to the

 9   registration or accreditation board.  So is it

10   flows down from the overall board.  It's a -- the

11   ISO is a member -- membership of 50-some odd

12   countries that develop, improve this particular

13   standard.  It's then deployed down to these

14   individual agencies that go and audit to it and

15   are able to certify to it and...

16          Q.      Does SIG SAUER have a documented

17   quality management system?

18          A.      Yes.

19          Q.      How does SIG SAUER maintain quality

20   control?

21          A.      It -- it depends.  It's a broad

22   question.  But we do it through things, like, buy

23   parts, through inspection sheets and inspections

24   to qualified equipment.  Same in the machine shop.

25   We have a lot of the state-of-the-art tools that

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

 1   we use, statistical process control.  We have
 2   robotic aut- -- we have automation in -- in -- for
 3   testing, assembling, from lower-level assemblies.
 4   We -- we also do the -- you know, the checks all
 5   the way through the line.  We do the -- the range
 6   testing.  Collect a lot of data on the actual
 7   functioning of it.  It's a state-of-the-art range.
 8   We do our tests and where we collect -- you know,
 9   actually disburse information.  And then we have
10   final inspection.  So all of that is embedded in
11   the quality management system.
12            Along with that, we get customer
13   feedback.  So we send the guns out, our products,
14   and our customers tell us about them.  So we
15   collect feedback on that.  That's part of the
16   quality management system.  We act on that
17   feedback in terms of returns that we get.  Also,
18   any customer satisfaction surveys and things of
19   that nature.  Calls that come into a customer
20   service group, Chris.  So that feedback goes back
21   into -- we understand what that is.  We're
22   involved with that.  And then we work to improve
23   products based on what we -- you know, what we
24   find.
25        Q.    All right.  You were shown a document.

1   I believe it was marked as exhibit one.  It's a

2   30-page document.

3            Is that a -- is that SIG SAUER's

4   Quality Manual?

5       A.     The one earlier, yes.  The one that

6   Sam showed.

7       Q.     Does the Quality Manual contain all of

8   the detailed instructions for SIG SAUER's QMS?

9       A.     No.  It does not.

10      Q.     Are there other documents that explain

11  those detailed instructions?

12      A.     Yes.  Within the Quality Manual, it --

13  it describes the system and how the scope works.

14  The top level is a quality manual.  Then there's a

15  level two.  Level two is the general procedures

16  that tie into the ISO 9001 2015 standard.  Level

17  three is the work instructions.  Tho- -- that's

18  what I call the meat and potatoes of the system.

19  That's how to build a particular gun.  How to

20  test.  How to do design.  You know, everything

21  that we would need to do to actually produce,

22  that's the -- the working documents.  And then

23  level four is the records that go along with it.

24  Forms -- forms for records.

25      Q.     Now, you were asked about some

 1   management that was cited in the Quality Manual.

 2            Is the top level of management at SIG

 3   SAUER involved in implementing the QMS?

 4       A.    Yes.

 5       Q.    And are you part of that?

 6       A.    Yes.

 7       Q.    You talked about some continuous

 8   improvements, and in -- in particular you were

 9   asked some questions about some documents that

10   were referenced as design issues.

11            What does "design issues" mean to you

12   when you record that in a document such as what

13   you were shown a little bit ago?

14       A.    Well, I look at that --

15            MR. HAAZ:  Objection to form.

16            THE WITNESS:  -- as lessons learned

17       documents.  You know, we -- we -- you know,

18       we start producing.  We find things that we

19       want to explore further, and we review it.

20       We don't just deploy something, say, okay,

21       we're good, and move on to the next thing.

22       We're continually monitoring.  When we find

23       things that, you know, we probably would do

24       better if we open up the tolerance a little

25       bit.

1          We'll -- with engineering, it'll be

2     one of the lessons learn.  We're having

3     trouble with this particular pin, as an

4     example, and -- and we'll -- we'll work a

5     solution there.  You know, maybe it's

6     misno- -- it's a misnomer to call it "design

7     issues."  It's actually things that we learn

8     that we want to improve.

9  BY MS. DENNISON:

10          Q.     Okay.  And so does SIG SAUER have ways

11  in which it continually improves it's quality

12  system?

13          A.     Yes, we do.  We have a SIG performance

14  system that -- part of that is -- is performance

15  improvement, process improvement of projects, that

16  are part of that.  We also have a tiered

17  management structure and a tiered review structure

18  where every day we go through any production

19  issues, or any issues we have from the prior

20  period, whether prior day or days, or -- but we

21  meet on it every day.  And those are the -- within

22  the -- the parlance of Six Sigma, that's known as,

23  like, a yellow belt project where you just -- just

24  do it.  You just go and fix things.  Get the right

25  people together and make -- and that's one of our

 1    continuous improvement paths.

 2              We also have more formal processes

 3    where we want to go and fix something much larger

 4    that has a much longer reach across different

 5    departments.  It may include IT.  It may include

 6    business intelligence.  And we'll make that a

 7    larger project.  So it's not something you can

 8    just send a small group of people off to do.

 9              So those are all part of other

10    continuous improvement.

11       Q.     You were asked some questions about

12    weekly meetings with the -- on the P320 from,

13    maybe, December of 2016 through February of 2017.

14              Did -- was SIG SAUER in the process of

15    launching any new P320 products during that time

16    period?

17       A.     I can't -- I can't recall,

18    specifically, but we were -- you know, we released

19    the .9 and working on the .45 at the same time.

20    We were looking at a couple other models.  So we

21    were in the 320 mode, but we were looking at

22    different calibers around that same time.  We were

23    releasing other calibers.

24       Q.     When was SIG looking at releasing

25    the -- the M17, M18s for the military?

1       A.      Well, we released them -- we got the

2   contract in January of 2017.  We started

3   producing, to best -- to my recollection, around

4   the fall of that year.

5       Q.      Okay.  You mentioned quality audits a

6   few times.

7               What is a "quality audit"?

8       A.      We do a process-based auditing system

9   that's documented in our quality system where

10  we -- we look every -- annually we do a risk

11  assessment of all of the processes we have that --

12  against a number of factors.  It could be

13  complaints from customers.  It could be, you know,

14  information from management reviews.  It could be

15  metrics that are trending in the wrong direction,

16  whatever.  And we -- we weight those, the

17  processes we want to look at.  It may be maching

18  one year.  And then we -- then we believe the next

19  year, you know, customer satisfaction.

20              So we line these out.  We have an

21  internal audit team that goes through training

22  with an external audit trainer annually.  And the

23  team is made up of internal folks from across the

24  company.  So folks that have a lot of experience

25  in different areas that can go look at a different

1   area with a fresh set of eyes.  And we set them

2   out throughout the course of the year to a

3   prescribed schedule to -- to audit those areas.

4              And, like I said, one year, you know,

5   we're looking at our material review area where we

6   have material that we want to review, it's called

7   material review board, and the processes involved

8   in that.  How we -- how we move product.  When we

9   find something that isn't quite right, how do we

10  make it -- get it into nonconforming material, get

11  it off the floor.  You know, that type of thing.

12  So that's one process.

13             Customer satisfaction may be another

14  one.  How do we survey customers?  What do we use?

15  What kind of data do we have?  What do we do with

16  it?  And we do all of that under the glass of are

17  we following our own procedures and -- and are we

18  following requirements for the ISO standard?

19       Q.    Okay.  Have there been any recent

20  audits at SIG SAUER?

21       A.    Yeah.  We -- we're auditing probably

22  today.  We've got audits that we've -- we started

23  our audit program, you know, beginning of the

24  year, once the training gets complete.  We have

25  several audits that are -- that are complete right

 1    now, and we're -- we're -- we're proceeding along

 2    to schedule.

 3         Q.    Have the results of the recent audits

 4    been satisfactory to SIG SAUER?

 5         A.    Yes.  Yes.

 6               There's a -- a -- you know, as always,

 7    there's a few opportunities for improvement, but

 8    nothing that is substantial.

 9         Q.    How does SIG SAUER respond to audit

10    findings where there's an identification of

11    processes that could be improved?

12         A.    Well, we have a corrective action

13    program that in the system we log the problem,

14    give it a number, what it was noncompliant to and

15    then describe very carefully what the problem

16    statement is.  We get agreement from the auditee,

17    or the person who's going to address it, that,

18    yes, this is an issue we want to resolve, and --

19    and I agree with it.  And then they take

20    responsibility for that particular

21    corrective action.  It's a separate form that's

22    logged, tracked, monitored.  And then we -- it's

23    in our database.  So we can report on that to

24    senior management on how we're doing in the

25    overall system.  And.  When we have internal

1    audits and things are found that are noncompliant

2    that we need to improve, it goes in that

3    corrective action system.

4        Q.    Okay.  You were asked some questions

5    about quality management's involvement in the

6    design and development process early on.

7              Is there a difference between the

8    process for design and development and the actual

9    design and development of a product?

10       A.    The process dictates, whatever the

11   product is, it'll go through the same process.

12   It'll go through the gate reviews, the gates,

13   regardless of what it is.  There is a distinction

14   whether it's a nondevelopmental or developmental

15   product, but it goes through gates regardless of

16   whether it's a -- a rifle, you know, an accessory

17   kit that goes along with the rifle or a pistol or,

18   you know, other things that we are putting design

19   resources on.  It doesn't matter what it is.  It

20   follows the same process.

21       Q.    Okay.  Are there controls in place

22   within SIG SAUER to ensure the safe design of a

23   product?

24       A.    Yes.

25              The -- the -- the safety is a

1  paramount consideration in design process.  It's

2  weighed against all the other design factors that

3  engineers contend with, but it's absolutely

4  paramount.  There's other things they have to

5  consider such as user requirements, user desires.

6  Things like, you know, manufacturability.  All

7  those play into it, but safety is absolutely at

8  the top.

9      Q.    Does SIG SAUER have controls in place

10 on the production floor to ensure a product is

11 manufactured according to specifications?

12     A.    Yes.  Definitely.  Across the board.

13 I mean, whether it's a machine product.  If it's

14 machined, we've got control plans.  We have

15 physical process control to -- to monitor the

16 manufacturing process, our control plans or

17 in-process measurements that the operators take.

18         In combination with that, we will pick

19 parts off the floor at specific areas and -- and

20 inspect them independently.  Say, okay, does our

21 control plan line up with what we're seeing?  They

22 go through a first article process where we take a

23 large sample and go through every single feature

24 of every single item of -- of every component to

25 make sure those components that we're making meet

1  the print.

2              We do the same thing with our

3  suppliers.  We supply them with the drawings.  We

4  give them guidance on the inspection sheets what

5  they need to inspect, how many.  The -- when they

6  come -- they provide those records to us before

7  they ship.  When they come here, we do an over

8  inspect.  As I said earlier, we do a sampling of

9  that.  And then as we go through the

10 manufacturing, we have so many quality steps where

11 we check, require build checks.  The inspection in

12 assem- -- in the assembly line at the end of the

13 line, automated for 320.  Some of the other ones

14 are not automated at this time.

15             But even after that, there's other

16 checks as it goes through the function and firing

17 in the range and function testing in the range.

18 And then through final inspection.  So if there's

19 anything that is detected during that time, we can

20 stop the process.  We can do a quality hold.  We

21 get all the material into what I call the -- our

22 MRB area, containment, and address what the issue

23 is.  Sometimes it's, you know, it's not a --

24 a major issue.  It may be just, let's say, a nick

25 in something.  We say, well, our standard allows

1    that nick.  And our -- and it could be something

2    much more substantial.  It depends what the issue

3    is.  But the system collects that and puts it in

4    place.  So the quality is built in all the way

5    along from the time we release the product until

6    the time it's ready to ship out to the customer.

7              We also -- our customer service team

8    reports in anything that they're finding or seeing

9    in the field, as well as we collect information on

10   customer returns to see is there anything, any

11   trending or anything that we need to, you know,

12   really address on the returns end.

13        Q.    Can you give a specific example of a

14   quality control test that takes place during the

15   manufacturing of a product?

16        A.    Yeah.

17              There could be -- as -- as an example,

18   there could be parts that came from the machine

19   shop that have a burr on it.  We have had issues

20   when we've had components come from suppliers that

21   met their -- the quality requirements, but they

22   don't do 100% inspection of every component,

23   either.  They do a large sampling, but not

24   everything.  There are times when we've been -- go

25   in to build and a particular component may have a

1    burr on it.  The burr is not acceptable for us to

2    manufacture.  So we will clutch in our system.

3    We'll write our nonconform material report.  We'll

4    collect and contain all that information in the

5    parts, and we'll -- our nonconforming material

6    report is called the NMR.  And it will then go to

7    our supplier control engineering group, and they

8    communicate with the supplier.  At the same time,

9    we will determine is it something we can rework?

10   In other words, can we put it through deburring

11   and get the burr removed from all these parts, or

12   is it something that has to be returned to the

13   supplier?

14            That's one example of something that

15   comes in where -- where our quality system

16   clutches it to make sure that only the completely

17   conforming parts go to production.

18        Q.    You were asked some questions about

19   drop fire and a notification of a drop fire from

20   the military.

21            Were you ever notified that the P320

22   pistol had an issue with failing a drop fire test

23   subject to industry standards?

24        A.    No.  I --

25            MR. HAAZ:  Object to the form of the

1          question.

2     BY MS. DENNISON:

3          Q.      And you were asked a lot of questions

4     about a drop fire issue.

5              Did you consider the military's

6     notification to you of a drop fire outside of

7     testing standards to be a drop fire issue?

8          A.      With -- we consider -- we -- we know

9     the gun passed all the standards.  We've been

10    through that.  We know that it was safe.  Okay.

11    When the Army brought up that they had this other

12    condition outside the scope of -- of the testing

13    that is standard, we got right on it, and we said,

14    well, let us understand what the issue is and what

15    might be done to enhance the firearm.  That was

16    the extent of it.  And engineering took that on as

17    their task.  And then when it rolled in to

18    manufacturing, we -- we produced it like we would

19    anything else.

20         Q.      Does quality control end for SIG SAUER

21    once the product is shipped to the customer?

22         A.      No.  Certainly not.  We -- we work

23    with the customers.  When customers have any

24    issues, whether it's through returns, through

25    customer satisfaction, with our governmental

1  customers, we have direct lines with them.

2  Anything that they're seeing.  Whether or not it's

3  a spec issue or not, if there's something they're

4  unhappy with, we want to know.  We want to address

5  it.  We want to, you know, collect data on it.  We

6  want to understand it.

7      Q.    Does SIG monitor customers'

8  satisfaction of its products?

9      A.    Yes.

10     Q.    Does the QMS that SIG employs create a

11 process of information and control that allows for

12 the manufacture and sale of high-quality products?

13            MR. HAAZ:  Object to form.

14            THE WITNESS:  Can -- can you repeat

15     that question, please?

16 BY MS. DENNISON:

17     Q.    Sure.

18            Does the QMS process at SIG SAUER

19 create a process of information and control that

20 allows for the manufacture and sale of

21 high-quality products?

22     A.    Yes.  From the time -- from the time

23 we frame or are thinking about releasing or

24 gathering requirements for a new product, we use

25 the same basic design principles, the same design

1  procedures.  We follow the same manufacturing

2  processes.  We do the same first article design

3  validation and first article processes regardless

4  of -- of -- of what it is.

5       Q.    Are there checks and inspections of

6  every product?

7       A.    Every product --

8       Q.    (Inaudible.)

9       A.    Yes.

10            Every product that goes through

11  assembly, goes through required build checks, goes

12  through the same process.  We go through our

13  checks at the end of the line.  We go through our

14  range and firing tests.  We go through final

15  inspection.  Regardless of what -- of what the --

16  the firearm is.

17       Q.    Okay.  So is every firearm that leaves

18  SIG SAUER's factory inspected before --

19       A.    Yes.

20       Q.    -- it leaves?

21       A.    Yes, it is.

22       Q.    Every single product?

23       A.    Every firearms product.

24       Q.    Okay.  Those are all the questions for

25  you.

 1              MR. HAAZ:  I have a few follow-ups,
 2       but, Elisa, if you want to -- I don't know if
 3       you have any.
 4              MS. BOODY:  I do not have any
 5       questions on this witness.
 6              Thank you, though.
 7  BY MR. HAAZ:
 8       Q.     Mr. Murphy, you said safety is
 9  paramount.  You repeated that.
10              Do you remember that?
11       A.     Yes.
12       Q.     Is there anything more important than
13  safety?
14              MS. DENNISON:  Objection to form.
15              THE WITNESS:  It's a key
16       consideration.  It -- there's a lot of
17       considerations.  Safety is -- is paramount.
18       There's other design considerations that go
19       into a -- into a firearm.  I'm not a firearm
20       designer, so I can't speak to those.  But it
21       is absolutely one of the critical inputs.
22  BY MR. HAAZ:
23       Q.     Okay.  And -- and with respect to the
24  design of the pistol, is there anything that is
25  more important than safety?

Deposition of Edward James Murphy, Jr.                James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

```
 1              MS. DENNISON:  Objection to form.
 2              THE WITNESS:  Again, that's a -- a
 3        question that engineering would answer.  It
 4        is a very important paramount requirement.
 5        There's a lot of decisions on design
 6        constraints that the engineers work with, and
 7        they would be best to answer that specific
 8        question.
 9   BY MR. HAAZ:
10        Q.    What -- what do you mean when there
11   are design constraints that engineers work with,
12   with respect to a product's safety?
13        A.    Well, again, that's a -- a question
14   best left to engineering.
15        Q.    All right.  Well, I'm just responding
16   to how you answered Ms. Dennison's questions.  And
17   you said repeatedly that safety is paramount.  So
18   I just -- I was asking if there's anything that's
19   more important.
20              MS. DENNISON:  Object to the form.
21              THE WITNESS:  There's many design
22        considerations that go into any product,
23        regardless of what it is.  It could be a car.
24        It could be a baby carriage.  It doesn't
25        matter.  One of -- it's one of the factors,
```

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

```
1        and that's an engineering design issue.  But
2        it is absolutely -- for SIG, that's, like,
3        tops the list.
4   BY MR. HAAZ:
5        Q.    And -- and it's also a quality control
6   issue; right?
7        A.    Quality control is -- is -- oh,
8   absolutely, but quality control is about managing
9   the quality of what we're producing and sending
10  out.
11       Q.    Now, you said that SIG SAUER and
12  quality control monitors customer satisfaction.
13       A.    That's correct.
14       Q.    How do they monitor customer
15  satisfaction?
16       A.    We do that through surveys.
17       Q.    And who manages the surveys?
18       A.    Comes out our marketing group.
19       Q.    Okay.  So that's marketing.
20             That's not quality control?
21       A.    Correct.
22       Q.    Okay.  And so marketing writes the
23  surveys, and they'll contact individuals and
24  receive responses?
25       A.    Well, they have a process by which
```

 1    they monitor customer satisfaction, the details of

 2    which I'm not able to answer, but they have --

 3    they don't send out specific paper surveys

 4    anymore.  They've got a system they use to -- to

 5    monitor customer satisfaction, but...

 6          Q.     Does quality control review customer

 7    satisfaction?

 8                 I mean, do they actively look into

 9    customer satisfaction or is that left to

10    marketing?

11          A.     No.  The -- the results are -- are

12    forwarded to -- to me and to others, and -- and we

13    act on those results.

14          Q.     Okay.  So if -- if there are news

15    reports of Chicago Police Department or Houston

16    Police Department or Washington State Criminal

17    Justice Center or Pennsylvania State Police that

18    decide to, you know, ban the use of the P320,

19    return thousands of guns, that's not something

20    that quality control looks into or -- or reviews?

21                 MS. DENNISON:  Objection.  Form.

22                 THE WITNESS:  Well, we're -- any time

23        there's a quality issue, quality concern,

24        we're brought into it.

25    BY MR. HAAZ:

1    Q.    And -- and my question is, you know,

2  news reports come out, X agency bands the use of

3  the P320.

4            How is that brought to quality

5  control's attention, and what does quality control

6  do with that information?

7            MS. DENNISON:  Objection to form.

8            THE WITNESS:  Well, we review it

9      and -- and look at what is it related to.

10           Like, any issue has to be reviewed on

11     its own as to what the context is, what we

12     already know about that situation, and if any

13     further action is required.  So we -- we are

14     brought in to it.  We do know about it.  But

15     whether or not it's a quality control issue

16     is determined based on what the context is of

17     what the actual situation is.

18  BY MR. HAAZ:

19     Q.    Okay.  Because it may not be a quality

20  control issue.

21     A.    Correct.

22     Q.    It may be some other issue.

23           For any drop fires that have occurred

24  with the P320, have any of -- have any of them,

25  that you're aware of, been quality control issues?

 1              MS. DENNISON:  Objection to form.

 2              THE WITNESS:  I'm not aware of any.

 3        If -- if there is anything related to drop, I

 4        would know about it.

 5   BY MR. HAAZ:

 6        Q.     And just so -- just to clarify.

 7              Are you saying you're not aware of any

 8   P320s ever going off when dropped in the field, or

 9   are you saying that you're not aware of any that

10   are quality control issues?

11        A.     I'm not aware of any that relate to

12   not meeting the requirements.

13        Q.     Understood.

14              And with respect to unintended

15   discharge incidents, those are also incidents that

16   you may become aware of if they are newsworthy or

17   brought to SIG SAUER's attention through a -- a

18   customer service representative?

19              MS. DENNISON:  Objection to form.

20        Scope.

21              THE WITNESS:  The -- it -- it could

22        come from a variety of places.  It could come

23        from our sales groups.  It could come from

24        customer service.

25   BY MR. HAAZ:

```
 1              Q.      Okay.

 2              A.      And if there's an issue brought up, we

 3      want to know about it, and --

 4              Q.      Sure.

 5              A.      -- we do know about it.

 6              Q.      And -- and my question is once you

 7      become aware of it, what does quality control do

 8      with that information to document it and

 9      investigate the incident?

10                      MS. DENNISON:  Objection to form.

11                      THE WITNESS:  It depends.  We will,

12              depending what the issue is, understand what

13              it is.  If we need to have the firearm

14              brought in for analysis, we do that.  We want

15              to make sure it is to -- to specification.

16      BY MR. HAAZ:

17              Q.      Few questions about that.

18                      If -- if there is an unintended

19      discharge by police agency X, contact SIG SAUER,

20      and SIG SAUER requests them to send the gun for

21      analysis, is that within quality control who

22      actually performs the testing on that gun to make

23      sure it complies with -- within spec?

24              A.      Yes.

25                      MS. DENNISON:  Object to form.
```

```
 1                THE WITNESS:  We have --

 2   BY MR. HAAZ:

 3        Q.     And -- and there is a -- a guy, Al

 4   Larochelle, who worked as SIG SAUER for many

 5   years.

 6        A.     Yep.

 7        Q.     Was he in quality control?

 8        A.     Yes.

 9        Q.     Okay.  And so it's quality control

10   that will receive a -- a pistol that had an

11   unintended discharge and do, you know, whatever

12   testing or checks are necessary to ensure that the

13   gun is within spec?

14        A.     Correct.

15        Q.     All right.  And then once quality

16   control performs that testing, what documents are

17   created?

18        A.     A report is created.

19        Q.     What's that report called?

20        A.     I don't recall the name of it.

21        Q.     Okay.  And what is contained within

22   that report?

23        A.     Results of the findings.

24        Q.     All right.  Are photographs taken of

25   the pistol?
```

1    A.    Yes.

2    Q.    All right.  In every case?

3          Is that a standard practice?

4    A.    I can't answer that --

5    Q.    Okay.

6    A.    -- definitively.  It's --

7    Q.    All right.

8    A.    -- very common.

9    Q.    All right.  And then all of these

10   unintended discharge reports or -- or, really --

11   let me just break this down.

12          Quality control doesn't have the

13   unintended discharge report.

14          They have the testing report from the

15   gun involved in an unintended discharge; fair?

16          MS. DENNISON:  Objection to form.

17          THE WITNESS:  We have access to the

18     reports.

19   BY MR. HAAZ:

20   Q.    Okay.  When you say "access to the

21   reports," you're talking about an unintended

22   discharge report that might be filled out by a law

23   enforcement sales representative or customer

24   service representative that takes down the

25   information?

1        A.      Could you repeat the question, please?

2        Q.      Sure.

3                You say "we have access to the

4     reports."  I just want to now know, you know,

5     what -- what all the reports are that you have

6     access to.

7                So there's an unintended discharge;

8     right?

9                We'll go through the -- the documents

10    that are created.

11               First, there is an unintended

12    discharge report that documents the details; the

13    person's name, general information about the

14    incident, the gun, the circumstances, daytime

15    location, et cetera.

16               Right?

17       A.      Correct.

18       Q.      All right.  So that's one document

19    about that unintended discharge.

20               If the gun is actually shipped to SIG

21    SAUER, quality control will perform testing on

22    that pistol; right?

23       A.      That's right.

24       Q.      To ensure that it's within spec and

25    it's not a quality control issue; right?

1        A.      Yes.

2        Q.      And that document is called what?

3        A.      I don't recall.

4        Q.      Okay.  And Al Larochelle was the

5   person for a number of years who would perform

6   that testing of the unintended discharge of the

7   P320?

8        A.      Correct.

9               MS. DENNISON:  Objection to the form.

10  BY MR. HAAZ:

11       Q.      In addition to those two documents,

12  what else would you have access to with respect to

13  an unintended discharge?

14       A.      It's a broad question.

15               What -- what would you...

16       Q.      Well, I'm just trying to understand

17  what documents are created by quality control and

18  what documents they have access to when they're

19  assessing whether or not a particular incident is

20  a quality control issue.

21       A.      We -- we know the results of -- of the

22  review, the inspection.  We know whether there's

23  an issue with any of the gun as related to

24  quality, and the -- the report that's written.

25       Q.      Okay.  And you say "the report that's

```
 1  written."

 2              What report are you referring to?

 3      A.      Again, I don't know the name -- the

 4  title of it.

 5      Q.      I just -- I didn't know if you were to

 6  a different document or --

 7      A.      No.

 8      Q.      -- that same one.

 9              Okay.  And if -- if there are dozens

10  or hundreds of these reported incidents, and every

11  time they're not a quality control issue, is there

12  ever a consideration whether there is a -- a

13  design issue or a different issue with the gun?

14              MS. DENNISON:  Objection to form and

15          scope.

16              THE WITNESS:  That's a broad question.

17              We -- we look at everything.

18  BY MR. HAAZ:

19      Q.      Okay.  So design is something you also

20  look at; right?

21              MS. DENNISON:  Objection to form.

22              THE WITNESS:  I'm not en- -- I'm not

23          engineer -- a firearms engineer, so, no, I

24          would not look at the design.  I leave that

25          to the design authorities.
```

1   BY MR. HAAZ:

2        Q.     Okay.  So when you say you would

3   "leave that to the design authorities," that would

4   be Adrian Thomele and his group of engineers and

5   designers?

6        A.     Correct.

7        Q.     All right.  And you regularly meet

8   with Adrian Thomele and other members of the

9   management team?

10       A.     We do.  We -- when there's an issue,

11  we talk about it, and we usually talk to his

12  engineers directly.

13       Q.     Okay.  There have been a number of

14  unintended discharges with the P320 that you're

15  aware of; correct?

16       A.     Yes.

17              MS. DENNISON:  Objection to form.

18  BY MR. HAAZ:

19       Q.     All right.  Have you talked to Adrian

20  Thomele, or other members of the management team,

21  about that?

22              MS. DENNISON:  Objection to form.

23       Scope.

24              THE WITNESS:  That's a very broad

25       question.  We talk all the time.  When there

1           are issues that need to be addressed, we talk

2           about them.  Doesn't mean that it's a -- a

3           design issue, or -- you know, many of these

4           cases we don't have enough information, until

5           we get the gun, to know exactly what it is.

6     BY MR. HAAZ:

7           Q.     Okay.  Have -- have any of the

8     unintended discharges that you're aware of with a

9     P320 ever been a quality control issue?

10          A.     No.  I -- the -- what I can tell you

11    is every -- in order for it to discharge, the

12    trigger has to go to the rear.  Period.

13          Q.     And how do you know that?

14          A.     Through multiple testing.  Through the

15    design, itself.  Through many different test

16    cycles.  And -- and we've never had any instance

17    where that could discharge without a pull to the

18    rear.

19          Q.     When you say "a pull to the rear," you

20    mean a -- a trigger pull beyond the break, all the

21    way to the back; right?

22          A.     It means --

23                 MS. DENNISON:  Objection to form.

24                 THE WITNESS:  -- actuation of the

25          trigger bar.

```
 1   BY MR. HAAZ:

 2        Q.      Okay.  So you're saying that it's

 3   impossible for somebody to put rearward pressure

 4   on the trigger and cause the striker to be

 5   released by contact to the slide, for example?

 6              MS. DENNISON:  Objection to form --

 7              THE WITNESS:  Can you --

 8              MS. DENNISON:  -- and scope.

 9              THE WITNESS:  -- repeat the question?

10   BY MR. HAAZ:

11        Q.      Sure.

12              You just testified that you're certain

13   that the P320 can't fire without a full trigger

14   pull to the rear; correct?

15        A.      Correct.

16        Q.      All right.  So then you're saying

17   that, based on your understanding as the head of

18   quality control, the P320 couldn't fire if

19   somebody puts rearward pressure on the trigger and

20   contacts the slide?

21        A.      I --

22              MS. DENNISON:  Objection to form.

23        Scope.

24              THE WITNESS:  -- I don't understand

25        the question.
```

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

```
 1   BY MR. HAAZ:

 2        Q.     Okay.  Have you seen incidents and

 3   reports where the P320 can discharge when someone

 4   puts rearward pressure on the trigger, without

 5   making a complete trigger pull, and the striker is

 6   released by contact to the slide of the gun?

 7              MS. DENNISON:  Objection to form.

 8        Scope.

 9              THE WITNESS:  If there's manipulation

10        of the trigger, which it sounds like you're

11        inferring, then that is an actuation of

12        the -- of the trigger.  You're pulling it to

13        the rear.

14   BY MR. HAAZ:

15        Q.     So -- okay.  So -- well, that's

16   different.

17              First I asked if you had seen videos

18   and reports of what I just described.

19              Have you?

20              MS. DENNISON:  Objection to form.

21        Scope.

22              THE WITNESS:  Again, what are you

23        referring to?

24   BY MR. HAAZ:

25        Q.     I'm referring to --
```

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

1      A.      It's very -- very confusing your

2  explanation --

3      Q.      Okay.

4      A.      -- and you need to break it down a

5  little bit.

6      Q.      Well, you'll just tell me if you have

7  or you haven't.

8              Within the last three weeks there have

9  been multiple videos surfacing where the P320 can

10  and will discharge if there's rearward pressure to

11  the trigger that's not a complete trigger pull,

12  and during that process there's contact with the

13  slide.

14              MS. DENNISON:  Objection to form.

15      Scope.  Foundation.

16  BY MR. HAAZ:

17      Q.      Have you seen those videos?

18      A.      Yes.

19      Q.      Okay.

20      A.      And if --

21      Q.      So you know what I'm talking about?

22      A.      Again, it will not fire without

23  actuation of the trigger to the rear.

24      Q.      When you say "actuation," you mean

25  contact with the trigger?

 1          A.      Pulling of the trigger.  Pressing of

 2    the trigger.

 3                  MS. DENNISON:  Objection.

 4                  And --

 5                  THE WITNESS:  Sure.

 6                  MS. DENNISON:  -- sorry.

 7                  THE WITNESS:  Sorry.

 8                  MS. DENNISON:  When I object, I need

 9          you to stop talking for a second because if

10          we're both talking at the same time, it

11          cannot be put down on the record.  So -- and

12          I need to preserve the objection after the

13          question is asked, but before you begin your

14          answer.

15                  So objection to form.

16    BY MR. HAAZ:

17          Q.      All right.  So you've seen videos

18    where individuals have put rearward pressure on a

19    trigger, taken it up to the wall and then

20    contacted the slide, and the P320 goes off?

21                  MS. DENNISON:  Objection to form.

22          Scope.  Foundation.

23    BY MR. HAAZ:

24          Q.      You've seen those videos, right, you

25    just told us?

```
 1              MS. DENNISON:  Objection.
 2              THE WITNESS:  I've seen videos of --
 3         YouTube videos of people talking about it.
 4         I've not seen the actual videos of the
 5         activity.
 6    BY MR. HAAZ:
 7         Q.    Okay.  You haven't been curious and
 8    sought out those videos to see what people are
 9    talking about?
10              MS. DENNISON:  Objection to form.
11         Scope.
12              THE WITNESS:  Well, we're always
13         interested in seeing what is out there in
14         social media and what people are talking
15         about.  The discussions and -- and the review
16         of some of these videos are that the gun was
17         manipulated, and it was not -- it -- the
18         trigger was actuated.
19    BY MR. HAAZ:
20         Q.    Well -- well, these are videos --
21              MS. DENNISON:  Hold on.  Hold on.
22              I want to be really clear here
23         because, you know, this is a corporate
24         designee deposition.  This is beyond the
25         scope of the topics of the corporate
```

```
 1          designee, and so when you say "you," I want
 2          to make sure that we are very clear that
 3          "you" is you, as Murphy, and not you, SIG
 4          SAUER.  He is not being designated as a
 5          designee on this issue.
 6                    MR. HAAZ:  That's fine.
 7    BY MR. HAAZ:
 8          Q.    And so as -- as the head of quality
 9    control for SIG SAUER -- well, first, have you
10    ever heard of -- of that happening with any other
11    pistol made by SIG SAUER?
12                    MS. DENNISON:  Objection.  Scope.
13          Form.
14                    THE WITNESS:  I can't answer that
15          question.
16                    Again, what I can tell you is that the
17          P320 cannot discharge without a trigger pull
18          to the rear.
19    BY MR. HAAZ:
20          Q.    Okay.  And you've heard people talk
21    about the phenomenon happening without a trigger
22    pull to the rear, but -- sorry.  Let me strike
23    that.
24                    Before you testified that you had seen
25    the videos, and then after that you testified that
```

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

1    you heard people talking about it.

2              So which is it?

3              Did you see the video of the

4    incident -- the -- the issue we're discussing or

5    not?

6              MS. DENNISON:  Objection to --

7              THE WITNESS:  I saw --

8              MS. DENNISON:  -- form.

9              THE WITNESS:  I saw YouTube videos of

10        vloggers talking about it.  I had not seen

11        the actual video.  But in their discussion,

12        there's manipulation of the firearm to -- to,

13        basically, actuate the trigger, pull it to

14        the rear.

15   BY MR. HAAZ:

16        Q.    Okay.  And by "basically actuate the

17   trigger," you mean pull the trigger to the -- the

18   break point, or not all the way, but definitely

19   manipulate the trigger before the gun discharges?

20              MS. DENNISON:  All right.  Objection

21        to form.  Objection to scope.

22              We are now talking about undocumented

23        videos that have not -- I mean, we are so far

24        beyond the scope of -- of the deposition.  We

25        are beyond the scope of my -- my questioning.

Deposition of Edward James Murphy, Jr.                James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

```
 1        We are -- we are just well beyond the scope
 2        of anything to do with this deposition.
 3              MR. HAAZ:  I'll -- I'll -- I'll be
 4        brief and finish it out.
 5              The reason --
 6              MS. DENNISON:  Well, I mean, you've
 7        asked him, like, six different ways.  So far
 8        it hasn't been brief, but, okay.  Hopefully
 9        we can cut this short.
10  BY MR. HAAZ:
11        Q.    What have you done as the head of
12  quality control once you learned that information?
13              MS. DENNISON:  Objection to form.
14        Scope.
15              Go ahead.
16              THE WITNESS:  Again, it's good
17        information to know.  We know from our own
18        testing and our own experience that
19        trigger -- the firearm will not discharge
20        without a pull of trigger.
21  BY MR. HAAZ:
22        Q.    Well, do you know if any testing is --
23  is planned to assess whether or not this issue
24  that we've been discussing can be recreated?
25              MS. DENNISON:  Objection to form.
```

 1          Scope.

 2                  THE WITNESS:  No, I can't answer that

 3          question.

 4     BY MR. HAAZ:

 5          Q.     Because you don't know or you just

 6     don't want to answer the question?

 7          A.     I -- I can't.  I can't answer the

 8     question.

 9          Q.     What do you mean you "can't"?

10          A.     I don't know.

11          Q.     Okay.  Well, "I don't know" is a fine

12     answer.  I just genuinely didn't know what you

13     meant.

14                  Those are all the questions I have.

15                  MS. DENNISON:  Okay.

16                  THE VIDEOGRAPHER:  Can I close the

17          record?

18                  MS. DENNISON:  Yeah.

19                  MR. REMICK:  Sure.

20                  THE VIDEOGRAPHER:  This concludes the

21          video deposition of Edward James Murphy, Jr.

22                  We are going off the record at 1:23

23          p.m.

24                          - - -

25                  (Witness excused.)

```
 1                        - - -

 2              (The following was held off the video

 3         record:)

 4                        - - -

 5         THE COURT REPORTER:  Could counsel put

 6    on the record their of transcript?

 7         MS. DENNISON:  Yeah.  I'd like an

 8    eTran and a TXT, please.

 9         MR. HAAZ:  Can I have a mini PDF and a

10    TXT, please.

11         THE COURT REPORTER:  Ms. Boody, do you

12    want a transcript?

13         MS. BOODY:  Yeah.  I -- I -- I want a

14    copy, PDF, just one.  Digital only.

15                        - - -

16              (At 1:23 p.m., proceedings were

17         concluded.)

18                        - - -

19

20

21

22

23

24

25
```

```
 1                      -  -  -  -

 2                  ERRATA - 42148

 3                      -  -  -  -

 4    PAGE      LINE       CHANGE

 5    _____    _____     _____

 6    Reason for Change:

 7    _____

 8    _____    _____     _____

 9    Reason for Change:

10    _____

11    _____    _____     _____

12    Reason for Change:

13    _____

14    _____    _____     _____

15    Reason for Change:

16    _____

17    _____    _____     _____

18    Reason for Change:

19    _____

20    _____    _____     _____

21    Reason for Change:

22    _____

23    _____    _____     _____

24

25
```

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2                  I,_____,

 3   do hereby certify that I have read the foregoing

 4   pages _____ to _____ and that the same is a

 5   correct transcription of the answers given by me

 6   to the questions therein propounded, except for

 7   the corrections or changes in form or substance,

 8   if any, noted in the attached Errata Sheet.

 9


10   _____              _____

11   DATE                     SIGNATURE

12

13                  Subscribed and sworn to

14   before me this _____ day of _____,

15   2025.

16

17                       My commission expires:

18                       _____

19

20

21                       _____

22                       Notary Public

23

24              42148

25
```

C E R T I F I C A T I O N

I do hereby certify that I am a Notary
Public in good standing, that the aforesaid
testimony was taken before me, pursuant to notice,
at the time and place indicated; that said
deponent was by me duly sworn or affirmed to tell
the truth, the whole truth, and nothing but the
truth; that the testimony of said deponent was
correctly recorded in machine shorthand by me and
thereafter under my supervision with
computer-aided transcription; that the deposition
is a true and correct record of the testimony
given by the witness; and that I am neither
counsel nor kin to any party in said action, nor
interested in the outcome thereof.

WITNESS my hand official seal this
27th day of August, 2025.

*Barbara C. Logan*
Notary Public

Case 3:23-cv-00978-JFS    Document 95-10    Filed 11/26/25    Page 168 of 198

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

## WORD INDEX

< 0 >
03801  1:*15*
08002  2:*14*

< 1 >
1  3:*10*  38:*25*
1:23  162:*22*  163:*16*
10:08  1:*16*  5:*7*
100  3:*12*  135:*22*
10577  2:*9*
11  100:*12*  114:*20*
11:14  59:*16, 20*
11:27  59:*20, 22*
11:48  78:*1, 7*
11th  100:*23*
12:27  113:*20, 24*
12:32  113:*24*  114:*1*
14  1:*10*
14th  5:*6*
15  70:*6*  76:*18, 19*
77:*4*  87:*15*  113:*18*
150  27:*23*
16  34:*6*  40:*21*  50:*16,*
*17*  108:*2*
1650  2:*4*
17  100:*12, 21*  106:*21*
108:*2*
18  40:*10*
184  39:*11*
19103  2:*5*
1916  37:*22*
1983  114:*8*  120:*3*
1988  120:*2*
1992  119:*23*

< 2 >
2  3:*11*  93:*24*
20  114:*23*
2003  40:*13*
2007  118:*23*
2009  119:*11*
2010  14:*12*  119:*10,*
*11*  120:*6*
2012  49:*10, 16, 19*
50:*7*
2013  49:*17, 19*
2014  42:*17*  57:*3*

2015  57:*8*  66:*9*
122:*22*  125:*16*
2016  26:*13*  40:*18, 25*
41:*1*  42:*17*  50:*8*
57:*8*  92:*14*  100:*17*
101:*5*  106:*21*  128:*13*
2017  26:*13*  48:*21*
50:*9*  75:*6*  81:*2, 16*
87:*25*  92:*14*  96:*11*
97:*1*  98:*18*  100:*10,*
*24*  101:*2*  109:*14, 20*
110:*2*  113:*2*  128:*13*
129:*2*
2018  48:*22*
202  2:*9*
2021  120:*13*
2025  1:*10*  5:*6*
165:*15*  166:*10*
213  39:*12*
215.496.8282  2:*5*
22  34:*6*  65:*23*
22nd  100:*17*
2-6.1  78:*20*  79:*1, 18*
80:*20*
27th  166:*10*
28  96:*11*
28th  97:*1*

< 3 >
3  3:*12*  100:*3*
3:23-cv-00978-MEM
1:*6*
30-page  39:*8*  60:*9*
68:*12*  125:*2*
320  61:*24*  64:*5*
65:*10, 13*  104:*16*
128:*21*  134:*13*
365  65:*13*
38  3:*10*

< 4 >
4  2:*9*  100:*10*
42148  1:*23*  164:*2*
165:*24*
45  128:*19*
4th  100:*21*

< 5 >
50  36:*14*

500  2:*13*
50-some  123:*11*
52nd  2:*4*

< 6 >
6  8:*22*
646.708.4844  2:*10*

< 7 >
7  8:*23*
70  2:*13*
72  1:*14*

< 8 >
8  53:*11*
856.429.5300  2:*14*

< 9 >
9  51:*2, 4, 10*  53:*1*
54:*6, 8*  128:*19*
9001  66:*9*  122:*22, 25*
123:*3*  125:*16*
93  3:*11*
9th  40:*18, 21*

< A >
a.m  1:*16*  5:*7*  59:*16,*
*20, 22*  78:*1, 7*
abbreviation  121:*14*
able  123:*15*  143:*2*
absolutely  133:*3, 7*
140:*21*  142:*2, 8*
abuse  21:*19*
abused  15:*12*  88:*14*
89:*4, 12*
ac  18:*16*
acceptable  8:*3*  136:*1*
accepting  35:*24*
access  148:*17, 20*
149:*3, 6*  150:*12, 18*
accessory  132:*16*
accidental  13:*3*  20:*22*
accommodate  8:*9*
25:*15, 17*
accreditation  123:*9*
acknowledge  5:*24*
6:*3*
ACKNOWLEDGMEN
T  165:*1*

act  122:*9*  124:*16*
143:*13*
acting  121:*7*
ACTION  1:*5*  11:*11*
12:*7, 10, 24*  13:*18*
14:*17*  16:*11*  17:*12,*
*14, 24*  18:*1, 7, 17, 19*
19:*15, 22*  20:*7, 10, 15*
131:*12, 21*  132:*3*
144:*13*  166:*8*
actions  12:*19*  19:*17*
77:*5*  101:*7*  107:*4*
117:*2*
actively  143:*8*
activity  13:*19*  158:*5*
actual  13:*24*  22:*21*
59:*11*  90:*6*  91:*11, 14*
124:*6*  132:*8*  144:*17*
158:*4*  160:*11*
actuate  160:*13, 16*
actuated  158:*18*
actuation  153:*24*
155:*11*  156:*23, 24*
added  80:*10*  109:*1*
addition  51:*16*
150:*11*
additional  25:*8, 12,*
*18*  58:*1*
address  47:*11*  77:*5*
80:*1, 7*  81:*10*  103:*12*
108:*14, 17*  109:*8, 19*
110:*11*  131:*17*
134:*22*  135:*12*  138:*4*
addressed  48:*1, 5*
77:*11*  78:*19*  153:*1*
administer  6:*5*
administered  6:*4*
Administration
119:*20*
admission  120:*21*
Adrian  44:*18*  152:*4,*
*8, 19*
Affidavits  117:*14*
118:*19*
affirmed  6:*25*  166:*4*
aforesaid  166:*3*
agencies  123:*14*
Agency  123:*8*  144:*2*
146:*19*
ago  114:*24*  126:*13*

agree  6:6  33:16
35:1  40:23  131:19
agreement  131:16
ahead  33:10  35:23
59:1  87:3, 7  161:15
AJ  101:23
al  5:12  147:3  150:4
allegation  12:23
13:1, 2
allowed  106:12, 13
allows  134:25
138:11, 20
alterations  89:13
altered  15:12  88:15
89:5
Amanda  44:8
amendment  40:13
American  115:12, 18
116:5
analysis  72:5  76:3
146:14, 21
analyze  118:10
analyzing  118:13, 16
angle  88:14
angles  25:9, 18
82:24  84:1, 19  88:7
annual  123:5
annually  129:10, 22
ANSWER  4:2  8:1, 4
17:16  19:7, 12  26:18,
19, 21  33:23  34:23
39:20  46:19  50:7, 10
68:2  71:19, 21  73:4,
5  74:13, 14  75:22
82:17  84:7, 14  85:6,
14, 16, 18  86:2, 6, 9,
22, 24  87:4, 9  91:10
105:22  112:24  141:3,
7  143:2  148:4
157:14  159:14  162:2,
6, 7, 12
answered  84:21, 22
85:8, 13  86:10  88:17
106:7, 9, 14  141:16
answering  26:20
answers  7:20  165:5
Antonio  33:3, 12, 15
34:3, 7, 12, 21  35:3
36:8

anymore  143:4
anyway  71:22
apologies  93:20
apologize  6:20  29:16
41:24
appearances  2:1
appearing  5:19
applied  21:9  22:21
116:16, 18
apply  84:10
appropriate  106:10
area  77:13  130:1, 5
134:22
areas  28:6  46:11, 24
61:6  115:17, 20
129:25  130:3  133:19
arises  13:11
Army  137:11
arose  48:3
article  37:4, 5  55:11
133:22  139:2, 3
aside  30:14  31:21
Asked  84:21  106:7,
8, 9, 13  111:2  125:25
126:9  128:11  132:4
136:18  137:3  155:17
157:13  161:7
asking  12:3  63:20
65:2  74:9, 10  84:13
111:16, 22, 25  112:4
141:18
aspects  42:6  122:16
ASQ  114:12
assem  134:12
assemble  23:1
assemblies  124:3
assembling  124:3
assembly  10:9  17:19
30:7, 8  134:12
139:11
assess  67:16  68:24
69:4  161:23
assessing  150:19
assessment  16:9
67:25  69:12, 14, 24
70:7, 18, 23  71:13
72:21  76:2, 8  129:11
assessments  66:25
69:25  71:2, 23

assigned  29:23  38:1
associated  67:21  69:6
ASSOCIATES  2:11
Assuming  89:10
assurance  42:7
assure  51:5, 12
assured  36:10
attached  165:8
attachment  94:3, 14,
18
attempt  42:9
attended  48:9, 12
67:16
attendees  101:10
attention  13:13
14:18, 25  26:7  52:3
79:24  83:8, 12  97:16
109:9, 14  144:5
145:17
attest  121:10
attorneys  5:23
audit  18:11  60:25
61:8, 19  62:6, 10, 17,
25  63:22  64:9, 13, 16,
21  65:5, 20  66:20
123:5, 14  129:7, 21,
22  130:3, 23  131:9
audited  61:14  66:17,
19
auditee  131:16
auditees  62:7
auditing  129:8
130:21
audits  61:2, 4, 10
63:9, 11  64:23  117:1
121:5  123:5  129:5
130:20, 22, 25  131:3
132:1
August  1:10  5:6
166:10
aut  124:2
author  72:11  73:10
authored  73:13
authorities  151:25
152:3
authors  73:23
auto  12:14, 17
automated  53:18
134:13, 14

automatically  15:23
automation  124:2
avoid  112:7
aware  25:11  42:19,
22  59:8  80:22  81:7
98:17  108:14  144:25
145:2, 7, 9, 11, 16
146:7  152:15  153:8

< B >
baby  141:24
bachelor  120:3
Bachelor's  115:3
back  18:5  30:23
39:14  49:10  50:7
54:24  57:2  60:5
72:20  80:2  83:23
85:16  89:20  112:13,
16  118:23  120:6
124:20  153:21
background  15:10
76:17  114:5  115:2
bad  22:15
ban  143:18
bands  144:2
bar  153:25
Barbara  1:17  5:17
barrel  32:7, 11  97:25
based  45:9  61:8
122:19  124:23
144:16  154:17
basic  46:24  138:25
basically  18:9  54:24
160:13, 16
basis  61:13  82:17
Bass  2:15
bed  47:13
beginning  1:16
39:25  55:23  110:21,
24  130:23
behalf  8:17
believe  16:14  33:2
40:19  67:20  70:25
96:10  100:9  119:10
125:1  129:18
Belt  114:13  116:6, 7
117:9  127:23
BENDESKY  2:3
7:13
benefit  79:17

**best** 27:*4* 83:*19*
87:*1, 5* 129:3 141:*7, 14*
**better** 102:*23* 103:*3*
116:*15* 126:*24*
**Beuhler** 44:*5*
**beyond** 25:*9* 105:*8*
110:*15* 111:*14*
153:*20* 158:*24*
160:*24, 25* 161:*1*
**bid** 99:*10*
**bit** 14:*9, 20, 21*
19:*10* 41:*19* 50:*23*
77:*18* 104:*10* 126:*13, 25* 156:*5*
**Black** 114:*13* 116:*6*
117:*9*
**board** 123:*9, 10*
130:*7* 133:*12*
**body** 117:*17*
**boils** 37:*24*
**BOODY** 2:*13*
113:*13* 140:*4* 163:*11, 13*
**books** 117:*21*
**boss** 43:*8, 14, 16*
**bottom** 41:*14* 42:*1*
65:*22* 77:*5*
**bought** 89:*23*
**Boulevard** 1:*15*
**box** 52:*5, 24* 53:*1, 7*
87:*8*
**Bradley** 2:*20*
**Brasseur** 102:*13*
**break** 8:*8, 12* 56:*20*
57:*22* 59:*14* 111:*7, 8*
113:*16* 148:*11*
153:*20* 156:*4* 160:*18*
**breath** 19:*12* 33:*23*
**brief** 161:*4, 8*
**briefly** 31:*1, 9* 100:*14*
**bring** 16:*10* 121:*23*
**brings** 114:*24*
**broad** 14:*20* 31:*17*
34:*24* 53:*25* 58:*5*
60:*17* 84:*3* 86:*11*
92:*7* 116:*9, 21*
123:*21* 150:*14*
151:*16* 152:*24*

**broadly** 50:*2*
**broken** 18:*19*
**brought** 13:*12* 14:*17, 25* 25:*13* 26:*7* 52:*3*
54:*13* 57:*3* 79:*24*
81:*5* 83:*8, 12* 97:*15, 19* 109:*9, 14* 137:*11*
143:*24* 144:*4, 14*
145:*17* 146:*2, 14*
**build** 9:*16* 10:*11, 25*
35:*17, 18* 53:*14, 17, 19* 55:*14, 15* 94:*24*
125:*19* 134:*11*
135:*25* 139:*11*
**builds** 121:*22*
**built** 10:*4* 102:*8*
135:*4*
**bullet** 42:*2* 49:*2*
**bunch** 94:*13*
**burr** 135:*19* 136:*1, 11*
**business** 10:*18* 67:*17, 18* 68:*25* 69:*4, 8*
78:*23* 80:*1* 119:*20*
128:*6*
**business-related**
45:*25*
**buy** 31:*3, 4, 23, 24*
32:*17* 35:*2* 37:*16*
123:*22*
**buying** 53:*12*

**< C >**
**Cabela** 2:*15*
**calibers** 128:*22, 23*
**call** 16:*14* 28:*20, 21*
37:*5* 45:*21* 49:*14*
101:*21* 107:*12*
115:*15* 125:*18* 127:*6*
134:*21*
**called** 27:*5* 32:*8*
43:*9* 68:*4* 94:*4*
107:*3, 7* 116:*15*
118:*9* 123:*8* 130:*6*
136:*6* 147:*19* 150:*2*
**calls** 10:*9* 16:*20*
124:*19*
**capacity** 111:*6, 10*
112:*24*

**car** 141:*23*
**career** 114:*20*
**carefully** 131:*15*
**carriage** 141:*24*
**case** 42:*15* 72:*5*
84:*11* 90:*16* 106:*12*
148:*2*
**cases** 72:*6* 153:*4*
**catch** 6:*18*
**categories** 31:*17*
**categorize** 18:*22*
**category** 18:*20*
**Catruch** 29:*11, 24*
30:*11, 16, 17*
**C-A-T-R-U-C-H**
29:*13*
**cause** 154:*4*
**Center** 143:*17*
**CEO** 43:*12*
**certain** 34:*19* 36:*20*
74:*18* 82:*24* 83:*25*
84:*18* 88:*7* 104:*11*
154:*12*
**certainly** 20:*2* 137:*22*
**certainty** 71:*22*
**certifi** 114:*13*
**certification** 117:*3, 12* 118:*22* 119:*9*
123:*7*
**certifications** 115:*10, 11, 13, 23* 119:*12*
121:*8*
**Certified** 1:*17*
114:*12, 13, 14* 115:*16, 20* 116:*6, 20* 117:*7, 8*
118:*25* 119:*2* 122:*25*
123:*3*
**certify** 123:*15* 165:*3*
166:*1*
**cetera** 149:*15*
**chance** 56:*20*
**change** 24:*25* 26:*4*
27:*2, 7, 11* 164:*4, 6, 9, 12, 15, 18, 21*
**changed** 25:*5, 7, 23*
**changes** 25:*17* 57:*16, 18* 61:*21* 104:*12*
165:*7*
**characteristics** 15:*13*

**chart** 54:*25*
**check** 41:*6* 134:*11*
**checks** 10:*25* 35:*18*
53:*17, 20* 55:*16*
94:*24* 95:*1* 96:*1*
124:*4* 134:*11, 16*
139:*5, 11, 13* 147:*12*
**Cherry** 2:*14*
**Chicago** 143:*15*
**chief** 81:*24* 87:*17*
**choice** 86:*17*
**chose** 117:*20, 24*
**Chris** 17:*9* 124:*20*
**chronological** 100:*9*
**circumstances** 14:*7*
149:*14*
**cited** 126:*1*
**CIVIL** 1:*5*
**clarify** 7:*22* 16:*3*
38:*14* 145:*6*
**clear** 7:*22* 20:*20*
65:*1* 158:*22* 159:*2*
**close** 12:*20* 104:*6*
162:*16*
**closing** 60:*3*
**clutch** 136:*2*
**clutches** 136:*16*
**coaching** 86:*22*
**codes** 98:*1*
**Cohen's** 45:*8* 46:*12, 17*
**collect** 96:*2* 124:*6, 8, 15* 135:*9* 136:*4*
138:*5*
**collected** 122:*9*
**collects** 135:*3*
**combination** 133:*18*
**come** 11:*3* 17:*18*
32:*19, 21* 35:*13* 82:*5*
124:*19* 134:*6, 7*
135:*20* 144:*2* 145:*22, 23*
**comes** 12:*15* 67:*20*
79:*23* 136:*15* 142:*18*
**coming** 11:*22* 36:*11*
**commercial** 37:*3*
**commission** 165:*17*
**committed** 54:*11*
**common** 71:*5, 6*
90:*4* 148:*8*

Case 3:23-cv-00978-JFS    Document 95-10    Filed 11/26/25    Page 171 of 198

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

**communicate** 93:*1*
103:*16* 136:8
**communication** 74:2
**company** 10:8 18:*4,
8, 21* 32:24, 25 40:*14*
41:*17* 45:21, 23 46:3
47:*11* 52:24 57:*17*
63:2, 4 67:2, 6 75:*16*
79:23 120:21, 22
121:2, 9, 21 122:*16*
123:2 129:24
**company's** 45:7
**complaints** 63:*14*
129:*13*
**complete** 65:*16*
76:*15* 106:23 130:*24,
25* 155:5 156:*11*
**completed** 23:3
57:*15*
**completely** 32:*13*
136:*16*
**completion** 51:5 52:8
**compliance** 60:9, *12,
22* 61:3 108:*20*
**complies** 146:23
**comply** 22:*20* 24:2,
3 37:*11*
**component** 8:22
133:*24* 135:22, 25
**components** 30:*24*
54:*17, 22* 55:3, *10, 11*
83:*18* 91:8 102:6
109:*1, 19* 110:*11*
133:25 135:*20*
**comprehensive** 37:*24*
**computer-aided** 166:7
**concern** 24:*19*
108:*20* 143:23
**concerned** 91:*12*
**concluded** 163:*17*
**concludes** 162:*20*
**concrete** 88:*21* 89:*15*
**condition** 25:*13* 81:6
89:*3, 12, 25* 137:*12*
**conduct** 14:*16* 66:8
79:8
**conducted** 15:6 76:3
92:*18, 21*
**conducts** 14:4
**conformance** 51:6, *13*

**conforming** 36:*11*
136:*17*
**confusing** 156:*1*
**confusion** 7:*18* 65:*1*
**consider** 78:*24*
133:5 137:5, 8
**consideration** 133:*1*
140:*16* 151:*12*
**considerations**
140:*17, 18* 141:22
**considered** 47:*25*
50:*18* 62:8 108:*18*
**considering** 20:*16*
**considers** 77:8
**consist** 79:7
**constraints** 141:6, *11*
**consulted** 74:6, *11*
**contact** 74:2 142:*23*
146:*19* 154:5 155:6
156:*12, 25*
**contacted** 157:*20*
**contacts** 154:*20*
**contain** 125:7 136:*4*
**contained** 147:*21*
**containment** 134:*22*
**contend** 122:8 133:3
**context** 51:3 144:*11,
16*
**continually** 103:*16*
126:22 127:*11*
**continue** 80:8
**continued** 55:3 57:7
101:*1, 2*
**continuity** 67:*18*
69:8 78:23 80:*1*
**Continuous** 42:5, *10*
44:*3* 52:20 53:*21*
54:*12, 16* 95:*19* 96:5,
7 97:8 103:*1* 104:*15,
23, 24* 105:23 106:2
107:*1, 12, 20* 108:23
116:*10* 117:*1* 126:7
128:*1, 10*
**contract** 23:*15, 16, 17*
27:5 37:8, *9* 38:2, *3*
73:6 81:*1* 83:5
99:*10* 129:2
**contracted** 35:*11*
**contracts** 37:*10, 13*

53:*4*
**contractual** 37:2
**control** 8:23 10:*12*
16:7, *24* 17:5 21:*15*
22:*13, 17, 19* 23:8, *10,
20* 24:6, *14* 25:2
27:*14, 19* 28:*11* 35:6
51:24 57:24 58:23
60:8, *16, 21* 61:2, *10*
66:4, *24* 68:22 76:8
78:*16* 81:25 82:3, *19,
23* 84:*1, 19* 87:*15, 18,
21, 24* 88:7, *22* 89:*17*
90:8, *24* 91:3, *9, 21,
23* 92:5 93:2 96:5
97:*10* 98:*14, 19*
109:*18* 111:22, 23
112:*1, 4* 118:*10, 17*
123:*20* 124:*1* 133:*14,
15, 16, 21* 135:*14*
136:7 137:*20* 138:*11,
19* 142:5, *7, 8, 12, 20*
143:6, *20* 144:5, *15,
20, 25* 145:*10* 146:7,
*21* 147:7, *9, 16*
148:*12* 149:21, 25
150:*17, 20* 151:*11*
153:9 154:*18* 159:9
161:*12*
**controlled** 53:6 54:7,
*21* 57:*19*
**controls** 132:*21*
133:9
**control's** 52:3 83:*12*
144:5
**conversation** 92:*24*
**COO** 43:22
**coordinate** 104:5
**copy** 163:*14*
**corner** 65:*23*
**corporate** 8:*17* 82:7
158:*23, 25*
**Correct** 7:*25* 13:*14*
14:*13* 18:*12* 22:*4, 9*
25:5 30:*13, 20* 31:*12,
15* 32:*24* 33:*4, 5, 19*
34:*1* 36:*21* 41:*1*
42:*4, 8* 43:*19* 44:*19*
46:*16* 48:*17* 49:8
51:*17, 24, 25* 54:*14*

58:2, *4, 19, 24* 65:*21*
68:*15* 69:*19* 73:9, *12*
74:*20* 75:3 80:*21*
81:*18* 90:*11, 22*
91:*18, 19, 22, 24* 92:*1,
2, 4* 96:9, *20* 97:9, *13*
98:6 101:*3, 16, 17*
104:*20* 105:*14, 16, 17*
106:*19, 22* 107:5, *16*
109:*3, 4, 6, 7, 11*
114:*17* 115:6 119:*19,
21* 120:*1, 4, 7, 16*
121:*13* 123:*1* 142:*13,
21* 144:21 147:*14*
149:*17* 150:8 152:6,
*15* 154:*14, 15* 165:5
166:7
**corrected** 95:*13*
**correction** 16:*11*
17:*13, 19, 24* 18:*16*
83:*16, 17*
**corrections** 165:7
**corrective** 11:*11*
12:7, *10, 19, 23* 13:*18*
14:*17* 16:*11* 17:*12,
14* 18:*1, 7, 17, 19*
19:*15, 17, 22* 20:7, *10,
15* 117:2 131:*12, 21*
132:3
**correctly** 166:6
**cost** 122:5, *10, 17, 18*
**costing** 122:6
**costs** 46:7 122:8
**counsel** 5:*19* 7:6
9:6, *11* 92:3 163:5
166:8
**countries** 123:*12*
**couple** 38:*10* 57:21
128:*20*
**course** 24:5, *23*
58:*17* 115:*15* 121:7
130:2
**courses** 117:23
**COURT** 1:2 5:*13,
16, 18, 21, 23* 6:20
7:3 85:*15* 112:*16*
113:*20* 163:5, *11*
**cover** 46:25
**covered** 22:*23*
**create** 138:*10, 19*

**created** 39:*19*
  147:*17, 18* 149:*10*
  150:*17*
**creation** 13:*17*
**credence** 117:*4*
**Criminal** 143:*16*
**critical** 140:*21*
**criticality** 72:*5*
**Crosstalk** 41:*23*
**crown** 97:*25*
**curious** 158:*7*
**current** 49:*18*
  118:*13, 14* 120:*11, 14*
**currently** 67:*18*
**customer** 16:*6, 19, 23*
  17:*1, 2, 8* 25:*13* 59:*6*
  63:*6, 14* 81:*3* 121:*23*
  122:*1* 124:*12, 18, 19*
  129:*19* 130:*13* 135:*6,*
  *7, 10* 137:*21, 25*
  142:*12, 14* 143:*1, 5, 6,*
  *9* 145:*18, 24* 148:*23*
**customers** 58:*16*
  63:*3* 116:*24* 120:*25*
  121:*9* 124:*14* 129:*13*
  130:*14* 137:*23* 138:*1,*
  *7*
**cut** 161:*9*
**cycle** 118:*11*
**cycles** 153:*16*

**< D >**
**damage** 98:*12*
**data** 35:*22, 23* 96:*1*
  118:*14* 121:*6* 124:*6*
  130:*15* 138:*5*
**database** 131:*23*
**date** 5:*6* 165:*11*
**Dave** 44:*5* 73:*15*
  74:*3, 11, 17, 21, 24*
  75:*1, 5* 76:*1, 15*
**day** 16:*20* 95:*7*
  127:*18, 20, 21* 165:*14*
  166:*10*
**days** 127:*20*
**day's** 95:*6*
**daytime** 149:*14*
**deal** 116:*24* 120:*24*
**deburring** 136:*10*

**December** 100:*17*
  106:*21* 108:*2* 128:*13*
**decide** 143:*18*
**decides** 15:*4*
**decisions** 141:*5*
**deemed** 51:*21*
**defect-free** 42:*3*
**Defendant** 2:*11*
**Defendants** 2:*15*
**define** 118:*10*
**defining** 118:*12*
**definitely** 111:*11*
  133:*12* 160:*18*
**definitively** 148:*6*
**degree** 58:*25*
**delegated** 54:*23*
**demonstrate** 21:*23*
  117:*17*
**DENNISON** 2:*8*
  19:*6, 20* 20:*18* 22:*8*
  26:*10, 14, 16* 33:*9, 20*
  34:*14, 22* 42:*18*
  52:*11, 21* 53:*24*
  54:*19* 55:*5* 56:*19*
  57:*9* 58:*3* 59:*15*
  62:*19* 63:*23* 64:*18*
  69:*20* 70:*10* 71:*17*
  72:*12, 16* 75:*8, 15, 20*
  77:*21, 23* 80:*24*
  81:*19* 82:*2, 12, 16, 25*
  83:*13* 84:*2, 20, 23*
  85:*1, 5, 8, 11, 24* 86:*2,*
  *7, 14, 16, 21* 88:*2, 9,*
  *25* 89:*18* 92:*8, 16*
  94:*6* 96:*18* 98:*21*
  99:*4, 12, 18, 20*
  101:*13* 103:*13* 104:*2*
  105:*5, 20* 106:*6, 11*
  107:*10, 14* 109:*22*
  110:*8, 13, 21* 111:*25*
  112:*3, 19* 113:*9, 15*
  114:*3* 115:*8* 127:*9*
  137:*2* 138:*16* 140:*14*
  141:*1, 20* 143:*21*
  144:*7* 145:*1, 19*
  146:*10, 25* 148:*16*
  150:*9* 151:*14, 21*
  152:*17, 22* 153:*23*
  154:*6, 8, 22* 155:*7, 20*
  156:*14* 157:*3, 6, 8, 21*

  158:*1, 10, 21* 159:*12*
  160:*6, 8, 20* 161:*6, 13,*
  *25* 162:*15, 18* 163:*7*
**Dennison........................**
  **........114** 3:*5*
**Dennison's** 141:*16*
**department** 16:*24*
  17:*4, 22* 21:*15* 22:*17,*
  *20, 23* 24:*4* 27:*19*
  28:*12* 74:*4* 99:*17*
  143:*15, 16*
**departments** 60:*23*
  69:*9* 128:*5*
**depend** 16:*13* 36:*25*
  37:*7* 89:*2*
**depending** 34:*5*
  146:*12*
**depends** 14:*5, 6* 15:*7,*
  *20* 19:*21* 21:*22*
  36:*16, 24* 37:*1, 6, 17*
  84:*8, 24* 86:*11* 88:*10,*
  *24* 89:*3, 20* 123:*21*
  135:*2* 146:*11*
**deploy** 28:*5* 116:*25*
  120:*23* 121:*1, 24*
  126:*20*
**deployed** 41:*16*
  121:*20* 123:*13*
**deploys** 46:*11*
**DEPONENT** 165:*1*
  166:*4, 5*
**deposed** 7:*15*
**Deposition** 1:*12* 4:*1*
  5:*9, 24* 6:*1, 2* 7:*14*
  8:*10* 9:*7* 12:*5* 13:*3*
  20:*6* 106:*10* 110:*22,*
  *24* 111:*3, 14* 112:*20*
  113:*8* 158:*24* 160:*24*
  161:*2* 162:*21* 166:*7*
**describe** 131:*15*
**described** 155:*18*
**describes** 125:*13*
**DESCRIPTION** 3:*9*
**design** 22:*22* 23:*5,*
  *14, 22* 24:*4* 53:*8*
  55:*24* 56:*5, 8, 15, 24*
  57:*4, 16* 59:*12* 61:*11,*
  *13, 23* 62:*16, 20, 24*
  63:*8, 21* 64:*5, 10, 12,*
  *15, 21, 22* 65:*3, 7, 8,*

  *14, 16* 68:*3* 70:*8, 15,*
  *19, 24* 71:*2, 9, 11, 24*
  72:*21* 73:*18* 83:*21*
  91:*16, 24, 25* 92:*6, 15,*
  *17, 20* 93:*3, 9* 97:*20*
  98:*18* 101:*7, 19*
  103:*11, 22* 104:*6, 12,*
  *13* 105:*2, 11, 18*
  106:*5, 25* 107:*2, 4*
  108:*12* 110:*6* 111:*17*
  112:*5* 121:*25* 122:*13*
  125:*20* 126:*10, 11*
  127:*6* 132:*6, 8, 9, 18,*
  *22* 133:*1, 2* 138:*25*
  139:*2* 140:*18, 24*
  141:*5, 11, 21* 142:*1*
  151:*13, 19, 24, 25*
  152:*3* 153:*3, 15*
**design/develop** 53:*5*
**designated** 8:*21*
  58:*18* 81:*22* 82:*4, 13,*
  *18* 111:*19* 112:*21*
  159:*4*
**designed** 76:*25* 91:*7*
  110:*12*
**designee** 8:*17* 82:*8*
  110:*17, 19* 111:*19*
  112:*21, 25* 158:*24*
  159:*1, 5*
**designer** 76:*22*
  140:*20*
**designers** 91:*18*
  101:*11* 103:*24* 152:*5*
**designing** 65:*11*
  109:*19*
**designs** 102:*20*
**desires** 133:*5*
**detailed** 125:*8, 11*
**details** 79:*14* 80:*5,*
  *16* 143:*1* 149:*12*
**detected** 58:*7* 134:*19*
**determination** 16:*9,*
  *21*
**determine** 15:*15*
  16:*11* 62:*6, 14* 63:*5*
  77:*10* 78:*17* 80:*6*
  102:*8* 136:*9*
**determined** 62:*12*
  90:*13* 144:*16*

Case 3:23-cv-00978-JFS    Document 95-10    Filed 11/26/25    Page 173 of 198
Deposition of Edward James Murphy, Jr.
James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

**develop** 45:4 47:3, 5 49:15 55:9 61:7 121:25 123:12

**developers** 43:9

**development** 27:16 46:1 47:2, 14, 18, 20, 22, 24 48:5 49:20 58:21, 24 59:2, 9, 12 61:11, 13, 20, 23 62:16, 21, 24 63:8, 13, 21 64:6, 11, 12, 15, 21, 22 65:3, 8, 9, 15 68:3 70:2, 4, 9, 16, 19, 24 71:3, 9, 12, 24 72:21 73:18 95:18 97:8 132:6, 8, 9

**developmental** 132:14

**develops** 24:1

**dictate** 37:19

**dictates** 23:16 132:10

**difference** 31:9 132:7

**different** 71:24 72:24 89:9 98:1 104:14 111:18 112:21 115:16 116:12 128:4, 22 129:25 151:6, 13 153:15 155:16 161:7

**differently** 91:15

**Digital** 163:14

**dine** 70:24

**ding** 97:24

**direct** 138:1

**direction** 24:13 129:15

**directly** 17:8 39:20 122:21 152:12

**director** 73:14 120:10

**disagree** 81:24 82:2 111:20 112:10

**disburse** 124:9

**discharge** 13:3 20:23 145:15 146:19 147:11 148:10, 13, 15, 22 149:7, 12, 19 150:6, 13 153:11, 17 155:3 156:10 159:17 161:19

**discharged** 88:21

**discharges** 89:16 90:23 152:14 153:8 160:19

**discretion** 17:3

**discuss** 92:6

**discussed** 97:21 108:1 110:5

**discussing** 76:1 160:4 161:24

**discussion** 78:4 110:25 160:11

**discussions** 158:15

**dissected** 18:23

**distinction** 132:13

**DISTRICT** 1:2, 3 5:13, 14

**division** 27:25 41:17 45:23 120:20 121:20

**DMAIC** 118:9

**D-M-A-I-C** 118:9

**DOCS** 39:11, 12

**document** 10:10, 12, 13, 14, 17 27:10 37:24 38:23 39:4, 9, 16, 19 40:4, 24 41:7, 8 48:16, 19 49:2, 4, 5 50:21 52:16 60:10 66:8 68:12, 14, 21 69:3, 13, 23 70:8 71:16 72:8, 13 73:11, 13 74:19 79:2, 12, 15 80:10, 18 93:22 94:4, 7, 11 96:11 98:10 100:1, 7 124:25 125:2 126:12 146:8 149:18 150:2 151:16

**Documented** 79:3, 6 123:16 129:9

**documenting** 118:16

**DOCUMENTS** 4:6 9:7, 12, 13 11:18 12:4 38:16 70:15 79:13 111:5 125:10, 22 126:9, 17 147:16 149:9, 12 150:11, 17, 18

**doing** 14:11 50:16 85:11 131:24

**dozens** 151:9

**draft** 39:16 74:19

**drafted** 68:16 69:2 74:12

**drafting** 75:25

**draw** 63:11

**drawing** 53:7

**drawings** 35:21 55:7 61:21 92:23 93:3, 4 134:3

**drop** 13:4 15:2 16:6 20:7, 11, 15 21:14, 16, 17, 20, 22 22:5, 11, 18, 21 23:2, 5, 9, 10, 13, 21, 22 24:5, 11, 13, 25 25:5, 8, 23 26:8 27:1, 7, 14 42:14, 17 47:9, 10 48:3 52:2 55:21, 22 56:23 57:4, 7 58:1, 8, 10, 14, 15 80:23 81:15 83:11 87:24 88:6 90:4 96:16 97:14, 18 98:20 99:2, 16 103:10 108:15, 20 109:8, 19 110:1, 4, 11 111:17 136:19, 22 137:4, 6, 7 144:23 145:3

**dropped** 22:7 82:24 83:25 84:18 88:6, 15, 20 145:8

**Dropping** 21:24

**drops** 89:14 90:23

**duly** 6:25 166:4

**< E >**

**earlier** 94:23 119:13 121:19 122:11 125:5 134:8

**early** 75:6 87:25 132:6

**easier** 104:10

**EASTERN** 1:3 5:7

**EBoody@mcda-law.com** 2:15

**Ed** 19:7 26:16 75:20

**education** 114:18

**educational** 114:5

**EDWARD** 1:12 3:3 5:10 6:24 162:21

**effects** 72:5

**efforts** 42:16

**eight** 54:6

**either** 50:11 74:15 75:17 135:23

**elements** 121:22

**ELISA** 2:13 113:11 140:2

**Email** 3:11 94:3

**embedded** 47:13, 17 122:2 124:10

**employed** 76:22

**employees** 14:15 45:14

**employs** 138:10

**en** 151:22

**enforcement** 148:23

**enforcing** 67:9

**engineer** 24:12 76:23 101:19 114:7, 16 115:5 151:23

**engineering** 10:13 15:17, 18 22:23 23:19 24:3, 24 25:16 27:10, 11, 16 44:16 46:1 47:14, 17, 23 49:20 50:1, 6 54:23 57:12, 24 58:8, 21 59:2 63:12 70:2, 4, 20 71:1 72:10 73:15 74:1, 4, 8, 10 76:17 83:15 93:9 103:16 104:6 114:10, 21, 22 115:4 119:25 127:1 136:7 137:16 141:3, 14 142:1

**engineering's** 24:23

**engineers** 23:4, 13, 22 27:13 30:8 52:4 91:17 122:13 133:3 141:6, 11 152:4, 12

**engineer's** 24:13

**enhance** 25:15, 18 81:11 137:15

**enhancement** 25:19 83:17, 20

**enhancements** 97:20 104:7

**ensuing** 61:7

ensure  35:7, *19*
*55:24*  60:*9, 12, 22*
61:*2*  132:*22*  133:*10*
147:*12*  149:*24*
entail  118:*7*
entailed  118:*8*
entity  115:*19*
entry  40:*21*  100:*10,*
*16*
enumerated  82:*6, 7*
environment  49:*25*
equipment  123:*24*
Ericka  2:*19*
ERRATA  164:*2*
*165:8*
escalate  17:*4*
Esposito  2:*19*
ESQUIRE  2:*3, 8, 13,*
*19, 20*
establish  43:*2*  45:*9,*
*12*  46:*15, 16*
established  45:*7*
estimate  8:*5*
et  5:*12*  149:*15*
eTran  163:*8*
evaluate  53:*2*
Everest  1:*23*  5:*17*
everybody  60:*12*
exactly  80:*14*  91:*7*
113:*1*  153:*5*
exam  117:*16, 19*
119:*7*
examinations  115:*14*
examined  7:*1*
example  14:*14*  16:*5*
48:*21*  50:*16*  127:*4*
135:*13, 17*  136:*14*
154:*5*
exams  117:*22*
Excel  108:*9*
excellence  114:*15*
116:*21*  118:*25*  119:*3*
Excuse  86:*1*
excused  162:*25*
execution  10:*15*
executive  43:*21*
81:*24*  87:*17*
exercise  24:*9*  71:*1*
Exhibit  3:*10, 11, 12*
38:*20, 24*  60:*1*  93:*16,*

*23*  94:*2, 11*  98:*8*
99:*24*  100:*2, 6*  125:*1*
EXHIBITS  4:*14*
expect  7:*20*  8:*10*
71:*11*  84:*6*
experience  76:*18, 19*
129:*24*  161:*18*
expires  165:*17*
explain  31:*17*  125:*10*
explanation  112:*9*
156:*2*
explore  126:*19*
extent  137:*16*
external  77:*8*  129:*22*
extract  98:*12*
eyes  130:*1*

< F >
facilities  44:*13*
fact  83:*24*  84:*17*
88:*5*  111:*3*
fact-based  111:*1*
factors  37:*6*  80:*4*
88:*11*  90:*19*  129:*12*
133:*2*  141:*25*
factory  35:*13, 25*
139:*18*
factual  111:*10*
factual-based  111:*11*
fail  21:*8*
failed  99:*16*
failing  136:*22*
failure  72:*4, 25*  76:*3*
98:*12*  122:*17*
fair  16:*2*  31:*14*
32:*14*  33:*8*  35:*4*
36:*17*  41:*7*  54:*18*
68:*25*  69:*14*  75:*4*
93:*13, 14*  108:*24*
110:*2*  148:*15*
fairly  37:*24*
fall  29:*24*  129:*4*
falls  29:*25*
familiar  72:*7*  109:*1*
far  160:*23*  161:*7*
Fault  3:*11*  94:*4, 15,*
*19, 21*  95:*16*  96:*25*
97:*2*  98:*1*
faults  95:*2, 5*  98:*10*
feature  133:*23*

February  81:*3, 16*
96:*11*  97:*1*  98:*18*
101:*2*  106:*21*  108:*2*
109:*14, 20*  110:*2*
113:*2*  128:*13*
federal  21:*2*  84:*11*
feedback  122:*1*
124:*13, 15, 17, 20*
feel  12:*16*  24:*18*
feet  88:*20*  89:*15*
felt  83:*19*
field  12:*16*  17:*21*
22:*3*  115:*18*  117:*5*
135:*9*  145:*8*
fight  40:*22*
figure  111:*12*
filled  148:*22*
Final  3:*11*  11:*2, 3, 4*
95:*11*  97:*22*  98:*4, 13*
124:*10*  134:*18*
139:*14*
finance  46:*1*
finances  122:*16*
financial  122:*4*
find  20:*24*  60:*2*
102:*22*  124:*24*
126:*18, 22*  130:*9*
finding  135:*8*
findings  18:*10, 11*
131:*10*  147:*23*
fine  8:*12*  32:*16*
79:*16*  159:*6*  162:*11*
finish  65:*16*  75:*22*
77:*12*  97:*23*  110:*23*
112:*14*  161:*4*
finished  21:*17*  58:*15*
fire  15:*2*  16:*6*  26:*8*
42:*14, 17*  48:*3*  49:*12*
55:*21, 22*  80:*23*
81:*15*  82:*23*  83:*11,*
*24*  84:*18*  87:*25*  88:*6*
97:*14*  98:*20*  99:*2*
103:*10*  109:*8, 19*
110:*1, 5, 11*  136:*19,*
*22*  137:*4, 6, 7*  154:*13,*
*18*  156:*22*
firearm  49:*23*  76:*25*
83:*7*  137:*15*  139:*16,*
*17*  140:*19*  146:*13*
160:*12*  161:*19*

firearms  28:*20*
29:*20, 21*  30:*18*
76:*17, 20, 22*  139:*23*
151:*23*
fired  75:*5, 12*
fires  20:*7, 11, 15*
144:*23*
firing  9:*21*  134:*16*
139:*14*
firm  7:*13*
firm's  43:*3*
first  6:*25*  13:*22, 23*
25:*22*  33:*21*  35:*10*
37:*3, 5*  39:*9*  42:*3*
54:*13*  55:*11*  58:*2*
64:*8*  76:*5, 7*  77:*7*
80:*2, 22*  81:*8, 14*
83:*23*  94:*4, 15, 19, 21*
95:*15*  96:*25*  99:*1*
100:*10, 11, 16*  109:*13*
110:*12*  114:*20*  120:*5,*
*8*  133:*22*  139:*2, 3*
149:*11*  155:*17*  159:*9*
fit  86:*25*  87:*9*
five  80:*12*
fix  127:*24*  128:*3*
fixing  102:*21*
Floor  2:*4*  130:*11*
133:*10, 19*
flow  54:*24*
flows  41:*16, 20*
123:*10*
FMECA  72:*23*  73:*7,*
*24*  74:*6, 12, 19*  75:*25*
focus  61:*7*
folks  73:*18*  94:*13*
122:*11*  129:*23, 24*
follow  10:*11*  22:*19*
28:*3, 4*  57:*11*  65:*7*
78:*20*  139:*1*
following  130:*17, 18*
163:*2*
follows  7:*1*  132:*20*
follow-up  113:*10*
follow-ups  140:*1*
force  99:*8*
forced  63:*10*
foregoing  165:*3*
form  19:*20*  20:*18*
21:*18*  22:*8*  26:*10, 14*

33:9  34:14, 22  42:18
52:21  53:24  54:19
55:5  57:9  58:3
62:19  63:24  64:18
69:20  70:10  71:17
72:1  75:8, 23  80:24
81:19  82:25  83:13
84:2, 20  88:2, 9, 25
89:18  92:16  96:18
98:21  99:4, 12, 20
101:13  105:5, 20
106:6, 9  107:10, 14
109:22  110:8, 13
115:7  126:15  131:21
136:25  138:13
140:14  141:1, 20
143:21  144:7  145:1,
19  146:10, 25  148:16
150:9  151:14, 21
152:17, 22  153:23
154:6, 22  155:7, 20
156:14  157:15, 21
158:10  159:13  160:8,
21  161:13, 25  165:7
**formal**  12:17  128:2
**forms**  92:25  125:24
**forwarded**  143:12
**found**  17:21  20:13
90:10  95:3, 5  132:1
**Foundation**  156:15
157:22
**four**  28:10, 12, 24
30:3  88:20  89:15
120:15  125:23
**four-foot**  90:3
**four-hour**  117:16
119:7
**four-page**  94:11
**frame**  98:12  119:11
138:23
**frames**  42:23
**free**  85:23  86:5
**frequency**  73:1
**fresh**  130:1
**front**  45:11
**full**  33:21  34:24
35:9, 12  154:13
**fully**  19:7  36:11
38:14

**function**  95:1  134:16,
17
**functioning**  124:7
**further**  6:3  126:19
144:13

**< G >**
**gained**  88:12
**gate**  132:12
**gates**  132:12, 15
**gathering**  138:24
**general**  18:2, 21
61:20  62:21  64:22
65:8, 14  125:15
149:13
**Generally**  12:13
20:23
**genuinely**  162:12
**German**  99:17
**Germany**  99:9, 10, 16
**getting**  55:10  90:21
102:8  111:11
**give**  14:14  51:2
84:15  85:17, 22, 25
86:3, 5, 9  131:14
134:4  135:13
**given**  45:12  46:9, 25
47:22  48:7, 9, 12
49:7  63:13  165:5
166:8
**gives**  50:4  117:4
**glass**  130:16
**go**  7:17  9:18  11:4, 5,
13  13:13  16:17  17:6
28:19  33:10  35:15,
17  39:15  41:11  45:3,
11, 24  53:12  54:8
55:11  57:2  59:1
60:4  61:5, 19  62:13
63:1, 5  77:23  80:9
87:3, 7  89:9  93:17
94:23, 25  95:9  97:5,
22  100:11, 13, 14
103:1  104:13  106:24
115:13, 14  117:24
118:23  123:4, 14
125:23  127:18, 24
128:3  129:25  132:11,
12  133:22, 23  134:9
135:24  136:16, 17

139:12, 13, 14  140:18
141:22  149:9  153:12
161:15
**goal**  43:11  45:6, 12,
22  46:4, 13, 15, 24
47:2, 4  48:6, 16, 21,
24  49:16, 23  50:2, 12,
14  55:15
**goals**  45:9  47:14, 17
49:7  50:4
**goes**  10:7, 8  11:1
17:9  36:15, 19  37:4
43:12  45:20  54:24
65:12  67:15  95:11
98:4  116:11  118:11
124:20  129:21  132:2,
15, 17  134:16  139:10,
11  157:20
**going**  7:6, 19  8:15
17:16  30:22  33:21
39:3, 14  45:12  46:7
49:13  50:16, 23
58:16  60:2  62:7
72:20  81:4  83:8, 23
85:24  86:3  89:20
99:23  102:1, 4
110:22, 25  111:9, 13,
21  112:7  113:8
131:17  145:8  162:22
**good**  9:25  126:21
161:16  166:3
**Google**  108:8
**Goslin**  43:17, 18
**government**  25:14
27:6  37:10, 23  76:14
84:12  97:19
**governmental**  21:2
42:21  137:25
**governs**  23:12
**Graduated**  114:8
**Great**  7:3  78:15
119:15
**grid**  72:24
**ground**  7:17
**group**  15:20  17:9
66:23  101:22  124:20
128:8  136:7  142:18
152:4
**groups**  145:23

**guess**  8:3  56:25
**guidance**  35:21  134:4
**gun**  10:3  13:12
21:4  22:7  36:15, 19
48:13  55:4  65:19
83:2, 3  84:9  88:19
89:4, 15, 21  90:1
91:1, 6, 8  95:16  96:7
98:14  125:19  137:9
146:20, 22  147:13
148:15  149:14, 20
150:23  151:13  153:5
155:6  158:16  160:19
**guns**  18:7, 9  21:16
58:11, 14, 18  95:9
97:22  124:13  143:19
**guy**  147:3
**guys**  16:8  52:11
79:21

**< H >**
**h/w**  1:5
**HAAZ**  2:3  7:11, 12
19:13, 24  21:5  22:10
26:11, 24  33:13, 25
34:16, 25  39:2  42:24
52:13, 14  53:9  54:2
55:1, 17  56:21, 22
57:20  58:12  59:13,
24  62:22  64:2, 24
69:21  70:12  71:20
72:14, 18, 19  75:11,
18, 24  77:22, 25  78:9
81:13, 23  82:11, 15,
21  83:10, 22  84:4, 22,
25  85:3, 7, 9, 19  86:1,
4, 13, 15, 18  87:10
88:4, 18  89:1  90:7
92:11, 19  93:17  94:1,
9  96:21  98:24  99:6,
13, 22  100:5  101:15
103:19  104:18
105:10, 21  106:8, 15
107:11, 15  109:24
110:9, 20  111:20
112:2, 6  113:3, 7
115:7  126:15  136:25
138:13  140:1, 7, 22
141:9  142:4  143:25
144:18  145:5, 25

Case 3:23-cv-00978-JFS    Document 95-10    Filed 11/26/25    Page 176 of 198

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

146:*16*  147:*2*  148:*19*
150:*10*  151:*18*  152:*1*,
*18*  153:*6*  154:*1*, *10*
155:*1*, *14*, *24*  156:*16*
157:*16*, *23*  158:*6*, *19*
159:*6*, *7*, *19*  160:*15*
161:*3*, *10*, *21*  162:*4*
163:*9*
**Haaz.............................**
**....7,140**  3:*4*
**half**  94:*14*
**HALL**  1:*5*  5:*11*
**Hampshire**  1:*15*  36:*4*
**hand**  6:*16*, *21*  7:*4*
88:*13*  166:*10*
**handle**  61:*21*
**handled**  15:*11*
**handles**  16:*20*
**happen**  22:*3*
**happening**  159:*10*, *21*
**happy**  51:*1*
**hard**  17:*16*  50:*24*
**Hasevlat**  44:*8*
**hazard**  22:*3*
**head**  27:*24*  41:*4*
87:*24*  109:*18*  111:*22*
154:*17*  159:*8*  161:*11*
**hear**  7:*5*  56:*10*
**heard**  159:*10*, *20*
160:*1*
**Hearing**  6:*15*  81:*15*
99:*1*
**height**  13:*4*  88:*14*,
*20*  89:*15*
**heights**  25:*9*  82:*24*
83:*25*  84:*18*  88:*7*
**held**  78:*4*  163:*2*
**helped**  73:*10*
**helpful**  98:*2*, *7*
**hey**  15:*4*  77:*21*  81:*5*
103:*9*
**high**  27:*22*
**higher**  41:*19*  67:*19*
**highest**  95:*9*
**highest-ranking**  63:*12*
**highly**  97:*15*
**high-quality**  138:*12*,
*21*
**Hill**  2:*14*
**hit**  94:*8*

**Hold**  19:*6*  134:*20*
158:*21*
**holder**  69:*10*
**honestly**  86:*25*
**Hopefully**  161:*8*
**Houston**  143:*15*
**How's**  113:*7*
**human**  31:*13*
**hundred**  38:*10*  49:*3*
**hundreds**  151:*10*
**hypothetical**  89:*10*

**< I >**
**ICRA**  123:*8*
**identification**  38:*24*
93:*23*  100:*2*  131:*10*
**identified**  20:*1*
105:*19*
**identifies**  72:*24*
**identify**  19:*16*
**impact**  63:*3*
**implement**  80:*8*
**implementing**  126:*3*
**important**  140:*12*, *25*
141:*4*, *19*
**impose**  56:*3*
**imposed**  83:*5*
**impossible**  154:*3*
**improper**  86:*20*
**improve**  11:*12*  54:*17*
83:*6*  118:*10*, *15*
123:*12*  124:*22*  127:*8*
132:*2*
**improved**  131:*11*
**improvement**  42:*6*,
*10*  44:*3*  45:*10*  49:*22*
50:*13*, *17*, *18*  52:*20*
53:*22*  54:*12*, *16*
95:*19*  96:*8*  103:*2*
104:*15*, *24*  105:*24*
106:*2*  107:*1*, *21*
108:*23*  116:*10*  117:*2*
118:*12*, *15*  127:*15*
128:*1*, *10*  131:*7*
**improvements**  42:*16*
107:*13*  118:*17*  126:*8*
**improves**  127:*11*
**improving**  102:*21*
116:*14*

**Inaudible**  139:*8*
**inception**  8:*24*  19:*18*
**incident**  146:*9*
149:*14*  150:*19*  160:*4*
**incidents**  145:*15*
151:*10*  155:*2*
**include**  16:*18*  31:*5*
128:*5*
**included**  16:*19*
25:*19*  44:*16*  46:*2*
48:*6*, *8*  49:*23*  50:*13*
68:*12*  79:*11*, *19*
**includes**  13:*17*
122:*10*
**including**  13:*12*
27:*21*  28:*9*  83:*4*
**incoming**  35:*15*
**Incorporated**  5:*12*
**incorrect**  64:*19*
**independently**  133:*20*
**INDEX**  4:*1*
**India**  33:*8*, *12*, *17*
34:*13*, *21*  35:*3*
**Indian**  32:*23*, *25*
**indicated**  166:*4*
**indicates**  65:*23*  77:*7*
96:*11*  105:*1*
**indicator**  43:*10*
45:*18*  46:*10*
**indicators**  46:*5*
117:*1*  121:*3*
**individual**  17:*2*
46:*11*  50:*5*  65:*18*
123:*14*
**individuals**  142:*23*
157:*18*
**INDO-MIM**  32:*22*,
*23*  33:*7*  34:*11*, *20*
35:*2*, *8*
**indus**  23:*18*
**industry**  21:*3*, *10*
22:*2*  23:*18*  24:*1*
25:*10*  27:*3*  42:*20*
51:*16*, *19*  84:*11*  90:*3*,
*4*  136:*23*
**industry/military**  83:*4*
**inferring**  155:*11*
**inform**  92:*3*
**informal**  11:*14*

**information**  10:*19*
79:*3*, *7*  88:*12*  96:*2*
102:*7*  124:*9*  129:*14*
135:*9*  136:*4*  138:*11*,
*19*  144:*6*  146:*8*
148:*25*  149:*13*  153:*4*
161:*12*, *17*
**informed**  87:*23*
**initial**  16:*8*  23:*5*
52:*19*  66:*23*  70:*8*
95:*17*
**initiatives**  46:*3*
**injected**  32:*18*
**injection**  32:*2*
**in-process**  51:*5*  52:*7*
53:*16*, *20*  96:*1*
133:*17*
**input**  63:*14*
**inputs**  140:*21*
**inspect**  35:*16*, *21*
36:*8*, *12*, *13*, *18*, *20*
51:*4*  53:*14*, *23*  54:*8*
133:*20*  134:*5*, *8*
**inspected**  38:*15*
51:*12*  93:*6*  139:*18*
**inspecting**  37:*16*
120:*24*
**Inspection**  9:*15*
10:*20*, *22*  11:*2*, *3*, *4*
30:*9*  35:*9*, *12*, *14*, *15*,
*22*  36:*1*, *3*, *12*  37:*13*,
*19*, *23*  38:*16*  51:*22*
52:*6*  55:*15*  93:*5*, *9*
95:*11*  97:*22*  123:*23*
124:*10*  134:*4*, *11*, *18*
135:*22*  139:*15*
150:*22*
**inspections**  53:*16*
94:*25*  96:*1*  123:*23*
139:*5*
**inspectors**  27:*21*
30:*10*  36:*7*  122:*13*
**instance**  47:*14*
153:*16*
**instances**  91:*12*
**Institute**  114:*8*, *11*, *12*
**instruct**  86:*7*, *8*, *16*
**INSTRUCTION**  4:*2*

Case 3:23-cv-00978-JFS     Document 95-10     Filed 11/26/25     Page 177 of 198

Deposition of Edward James Murphy, Jr.          James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

**instructions** 9:*14* 10:*7, 24* 55:*14* 125:*8, 11, 17*

**intelligence** 128:*6*

**interaction** 52:*23*

**interactive** 50:*22* 65:*25*

**interested** 77:*9* 102:*21* 158:*13* 166:*9*

**internal** 17:*22* 18:*11* 51:*15* 60:*24* 61:*2, 10* 62:*17, 25* 63:*22* 64:*9, 13, 16, 20, 23* 65:*5, 20* 77:*8* 117:*1* 121:*5* 129:*21, 23* 131:*25*

**internal/external** 78:*25*

**internally** 121:*24*

**international** 66:*13* 122:*20* 123:*7*

**internationally-recognized** 122:*23*

**introduce** 57:*14, 17*

**introduced** 55:*4, 24* 58:*2* 80:*3* 104:*5*

**introducing** 54:*22*

**introduction** 54:*21*

**investigate** 13:*24* 20:*24* 146:*9*

**investigates** 15:*24*

**investigating** 14:*3*

**investigation** 9:*19* 11:*7, 8, 14, 18, 21, 25* 12:*4* 13:*14, 16* 14:*4, 16* 15:*6, 16* 16:*10, 19* 17:*11*

**Invites** 3:*12* 100:*8*

**involve** 47:*8*

**involved** 15:*16, 18* 24:*8* 57:*25* 58:*8, 23* 59:*6* 73:*18, 19* 76:*6, 8* 88:*11* 93:*3* 124:*22* 126:*3* 130:*7* 148:*15*

**involvement** 132:*5*

**ISO** 12:*18* 66:*9* 122:*22, 25* 123:*3, 11* 125:*16* 130:*18*

**isolate** 20:*2*

**isolated** 104:*16*

**issue** 13:*11, 17, 25* 14:*6, 17, 25* 15:*2, 3, 9* 16:*5, 6* 19:*22* 24:*18, 21* 26:*8* 47:*10* 48:*3* 58:*6* 78:*21* 80:*23* 81:*15* 82:*1, 3, 20, 23* 83:*11* 84:*1, 19* 87:*25* 88:*8, 22* 89:*17* 90:*9, 24* 91:*4, 9, 17, 21* 96:*16* 97:*15, 18* 98:*20* 99:*2* 105:*1* 108:*19* 109:*9, 19* 110:*2, 5, 6, 11* 131:*18* 134:*22, 24* 135:*2* 136:*22* 137:*4, 7, 14* 138:*3* 142:*1, 6* 143:*23* 144:*10, 15, 20, 22* 146:*2, 12* 149:*25* 150:*20, 23* 151:*11, 13* 152:*10* 153:*3, 9* 159:*5* 160:*4* 161:*23*

**issued** 68:*21*

**issues** 11:*22, 23* 17:*18* 18:*4* 20:*22* 42:*14* 52:*3* 58:*9* 77:*8* 78:*25* 91:*24* 92:*6, 15* 95:*2, 9, 12* 96:*6* 97:*11* 98:*18* 99:*1* 101:*7* 103:*11, 15, 23* 104:*7* 105:*12, 18* 106:*5, 25* 107:*2, 4* 108:*12, 16* 110:*18, 19* 112:*5* 126:*10, 11* 127:*7, 19* 135:*19* 137:*24* 144:*25* 145:*10* 153:*1*

**item** 133:*24*

**items** 45:*25*

**it'll** 127:*1* 132:*11, 12*

**its** 19:*18* 24:*10* 25:*8* 51:*12, 13, 15* 108:*20* 121:*17* 138:*8* 144:*11*

**< J >**

**JAMES** 1:*5, 13* 3:*3* 5:*10, 11* 6:*24* 162:*21*

**January** 81:*2* 100:*10, 12, 21, 23* 129:*2*

**Jeff** 44:*2*

**Jersey** 2:*14*

**Job** 1:*23* 9:*25* 43:*25*

**John** 102:*13, 15*

**Johnson** 73:*15* 74:*3, 11, 17, 21* 75:*5* 76:*1*

**joined** 120:*5, 9, 10*

**joining** 40:*14*

**Jordan** 2:*18* 5:*15*

**JOYCE** 2:*8*

**JR** 1:*13* 3:*3* 5:*10* 6:*24* 162:*21*

**jump** 30:*23*

**Justice** 143:*17*

**< K >**

**Keep** 7:*5* 89:*20*

**kept** 10:*17*

**key** 43:*9* 46:*4, 10* 121:*3* 140:*15*

**kickoff** 80:*25* 81:*2, 4, 16*

**kin** 166:*8*

**kind** 9:*19* 14:*19* 17:*3* 39:*4* 41:*14* 49:*1* 65:*24* 72:*23* 93:*10* 95:*17, 18* 97:*7* 98:*11, 13* 130:*15*

**kit** 132:*17*

**Kittrick** 2:*18* 5:*15*

**knew** 83:*14, 15*

**know** 7:*22* 8:*1, 2, 3, 4, 11* 9:*10, 15, 17, 19* 11:*11, 25* 12:*21* 14:*2, 8* 15:*2, 19, 25* 17:*17, 19* 18:*10, 22* 19:*18* 23:*16, 17* 24:*10, 19* 25:*4, 6, 7, 22* 26:*5, 21, 25* 28:*19* 32:*15, 22* 34:*19* 35:*17, 19* 36:*13, 18, 22* 37:*3, 14, 20* 38:*10, 13* 39:*18* 40:*1, 23, 25* 41:*2* 42:*15, 22* 43:*25* 45:*16, 22, 24* 46:*20* 47:*22, 23* 48:*14* 49:*13, 14* 51:*1* 55:*25* 57:*11* 59:*3, 4, 8* 61:*24* 62:*9, 10* 63:*3, 15* 64:*8* 67:*7, 24* 68:*2, 20* 70:*17* 71:*1,*

**21** 73:*25* 74:*6, 18, 22* 75:*1, 9, 12, 13, 14, 17* 77:*12* 78:*12* 79:*20* 80:*8, 12* 81:*9* 84:*14* 89:*13* 90:*15, 24* 91:*13, 14* 92:*24* 93:*18* 94:*7* 96:*23, 24* 97:*24* 98:*4* 102:*6* 103:*21* 109:*18, 20* 110:*1, 4, 10* 111:*4* 112:*9, 24* 115:*19* 116:*18, 23* 118:*19* 121:*7, 9* 124:*4, 8, 23* 125:*20* 126:*17, 23* 127:*5* 128:*18* 129:*13, 19* 130:*4, 11, 23* 131:*6* 132:*16, 18* 133:*6* 134:*23* 135:*11* 137:*8, 10* 138:*4, 5* 140:*2* 143:*18* 144:*1, 12, 14* 145:*4* 146:*3, 5* 147:*11* 149:*4* 150:*21, 22* 151:*3, 5* 153:*3, 5, 13* 156:*21* 158:*23* 161:*17, 22* 162:*5, 10, 11, 12*

**knowledge** 34:*11* 81:*8* 87:*1, 5* 99:*14* 109:*17* 117:*17*

**known** 13:*5* 88:*16* 127:*22*

**Koehler** 101:*23*

**KPI** 45:*20*

**KRISTEN** 2:*8* 52:*13* 59:*14* 85:*7* 86:*13*

**kristen.dennison@littl etonjoyce.com** 2:*10*

**< L >**

**large** 38:*7* 133:*23* 135:*23*

**larger** 37:*5* 128:*3, 7*

**Larochelle** 147:*4* 150:*4*

**launched** 70:*16*

**launching** 128:*15*

**law** 106:*12* 148:*22*

**lawyer** 7:*13*

**leader** 74:*3*

**learn** 127:*2, 7*

**learned** 96:*15*
126:*16* 161:*12*
**leave** 35:*13* 151:*24*
152:*3*
**leaves** 139:*17, 20*
**left** 75:*16* 91:*25*
141:*14* 143:*9*
**lessons** 126:*16* 127:*2*
**level** 38:*1* 40:*9* 41:*3*
46:*3* 47:*12* 50:*6, 15*
67:*19* 68:*7, 8, 9*
125:*14, 15, 16, 23*
126:*2*
**levels** 21:*1* 37:*19*
116:*15*
**Liberty** 2:*4*
**lieu** 6:*3*
**lightweight** 109:*5, 6*
110:*10*
**Line** 4:*3, 7, 11, 18*
30:*9* 46:*16* 63:*11*
94:*25* 104:*8* 120:*20*
124:*5* 129:*20* 133:*21*
134:*12, 13* 139:*13*
164:*4*
**lines** 107:*1* 138:*1*
**list** 34:*5* 48:*8, 11*
49:*25* 50:*18* 63:*9*
94:*12* 95:*13* 142:*3*
**literally** 111:*16*
**little** 14:*8, 19, 21*
19:*10* 41:*19* 50:*23*
77:*18* 104:*10* 114:*23*
118:*2* 126:*13, 24*
156:*5*
**LITTLETON** 2:*8*
**live** 68:*6*
**lives** 68:*7*
**living** 41:*8* 80:*10*
**location** 149:*15*
**locking** 118:*17*
**log** 12:*7, 11, 20*
13:*19* 16:*14* 17:*17,*
*22, 24* 18:*1, 2, 7, 17,*
*19* 19:*15, 22* 20:*7, 11,*
*23* 67:*8* 131:*13*
**Logan** 1:*17* 5:*17*
**logged** 95:*3, 14*
131:*22*

**logging** 13:*17* 20:*15*
**logs** 17:*12, 14*
**long** 8:*10* 16:*20*
30:*22* 111:*21*
**longer** 53:*22* 93:*19*
128:*4*
**look** 15:*5, 7, 9* 16:*17*
26:*17* 40:*12* 41:*13*
45:*5* 46:*25* 48:*25*
53:*3* 61:*19, 25* 63:*3,*
*9* 78:*21* 79:*22* 91:*14*
93:*4* 98:*10* 103:*2*
126:*14* 129:*10, 17, 25*
143:*8* 144:*9* 151:*17,*
*20, 24*
**looked** 12:*6, 7, 22*
**looking** 11:*14* 40:*3,*
*7, 20* 60:*7* 67:*4* 77:*4*
128:*20, 21, 24* 130:*5*
**looks** 50:*22* 116:*22*
143:*20*
**loop** 97:*20*
**lot** 17:*22* 32:*25*
71:*2* 82:*6* 88:*10, 11,*
*16* 89:*7* 123:*25*
124:*6* 129:*24* 137:*3*
140:*16* 141:*5*
**low** 116:*16*
**lower** 50:*15*
**lower-level** 121:*22*
124:*3*

**< M >**
**M17** 26:*8* 128:*25*
**M18** 26:*8*
**M18s** 128:*25*
**machine** 27:*21* 28:*2,*
*3, 9, 16, 17, 18, 25*
29:*2* 30:*15* 31:*14*
123:*24* 133:*13*
135:*18* 166:*6*
**machined** 28:*19*
133:*14*
**maching** 129:*17*
**machining** 32:*8* 44:*6*
63:*7*
**main** 74:*2*
**maintain** 121:*15, 17*
123:*19*
**major** 134:*24*

**majority** 33:*16* 34:*6,*
*11, 19*
**making** 22:*18* 65:*14*
76:*8* 102:*5* 121:*6, 8*
133:*25* 155:*5*
**manage** 79:*10*
**managed** 51:*23* 69:*8*
**management** 12:*14,*
*17* 28:*4* 43:*2, 5, 7, 8,*
*14, 15, 24* 45:*2, 7*
46:*13, 18* 63:*15*
65:*24* 66:*3, 6, 7, 8, 12,*
*16, 22, 25* 67:*4, 10, 11,*
*13, 15, 25* 68:*3, 5, 8,*
*11, 16, 23* 69:*3, 7*
70:*15* 76:*11* 78:*24*
79:*9, 11, 17* 102:*15*
114:*22* 116:*22*
120:*17, 19* 121:*5, 11*
122:*3, 23* 123:*17*
124:*11, 16* 126:*1, 2*
127:*17* 129:*14*
131:*24* 152:*9, 20*
**management's** 132:*5*
**manager** 17:*7, 9*
29:*1, 4, 5, 17, 18, 22*
69:*10* 114:*14* 116:*20*
118:*25* 119:*2*
**managers** 28:*2, 8, 10,*
*12, 25* 30:*3, 15* 76:*12*
**manager's** 29:*2*
**manages** 68:*24*
142:*17*
**managing** 117:*5*
142:*8*
**Manhattanville** 2:*9*
**manipulate** 160:*19*
**manipulated** 158:*17*
**manipulation** 155:*9*
160:*12*
**manner** 6:*13* 54:*7*
**Manual** 3:*10* 9:*15*
39:*6* 40:*14, 25* 60:*6*
68:*9* 79:*14* 95:*25*
121:*19, 20* 125:*4, 7,*
*12, 14* 126:*1*
**manufacturability**
133:*6*
**manufacture** 52:*8, 19*
54:*7* 55:*13, 25* 59:*7*

121:*25* 136:*2* 138:*12,*
*20*
**manufactured** 33:*7,*
*17* 34:*12, 20* 133:*11*
**manufactures** 42:*11*
**manufacturing** 10:*6,*
*8, 14, 15* 11:*24* 52:*6,*
*25* 53:*13* 55:*6* 58:*7*
104:*7* 114:*23* 116:*17*
121:*3* 133:*16* 134:*10*
135:*15* 137:*18* 139:*1*
**mark** 38:*20* 93:*16*
99:*24*
**MARKED** 4:*17*
38:*23* 60:*1* 93:*22*
100:*1* 125:*1*
**Market** 2:*4* 54:*13*
57:*3* 96:*7*
**marketing** 45:*25*
142:*18, 19, 22* 143:*10*
**Master's** 114:*9*
115:*3* 119:*18, 24*
**material** 9:*16* 130:*5,*
*6, 7, 10* 134:*21* 136:*3,*
*5*
**matrix** 28:*1* 63:*1*
71:*15*
**Matt** 73:*21, 23* 74:*15*
101:*11, 18*
**matter** 5:*11* 24:*22*
65:*11* 132:*19* 141:*25*
**Matt's** 101:*19*
**MBA** 114:*11* 119:*17*
**McAllister** 101:*18*
**McDONNELL** 2:*11*
**mean** 14:*10* 21:*6*
24:*17* 40:*20* 45:*3, 16*
47:*16* 48:*24* 52:*10*
58:*14* 60:*20, 21*
61:*16, 18* 63:*25*
76:*21* 81:*23* 85:*5*
90:*12* 92:*22* 102:*3*
108:*6, 8* 111:*16*
123:*2* 126:*11* 133:*13*
141:*10* 143:*8* 153:*2,*
*20* 156:*24* 160:*17, 23*
161:*6* 162:*9*
**means** 116:*16* 122:*5*
153:*22*

meant 100:8 162:13
measure 118:10
measurement 46:6
measurements 133:17
measuring 118:13
meat 125:18
mechanical 114:7, 9, 16 115:4 119:25
media 158:14
meet 21:22 35:8 45:2, 4 55:12 56:1 59:3, 9 127:21 133:25 152:7
Meeting 3:12 81:1, 2, 16 100:8, 12, 20 103:12, 24 145:12
meetings 92:5, 14 101:2, 4, 6 104:24 105:7 106:18 108:1 110:6 111:24 128:12
member 123:11
members 152:8, 20
membership 123:11
memory 118:23
mentioned 115:10 121:4 129:5
met 9:6 112:9 135:21
metal 32:2, 18
metrics 116:25 129:15
MHS 73:19
microphone 6:19
Middle 5:14
mil 37:21
mili 27:4
military 21:10 24:1 26:7 37:15 73:6, 8 81:17 96:16 98:19 99:3 103:8, 9 109:10 128:25 136:20
military's 137:5
mil-standard 37:11, 22
MIM 31:2, 5, 10 32:2 35:7 90:25
MIMs 31:7
mini 163:9
minimum 25:9 51:19

minute 30:22
minutes 113:18
misno 127:6
misnomer 127:6
missed 26:18 29:16
mission 41:15, 17, 19, 20 45:22 121:21
mitigate 73:2
mode 76:3 128:21
model 19:23 20:3 34:6 59:5 65:10, 13
models 18:23 20:1 61:25 97:3 107:24 128:20
modes 72:4, 25
modify 24:7 27:13
molded 32:2, 18
MONGELUZZI 2:3 7:13
monitor 133:15 138:7 142:14 143:1, 5
monitored 131:22
monitoring 126:22
monitors 142:12
month 61:4 89:13
months 103:7, 9, 25
move 126:21 130:8
moved 114:21, 24
MRB 134:22
multiple 21:1 86:17 153:14 156:9
multiple-choice 87:2
MURPHY 1:13 3:3 5:10 6:15, 17, 24 7:12 59:25 78:10 87:4, 11 112:23 114:4 140:8 159:3 162:21
mute 7:6

< N >
name 5:15 7:12 29:6, 10, 12 44:20 147:20 149:13 151:3
named 49:12
names 44:1 73:17
NANCI 1:5
Nancy 5:11

nature 124:19
near 112:19
necessarily 19:23 47:12 50:3 51:23 69:15 91:20, 24
necessary 51:21 91:9 147:12
necessitate 103:23
need 8:8, 11 11:12, 13 12:16 14:2 15:25 17:19 26:16, 18 33:22 50:25 77:10 78:11, 17, 18 80:7 89:19, 21, 22 90:6 104:11 125:21 132:2 134:5 135:11 146:13 153:1 156:4 157:8, 12
needed 16:12 47:11 48:1, 4 49:22 50:19 118:18
needs 15:15 16:18 20:25 57:12, 23 67:20 121:9
neither 166:8
never 70:7 108:18 153:16
New 1:15 2:9, 14 36:4 54:16 55:3, 9 57:17 62:9 63:4 104:4, 19 106:25 110:10 128:15 138:24
Newington 1:15
news 143:14 144:2
newsworthy 145:16
nick 97:24, 25 134:24 135:1
nine-page 100:7
NMR 136:6
noncompliant 131:14 132:1
nonconform 136:3
nonconforming 130:10 136:5
nondevelopmental 132:14
normal 89:14
Notary 1:18 6:8, 9, 11 165:22 166:1, 14

noted 5:20 6:10 165:8
Notice 9:8 13:2 82:8, 9 110:16, 17 111:15 166:3
noticed 111:2
notices 105:7
notification 136:19 137:6
notified 99:15 136:21
notify 16:7
November 40:18, 21, 25 41:1
NUMBER 3:9 12:12 36:20, 23 63:16 80:4 92:25 104:14 129:12 131:14 150:5 152:13

< O >
oath 6:4, 5 34:10, 18
Object 26:10 62:19 75:21 88:25 106:9 115:7 136:25 138:13 141:20 146:25 157:8
objecting 26:19
objection 6:12 19:20 20:18 22:8 26:14, 17 33:9, 22 34:14, 22 42:18 52:21 53:24 54:19 55:5 57:9 58:3 63:23 64:18 69:20 70:10 71:17 75:8, 15, 22, 23 80:24 81:19 82:25 83:13 84:2, 20 85:12 88:2, 9 89:18 92:8, 16 96:18 98:21 99:4, 12, 18 101:13 103:13 104:2 105:5, 6, 20 106:6 107:10, 14 109:22 110:8, 13 126:15 140:14 141:1 143:21 144:7 145:1, 19 146:10 148:16 150:9 151:14, 21 152:17, 22 153:23 154:6, 22 155:7, 20 156:14 157:3, 12, 15, 21 158:1, 10 159:12

Case 3:23-cv-00978-JFS    Document 95-10    Filed 11/26/25    Page 180 of 198

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

160:*6*, *20*, *21*  161:*13*, *25*

**objections**  85:*4*, *10*  86:*19*

**Objectives**  43:*1*, *3*  45:*4*, *6*, *9*, *24*  46:*14*, *16*  47:*1*  120:*22*

**obtain**  118:*21*  119:*8*

**obtaining**  115:*2*

**obviously**  68:*20*

**occurred**  144:*23*

**odd**  123:*11*

**offer**  117:*23*

**offhand**  37:*14*, *20*

**official**  166:*10*

**Oh**  11:*20*  56:*11*  72:*18*  100:*13*  142:*7*

**Okay**  7:*3*, *17*, *24*, *25*  8:*6*, *7*, *13*  9:*10*  10:*20*  13:*8*, *21*  14:*10*  17:*1*  18:*3*  19:*4*, *25*  20:*5*, *10*  21:*12*  22:*5*  23:*12*, *20*  24:*11*  25:*20*  26:*2*, *6*, *12*, *25*  27:*7*, *13*, *24*  29:*14*  30:*2*  31:*6*, *16*  32:*23*  33:*2*, *14*  34:*1*, *4*, *8*  35:*1*, *6*  36:*6*, *17*  37:*14*, *20*  38:*12*  39:*18*  40:*7*, *20*  41:*18*  43:*23*  44:*4*, *7*, *9*, *24*  45:*15*  46:*12*, *22*  47:*3*, *7*  48:*19*, *24*  49:*6*  51:*22*  52:*1*  54:*3*, *11*  55:*2*, *18*  56:*5*  60:*4*, *13*, *18*  61:*1*  62:*15*  64:*14*  65:*18*, *22*  68:*14*, *19*  69:*16*, *22*  71:*7*  72:*2*, *9*, *18*  73:*7*, *16*  74:*14*, *21*  75:*19*  76:*5*, *16*  77:*16*  78:*15*  80:*17*  81:*23*  82:*22*  84:*8*  85:*20*  87:*20*, *23*  88:*5*, *19*  89:*2*, *6*, *10*  91:*6*, *16*, *20*  96:*14*, *22*  97:*4*  98:*7*, *25*  99:*7*, *14*  101:*20*  102:*10*, *16*, *24*  103:*20*  104:*19*  105:*11*, *25*  106:*8*, *16*  107:*12*, *22*, *25*  108:*8*, *11*  112:*2*  113:*4*

115:*9*  117:*6*  118:*24*  119:*4*, *8*  120:*17*  126:*20*  127:*10*  129:*5*  130:*19*  132:*4*, *21*  133:*20*  137:*10*  139:*17*, *24*  140:*23*  142:*19*, *22*  143:*14*  144:*19*  146:*1*  147:*9*, *21*  148:*5*, *20*  150:*4*, *25*  151:*9*, *19*  152:*2*, *13*  153:*7*  154:*2*  155:*2*, *15*  156:*3*, *19*  158:*7*  159:*20*  160:*16*  161:*8*  162:*11*, *15*

**once**  24:*9*  54:*22*  70:*7*  97:*15*  130:*24*  137:*21*  146:*6*  147:*15*  161:*12*

**one-hour**  106:*17*  108:*1*

**one-minute**  112:*9*

**ones**  34:*4*  80:*7*  83:*5*  134:*13*

**open**  12:*19*  16:*9*  126:*24*

**operations**  43:*22*  44:*3*, *10*

**operators**  133:*17*

**opportunities**  77:*6*, *10*  78:*17*, *18*  105:*24*  131:*7*

**Oracle**  10:*19*  95:*3*, *4*

**order**  81:*11*  91:*6*  97:*12*  100:*9*  104:*10*  153:*11*

**orders**  53:*4*  120:*25*

**organization**  28:*1*  66:*14*, *15*

**organizational**  114:*14*  116:*21*  119:*3*

**organized**  103:*12*

**organizer**  102:*17*, *19*  107:*8*  111:*24*

**organizing**  103:*23*

**original**  40:*13*

**outcome**  166:*9*

**outlines**  49:*6*

**out-of-standard**  25:*12*  81:*6*

**out-of-state**  6:*9*

**output**  95:*4*

**outside**  32:*21*, *22*  81:*9*, *21*  82:*18*  137:*6*, *12*

**outstanding**  108:*12*, *16*

**overall**  9:*17*  28:*6*  30:*18*  47:*2*, *4*  50:*4*  79:*22*  116:*22*  117:*4*, *5*  120:*20*, *22*  123:*10*  131:*25*

**overcheck**  38:*17*

**oversee**  28:*6*  91:*24*

**oversight**  23:*21*

**< P >**

**P.C**  2:*11*

**p.m**  113:*20*, *24*  114:*1*  162:*23*  163:*16*

**P320**  8:*23*, *24*  13:*12*  17:*14*  18:*1*  19:*16*, *18*  20:*8*, *16*  29:*23*  30:*25*  32:*3*, *6*, *12*, *19*  33:*7*  34:*9*, *12*, *20*  36:*23*  42:*13*, *16*  49:*9*  51:*10*  57:*3*  61:*9*  62:*15*, *21*, *25*  64:*9*, *20*  65:*4*, *19*  68:*1*  70:*18*, *23*  71:*12*, *22*  76:*3*, *9*  80:*23*  81:*16*  82:*1*, *4*, *23*  83:*12*, *24*  84:*17*  87:*25*  88:*6*  89:*11*  90:*23*  92:*6*, *15*  96:*17*  97:*14*  98:*11*, *18*  99:*2*, *15*  101:*7*, *12*  103:*10*, *24*  104:*19*  105:*2*, *11*, *15*, *19*  107:*3*  109:*2*  110:*5*  128:*12*, *15*  136:*21*  143:*18*  144:*3*, *24*  150:*7*  152:*14*  153:*9*  154:*13*, *18*  155:*3*  156:*9*  157:*20*  159:*17*

**P320s**  99:*8*  145:*8*

**P320's**  63:*21*  64:*15*

**pack**  95:*12*

**packing**  11:*5*

**PAGE**  9:*19*  4:*3*, *7*, *11*, *18*  39:*9*, *10*  40:*3*, *6*, *7*,

10, *17*  41:*12*  42:*25*  43:*1*  49:*3*  50:*21*  52:*18*, *22*  60:*5*, *7*  65:*23*  77:*4*  94:*13*  98:*9*  100:*9*, *11*, *15*  164:*4*

**pages**  39:*15*  165:*4*

**paper**  143:*3*

**parados**  95:*8*

**paramount**  133:*1*, *4*  140:*9*, *17*  141:*4*, *17*

**parlance**  127:*22*

**part**  6:*18*  10:*15*  12:*13*, *18*  15:*5*  17:*11*  22:*22*  23:*2*, *5*  24:*4*, *5*  28:*7*  31:*14*, *22*  32:*8*  36:*14*, *18*  37:*4*  43:*11*, *13*, *14*, *24*  47:*2*, *4*  50:*1*  53:*8*, *16*, *18*, *21*  54:*15*  56:*24*  58:*20*, *21*  67:*14*, *22*  69:*7*  70:*1*, *20*, *23*  73:*21*  74:*1*, *7*, *9*  78:*22*, *23*  90:*25*  92:*5*, *13*, *18*, *21*  93:*6*, *9*  102:*8*  104:*9*  122:*4*  124:*15*  126:*5*  127:*14*, *16*  128:*9*

**participating**  5:*24*

**particular**  9:*17*, *22*  10:*11*  11:*16*, *20*  12:*8*, *11*, *23*, *25*  15:*1*, *14*  18:*23*  20:*25*  27:*5*  49:*22*  59:*5*  61:*14*, *17*  83:*5*  88:*13*  95:*5*, *13*  123:*12*  125:*19*  126:*8*  127:*3*  131:*20*  135:*25*  150:*19*

**particularly**  29:*23*

**parties**  6:*6*  14:*15*  77:*9*

**parts**  8:*22*  22:*25*  28:*19*, *20*, *21*, *23*  31:*1*, *2*, *3*, *4*, *9*, *10*, *11*, *13*, *15*, *16*, *21*, *23*, *24*  32:*2*, *4*, *6*, *12*, *17*, *18*  33:*1*, *6*  34:*2*, *6*, *12*, *20*  35:*2*, *7*, *8*, *11*, *16*, *19*, *21*, *24*  36:*9*, *10*  37:*6*, *16*  38:*1*, *6*, *7*, *14*  90:*14*

91:7 123:*23* 133:*19*
135:*18* 136:5, *11, 17*
**party** 6:*12* 166:*8*
**pass** 15:*3* 90:*2*
**passed** 21:3, 7 24:*10*
42:*20* 83:3 84:*12, 14*
90:*3, 5* 108:*19* 137:9
**path** 117:*25*
**paths** 128:*1*
**Paul** 29:*11, 24* 30:*1,*
*6, 11, 15, 17*
**PDF** 163:9, *14*
**Pease** 1:*14*
**PENNSYLVANIA**
1:*3, 18* 2:5 5:*14*
6:*11* 143:*17*
**people** 27:*18* 103:*2*
127:*25* 128:8 158:*3,*
*8, 14* 159:*20* 160:*1*
**perfect** 89:*12*
**perfectly** 8:*2*
**perform** 23:*13* 61:2,
*4* 96:7 149:*21* 150:5
**performance** 43:*10*
45:*17* 46:5, *10*
116:*25* 121:*3* 127:*13,*
*14*
**performed** 24:*12*
67:*25* 69:*12* 70:*18*
71:8, *13*
**performs** 22:5 66:*19,*
*24* 146:*22* 147:*16*
**period** 95:5 127:*20*
128:*16* 153:*12*
**person** 6:*4* 15:*18*
26:*22* 90:*17* 131:*17*
150:*5*
**personal** 82:*17*
111:*6* 112:*23*
**person's** 29:*10*
149:*13*
**pertinent** 9:*7, 12*
11:*15* 12:8
**phase** 24:*4* 70:9, *19,*
*24* 71:*12, 24* 72:*21*
95:*23*
**phenomenon** 159:*21*
**Philadelphia** 2:*5*
**photographs** 147:*24*

**physical** 133:*15*
**physically** 5:*25*
**pick** 133:*18*
**pin** 127:*3*
**pins** 32:*1, 19*
**pistol** 15:*1* 18:*19*
49:*12* 73:*19* 99:*10*
132:*17* 136:*22*
140:*24* 147:*10, 25*
149:*22* 159:*11*
**pistols** 42:*10* 51:*12*
58:*15* 99:*16*
**pivot** 19:*16*
**Place** 2:*4* 36:*3*
49:*19* 55:8 56:*2*
118:*16* 132:*21* 133:9
135:*4, 14* 166:*4*
**places** 145:*22*
**Plaintiffs** 2:*6*
**plan** 61:8 102:*1, 3,*
*11* 133:*21*
**planned** 50:*13*
161:*23*
**planner** 101:*24, 25*
**planning** 15:*19* 53:*12*
**plans** 118:*16* 133:*14,*
*16*
**plant** 36:*9*
**play** 133:*7*
**please** 5:*21* 6:*13, 16,*
*21* 7:7 8:9 19:*7, 12,*
26:*23* 33:*24* 52:*12*
85:*22* 87:*6* 114:*5*
116:*3* 138:*15* 149:*1*
163:*8, 10*
**plus** 28:*7*
**point** 13:*23* 35:*20,*
*24* 49:*2* 104:*20*
105:*16* 106:*12*
160:*18*
**points** 42:*2*
**police** 99:*8, 17*
143:*15, 16, 17* 146:*19*
**policies** 42:*2* 57:*6*
**Policy** 41:*14* 43:*4*
51:*11* 60:9, *22* 61:*3*
67:*10* 68:*11, 17, 24*
69:*3, 24* 79:*11* 80:*20*
121:*21*

**Polytechnic** 114:*10,*
*12*
**poor** 46:7 122:*17*
**population** 37:*18, 25*
**portion** 47:6, 8
112:*17*
**position** 120:*12*
**possible** 22:*6*
**post** 113:*2* 115:*2*
**potatoes** 125:*18*
**potential** 14:*16, 25*
96:6 97:*11*
**potentially** 57:*25*
**PowerPoint** 92:*24*
**Powers** 44:*2*
**practice** 21:*18, 21*
117:*22* 148:*3*
**predated** 40:*14*
**prefer** 85:*15*
**preparation** 12:*5*
20:*6*
**prepare** 9:*5*
**prepared** 9:*2* 69:*23*
**prescribed** 130:*3*
**presence** 33:*3*
**present** 1:*14* 2:*17*
5:*25* 8:*24* 19:*19*
67:*8*
**presentations** 92:*25*
**preserve** 157:*12*
**president** 43:*21* 44:*2,*
*6, 10, 12, 13* 120:*12*
**presidents** 43:*24*
**Pressing** 157:*1*
**pressure** 154:*3, 19*
155:*4* 156:*10* 157:*18*
**pretty** 84:*5* 115:*24*
**preventing** 51:*18*
**prevention** 122:*14*
**Preventive** 122:*12, 15,*
*18*
**PREVIOUSLY-**
**MARKED** 4:*14*
**principles** 138:*25*
**print** 22:*25* 134:*1*
**prints** 35:*11*
**prior** 45:5 55:*10*
98:*18* 127:*19, 20*
**Pro** 2:*15* 29:*25*

**probably** 126:*23*
130:*21*
**problem** 14:8 16:*1*
20:*23* 21:*4, 7* 90:*14,*
*15* 99:*2* 103:*1, 10*
131:*13, 15*
**problems** 11:*13*
**procedure** 25:*23*
27:*14* 66:5, 6, 7
67:*11, 13, 14, 23* 68:*4,*
*6, 10, 12* 69:7 78:*20*
79:8, *14, 18, 25* 80:*2*
**procedures** 8:*24*
9:*15* 11:*2* 27:8 57:7
61:*23* 79:*15* 111:*23*
112:*1, 4* 125:*15*
130:*17* 139:*1*
**proceeding** 131:*1*
**proceedings** 163:*16*
**process** 9:*18* 10:*10*
11:5, *8, 11, 14, 18, 24*
12:*1, 4, 17, 19* 13:*14,*
*16* 14:*16* 17:*11*
19:*23* 27:*16* 35:7, *18*
37:5, *13* 50:*22* 51:*23*
52:8 53:*19, 22* 54:*21*
55:*12* 57:*16, 19*
61:*12, 13, 19* 62:*13,*
*16, 21, 25* 63:5, *21*
64:*11, 12, 15, 21* 65:*4,*
*7, 8, 12, 15, 25* 67:*2,*
*22* 69:8 80:*1* 81:*4*
94:*24* 95:*10* 97:8
116:*12, 18* 118:*9*
124:*1* 127:*15* 128:*14*
130:*12* 132:6, *8, 10,*
*11, 20* 133:*1, 15, 16,*
*22* 134:*20* 138:*11, 18,*
*19* 139:*12* 142:*25*
156:*12*
**process-based** 129:*8*
**processes** 18:9 52:*23*
61:6 63:2, *12, 17*
67:*3* 128:2 129:*11,*
*17* 130:7 131:*11*
139:*2, 3*
**prod** 29:5 52:6
**produce** 55:7 125:*21*
**produced** 69:*13* 91:7
105:9 137:*18*

**producing** 110:*18*
126:*18* 129:*3* 142:*9*
**product** 14:*1* 18:*14,*
*17* 28:*7* 29:*4, 6, 17,*
*19* 30:*18* 46:*1* 48:*13*
50:*13* 51:*5* 52:*6, 7,*
*19* 53:*1, 23* 54:*7, 9*
55:*23* 58:*2* 59:*6, 7, 9*
61:*14, 17* 70:*8, 16*
81:*12* 88:*15* 90:*6*
91:*11, 14* 95:*17*
102:*1, 3, 15* 103:*15*
120:*24* 130:*8* 132:*9,*
*11, 15, 23* 133:*10, 13*
135:*5, 15* 137:*21*
138:*24* 139:*6, 7, 10,*
*22, 23* 141:*22*
**PRODUCTION** 4:*6*
12:*15* 22:*24* 23:*2*
24:*10* 27:*22* 29:*25*
55:*20* 56:*18* 57:*18*
58:*22* 62:*8* 93:*11*
94:*24* 95:*23* 97:*17*
101:*22* 102:*12* 104:*8*
127:*18* 133:*10*
136:*17*
**products** 29:*19* 42:*3*
53:*4, 5, 6* 54:*12, 16,*
*17* 63:*4* 65:*9, 19*
70:*1* 71:*3, 25* 72:*22*
96:*3* 102:*5* 104:*5, 17*
106:*25* 124:*13, 23*
128:*15* 138:*8, 12, 21*
**product's** 141:*12*
**Professional** 1:*17*
**program** 20:*17*
60:*25* 67:*19* 76:*11,*
*12* 78:*24* 82:*9, 10*
109:*2* 114:*22* 130:*23*
131:*13*
**project** 48:*5* 62:*16*
72:*3* 127:*23* 128:*7*
**projects** 47:*21, 23*
48:*9, 11* 50:*1, 3, 5, 17*
117:*13* 118:*4, 18*
119:*6* 127:*15*
**promised** 93:*20*
**pronounced** 44:*22*
**pronouncing** 44:*20*

**properly** 15:*11* 90:*18*
**propounded** 165:*6*
**protocol** 27:*1, 4*
35:*10*
**protocols** 9:*16* 10:*21,*
*22* 22:*12* 24:*25* 25:*5,*
*8* 35:*14* 55:*8, 16*
93:*5*
**provide** 7:*20* 35:*22*
42:*3* 83:*19* 111:*4*
134:*6*
**provided** 99:*8*
**provides** 51:*4*
**Public** 1:*19* 165:*22*
166:*3, 14*
**pull** 60:*2* 153:*17, 19,*
*20* 154:*14* 155:*5*
156:*11* 159:*17, 22*
160:*13, 17* 161:*20*
**pulling** 155:*12* 157:*1*
**Purchase** 2:*9* 89:*14*
**purchased** 89:*11*
**purchasing** 35:*12*
**purely** 37:*2*
**purposes** 38:*24*
93:*23* 100:*2*
**pursuant** 69:*3* 166:*3*
**put** 7:*4* 104:*9*
136:*10* 154:*3* 157:*11,*
*18* 163:*5*
**puts** 135:*3* 154:*19*
155:*4*
**putting** 30:*14* 49:*15*
112:*7* 118:*15* 132:*18*

**< Q >**
**QC** 27:*9* 28:*8* 29:*22*
57:*6*
**QMS** 121:*12, 15, 17*
122:*19* 125:*8* 126:*3*
138:*10, 18*
**qual** 22:*16* 120:*23*
**qualified** 123:*24*
**Quality** 3:*10* 8:*23*
9:*15* 10:*12* 15:*17*
16:*7, 15, 22, 23* 17:*4*
21:*15* 22:*12, 17, 19*
23:*8, 10, 20* 24:*6, 14*
25:*2* 27:*14, 19, 23*
28:*2, 4, 7, 11* 29:*4, 17,*

*19* 30:*7, 8, 18* 35:*6*
39:*5* 40:*13, 25* 41:*14*
42:*2, 6* 43:*1, 3, 4, 10*
46:*2, 7, 24* 47:*6, 8*
51:*24* 52:*3* 57:*24*
58:*23* 59:*6, 11* 60:*6,*
*8, 16, 21* 61:*1, 10*
66:*4, 12, 16, 24* 67:*15*
68:*8* 76:*7* 78:*16*
81:*25* 82:*3, 19, 22*
83:*12* 84:*1, 19* 87:*15,*
*18, 19, 21, 24* 88:*7, 22*
89:*17* 90:*8, 24* 91:*3,*
*9, 21, 23* 92:*5* 93:*2, 4*
95:*25* 96:*5* 97:*10*
98:*14, 19* 102:*25*
109:*18* 111:*22, 23*
112:*1, 3* 114:*14, 24*
115:*1, 12, 17, 18*
116:*5, 20, 22* 117:*5*
118:*25* 119:*2, 13*
120:*10, 12, 17, 19, 23,*
*24* 121:*10, 11, 18, 20,*
*21* 122:*3, 5, 12, 15, 18,*
*23* 123:*17, 19* 124:*11,*
*16* 125:*4, 7, 12, 14*
126:*1* 127:*11* 129:*5,*
*7, 9* 132:*5* 134:*10, 20*
135:*4, 14, 21* 136:*15*
137:*20* 142:*5, 7, 8, 9,*
*12, 20* 143:*6, 20, 23*
144:*4, 5, 15, 19, 25*
145:*10* 146:*7, 21*
147:*7, 9, 15* 148:*12*
149:*21, 25* 150:*17, 20,*
*24* 151:*11* 153:*9*
154:*18* 159:*8* 161:*12*
**quality's** 29:*6*
**quantity** 37:*18*
**question** 7:*21* 14:*20*
17:*16, 25* 19:*8, 11*
22:*14, 15* 24:*20*
25:*22* 29:*8* 31:*19*
33:*21* 34:*15* 54:*1*
56:*10* 57:*1* 60:*15, 17*
64:*7, 8, 14* 66:*23*
69:*11* 83:*23* 84:*3, 6,*
*16* 85:*13, 16, 18, 20*
86:*10, 23, 24* 87:*2, 3,*
*4, 12* 88:*17* 92:*7*

112:*12* 123:*22* 137:*1*
138:*15* 141:*3, 8, 13*
144:*1* 146:*6* 149:*1*
150:*14* 151:*16*
152:*25* 154:*9, 25*
157:*13* 159:*15* 162:*3,*
*6, 8*
**QUESTION(S** 4:*17*
**questioning** 160:*25*
**questions** 7:*19* 8:*2*
9:*8* 33:*23* 77:*14*
78:*13* 111:*1, 10, 12,*
*17* 113:*6, 11, 14, 18*
126:*9* 128:*11* 132:*4*
136:*18* 137:*3* 139:*24*
140:*5* 141:*16* 146:*17*
162:*14* 165:*6*
**quick** 77:*24* 113:*16*
**quickly** 93:*18* 115:*24*
**quite** 130:*9*

**< R >**
**raise** 6:*16, 21*
**random** 38:*6, 7* 62:*4*
**range** 9:*21* 11:*1, 4*
95:*1* 96:*5* 97:*22*
122:*13* 124:*5, 7*
134:*17* 139:*14*
**rank** 63:*10* 78:*21*
79:*24* 96:*6* 97:*11, 12*
**ranked** 80:*4, 6* 95:*9*
97:*14*
**ranking** 63:*5, 10*
67:*22* 80:*14*
**rankings** 80:*11*
**reach** 128:*4*
**read** 50:*24* 78:*11*
85:*16* 112:*13, 16*
165:*3*
**reading** 77:*12*
**ready** 117:*24* 135:*6*
**really** 105:*23* 135:*12*
148:*10* 158:*22*
**rear** 153:*12, 18, 19*
154:*14* 155:*13*
156:*23* 159:*18, 22*
160:*14*
**rearward** 154:*3, 19*
155:*4* 156:*10* 157:*18*

**reason** 8:*12* 161:*5*
164:*6, 9, 12, 15, 18, 21*
**reasonably** 8:*5*
**reasons** 104:*14*
**recall** 20:*17, 20* 70:*5,*
*11, 13, 14, 21* 73:*17,*
*20, 25* 76:*1, 4* 80:*5,*
*14, 15* 98:*23* 99:*1, 21*
103:*14* 104:*3* 107:*25*
108:*4* 109:*13* 110:*7*
113:*1* 128:*17* 147:*20*
150:*3*
**receipt** 38:*9*
**receive** 53:*4* 119:*22*
142:*24* 147:*10*
**received** 119:*17*
**receiver** 32:*9, 11*
**receiving** 53:*13*
**recess** 59:*19* 113:*23*
**recognized** 122:*20*
**recollection** 99:*7, 15*
103:*22* 109:*15* 110:*3*
129:*3*
**record** 5:*5, 20* 11:*1*
59:*17, 23* 77:*24* 78:*2,*
*5, 8* 112:*8* 113:*21*
114:*2* 126:*12* 157:*11*
162:*17, 22* 163:*3, 6*
166:*7*
**Recorded** 1:*12* 5:*9*
11:*24* 166:*6*
**records** 9:*20* 11:*7, 9*
40:*13* 70:*21* 125:*23,*
*24* 134:*6*
**recreated** 161:*24*
**reduce** 46:*7*
**reduced** 46:*8*
**reduction** 116:*11*
**refer** 79:*13*
**REFERENCED** 4:*14*
119:*13* 126:*10*
**referred** 121:*12*
**referring** 13:*1* 151:*2*
155:*23, 25*
**refresh** 9:*18*
**regardless** 24:*21*
116:*13* 132:*13, 15*
139:*3, 15* 141:*23*
**registered** 66:*17*

123:*6*
**registrar** 123:*6*
**registrars** 66:*21*
**registration** 12:*18*
66:*13* 123:*7, 9*
**regularly** 152:*7*
**rejected** 97:*23*
**relate** 12:*11* 105:*6*
145:*11*
**related** 11:*7* 12:*9, 22*
14:*2* 16:*15, 21* 17:*18,*
*20* 18:*14* 96:*23*
119:*13* 144:*9* 145:*3*
150:*23*
**relates** 52:*16, 19*
116:*10*
**release** 135:*5*
**released** 22:*24* 24:*9*
55:*10* 56:*17* 59:*7*
95:*24* 102:*20* 128:*18*
129:*1* 154:*5* 155:*6*
**Releases** 102:*5*
103:*15*
**releasing** 128:*23, 24*
138:*23*
**Relevant** 79:*3, 6*
**remainder** 95:*10*
**remember** 81:*15*
87:*11* 92:*13* 140:*10*
**Remick** 2:*20* 162:*19*
**remind** 43:*20*
**remotely** 1:*13* 6:*2, 5*
**removed** 136:*11*
**Rensselaer** 114:*10, 11*
**repeat** 29:*8* 31:*19*
34:*15* 52:*17* 56:*12*
109:*23* 138:*14* 149:*1*
154:*9*
**repeated** 85:*14* 140:*9*
**repeatedly** 141:*17*
**repeating** 86:*22*
**report** 16:*5* 28:*3, 6*
94:*5, 16, 19, 22* 97:*17,*
*21* 123:*8* 131:*23*
136:*3, 6* 147:*18, 19,*
*22* 148:*13, 14, 22*
149:*12* 150:*24, 25*
151:*2*
**reported** 1:*16* 16:*6*
76:*12* 151:*10*

**Reporter** 1:*18* 5:*16,*
*21, 23* 6:*20* 7:*3*
85:*16* 112:*16* 113:*20*
163:*5, 11*
**Reporting** 5:*18* 6:*1,*
*13*
**reports** 30:*12* 135:*8*
143:*15* 144:*2* 148:*10,*
*18, 21* 149:*4, 5* 155:*3,*
*18*
**representative** 145:*18*
148:*23, 24*
**representatives** 17:*3*
**Representing** 2:*6, 11,*
*15*
**REQUEST** 4:*6*
**requested** 24:*15*
110:*17* 111:*3* 112:*17*
**requests** 146:*20*
**require** 21:*10* 31:*13*
38:*4* 57:*7* 117:*14*
134:*11*
**required** 10:*25* 21:*9,*
*23* 23:*15* 35:*18*
53:*17* 55:*15* 117:*15*
139:*11* 144:*13*
**requirement** 37:*21*
76:*13* 141:*4*
**requirements** 23:*1*
25:*10* 37:*2* 51:*6, 13,*
*16* 53:*3* 55:*13* 56:*1,*
*2* 59:*4* 77:*9* 93:*5*
121:*1, 24* 130:*18*
133:*5* 135:*21* 138:*24*
145:*12*
**requires** 37:*15* 51:*11*
**reread** 9:*7*
**resides** 10:*18*
**resolve** 131:*18*
**resolved** 20:*25* 57:*13,*
*24*
**resources** 49:*15*
132:*19*
**respect** 21:*14* 22:*11,*
*17* 32:*17* 38:*4* 42:*13*
47:*7* 51:*10* 71:*22*
74:*15* 111:*24* 140:*23*
141:*12* 145:*14*
150:*12*

**respectfully** 82:*2*
**respond** 131:*9*
**responding** 141:*15*
**response** 6:*14* 19:*8*
**responses** 142:*24*
**responsibility** 30:*17*
131:*20*
**responsible** 67:*9*
**rest** 111:*13*
**result** 69:*13, 23*
**results** 24:*13, 21, 23*
131:*3* 143:*11, 13*
147:*23* 150:*21*
**return** 143:*19*
**returned** 136:*12*
**returns** 46:*8* 124:*17*
135:*10, 12* 137:*24*
**review** 10:*23* 11:*9*
20:*5* 24:*23* 35:*23*
45:*13* 47:*1* 61:*5*
63:*7, 16* 83:*9* 93:*3*
121:*5* 122:*2* 126:*19*
127:*17* 130:*5, 6, 7*
143:*6* 144:*8* 150:*22*
158:*15*
**reviewed** 9:*6, 12*
11:*18* 12:*4* 17:*10*
68:*21* 144:*10*
**reviewing** 121:*6*
**reviews** 22:*13* 72:*3*
92:*18, 21* 122:*14*
129:*14* 132:*12*
143:*20*
**revised** 41:*8*
**revision** 39:*21* 40:*9,*
*18* 41:*3*
**revisions** 41:*21*
**rework** 121:*4* 122:*7*
136:*9*
**rifle** 132:*16, 17*
**right** 6:*16, 21* 8:*8,*
*20* 9:*23* 11:*17* 12:*2*
14:*12* 17:*10, 16, 25*
18:*5* 19:*14, 19* 20:*14*
21:*25* 22:*3, 11* 25:*4,*
*24* 27:*18* 28:*24*
30:*11, 14, 21* 31:*2, 8*
32:*3, 10* 36:*2, 22*
38:*19* 39:*3, 8, 18, 22*
40:*9, 15, 18* 41:*2, 5,*

*11, 15, 22*  42:*3, 25*
43:*13*  44:*11, 15, 20*
45:*1*  48:2  49:9, *17,*
*21*  50:20  51:9, *13, 14*
52:9  53:*10, 15*  54:*6,*
*9, 15*  55:4  56:8, *9*
57:*14*  59:*13, 25*  61:9
64:*1*  66:*10, 18*  67:5,
*24*  68:*23*  69:*18*  70:*3,*
*17*  71:*25*  72:*15, 20*
73:*10, 21*  74:5, *16, 17,*
*20*  77:*4, 17*  78:*10*
79:4  81:*14*  82:*15*
84:*25*  87:*14*  88:*1*
92:4  93:*15*  94:*10*
95:*15*  96:*4, 10*  98:2,
*15, 17*  99:*23*  100:*6,*
*21*  101:*4, 10, 18, 23*
102:*13*  105:*4, 13, 15,*
*19*  107:*3, 6, 19, 25*
108:*15, 24*  109:*12, 16*
110:*4, 20*  112:6
113:*5, 15*  114:*4*
115:9, *22*  120:5
124:25  127:*24*  130:*9,*
*25*  137:*13*  141:*15*
142:*6*  147:*15, 24*
148:2, *7, 9*  149:*8, 16,*
*18, 22, 23, 25*  151:*20*
152:*7, 19*  153:*21*
154:*16*  157:*17, 24*
160:*20*
**right-hand**  65:*22*
**risk**  63:*1*  65:*23*
66:*3, 6, 7, 8, 22, 24*
67:*4, 7, 10, 11, 13, 21,*
*24*  68:*3, 5, 11, 16, 23,*
*24*  69:*3, 4, 6, 12, 13,*
*23, 25*  70:*7, 15, 18, 22*
71:*2, 13, 23*  72:*20*
76:*2, 8*  77:5  78:*17*
79:*9, 10, 17*  129:*10*
**risks**  59:*10*  67:*16, 19*
72:*25*  73:*1*  77:*10*
78:*18*  79:*22*  80:2
**Road**  2:*9*
**robotic**  124:*2*
**role**  59:*11*  60:8, *11,*
*15*  120:8, *14*

**roll**  47:*21*  104:*11, 12*
**rolled**  137:*17*
**Ron**  43:*17, 18*  45:7
46:*12, 17*
**room**  6:*1*
**Route**  2:*13*
**router**  9:*16*  10:*2, 3,*
*5, 6*
**rules**  7:*17*
**run**  25:*2*

**< S >**
**safe**  21:*4, 18, 24*
22:*6*  83:*2, 3, 7*
132:*22*  137:*10*
**safely**  15:*12*
**safety**  15:2  25:*15, 18,*
*19*  81:*11*  83:*6, 18*
84:*10*  132:*25*  133:7
140:8, *13, 17, 25*
141:*12, 17*
**sale**  98:5  138:*12, 20*
**sales**  44:*10*  46:*1*
102:7  145:*23*  148:*23*
**SALTZ**  2:*3*  7:*13*
**Sam**  7:*12*  19:7
56:*19*  72:*12*  77:*21*
81:*21*  86:8, *23*  94:7
110:*16*  125:6
**sample**  35:*16*  37:*17*
38:6  133:*23*
**sampling**  37:*12, 15,*
*25*  38:5  134:8
135:*23*
**SAMUEL**  2:*3*
**San**  33:3, *11, 15*
34:*3, 7, 12, 21*  35:2
36:8
**satisfaction**  63:*6*
122:*1*  124:*18*  129:*19*
130:*13*  137:*25*  138:8
142:*12, 15*  143:*1, 5, 7,*
*9*
**satisfactory**  131:*4*
**satisfy**  53:*6*
**SAUER**  1:*7, 14*  2:*11*
3:*10*  5:*12*  8:*17*
14:*11, 15*  15:*1, 4*
18:*18*  22:5, *18*  23:*25*
25:*7, 23*  29:*19*  33:*6,*

*8*  35:8  36:*13, 18*
38:4  39:5  41:*14*
42:9  43:2  49:*11*
51:*11, 15, 19*  56:*25*
60:6  70:6  71:*25*
73:2  75:6  76:*22*
77:8  78:*16*  87:*15, 18,*
*25*  88:6  96:*4, 15*
99:8  105:*19*  120:*6, 9*
121:*15, 17*  122:*25*
123:*16, 19*  126:*3*
127:*10*  128:*14*
130:*20*  131:*4, 9*
132:*22*  133:*9*  137:*20*
138:*18*  142:*11*
146:*19, 20*  147:*4*
149:*21*  159:*4, 9, 11*
**SAUER's**  13:*13*
14:*18, 25*  27:*1*  54:*11*
122:*19*  125:*3, 8*
139:*18*  145:*17*
**saw**  13:2  95:*25*
121:*19*  160:*7, 9*
**saying**  13:*8*  18:*6*
19:*25*  21:*20*  40:*16*
52:*15, 18*  65:2  96:*22*
145:*7, 9*  154:*2, 16*
**says**  40:*9, 21*  42:5
105:*4, 11*  106:5
**schedule**  130:*3*  131:2
**schedules**  59:*10*
**Science**  115:*3*
119:*24*  120:*3*
**scope**  81:*20, 21*
82:*18*  98:*22*  101:*14*
105:6, *8*  106:*23*
110:*14, 15*  111:*15*
112:*20*  125:*13*
137:*12*  145:*20*
151:*15*  152:*23*  154:*8,*
*23*  155:*8, 21*  156:*15*
157:*22*  158:*11, 25*
159:*12*  160:*21, 24, 25*
161:*1, 14*  162:*1*
**scrap**  121:*4*  122:6
**screen**  38:*21*  72:*13,*
*15, 17*  77:*3*
**scroll**  39:*14*  40:*16*
50:*20, 25*  60:5  77:*13,*

*18*
**seal**  166:*10*
**Sean**  74:5  101:*11*
**second**  21:*13*  40:*17*
77:*24*  98:9  100:*9*
119:*1*  157:*9*
**section**  77:*15*  78:*11*
79:*2*
**sector**  66:*4*
**security**  44:*13*
**see**  11:*15*  12:*22*
13:*24*  24:*20*  39:*4, 5,*
*10, 13*  41:*12*  50:*21*
51:*7*  66:*1*  77:*14*
79:*5*  86:*25*  89:*21, 22,*
*25*  90:*6*  91:*14*  93:7
94:*15*  96:*12*  98:*7*
100:*18*  101:*8*  112:*14*
135:*10*  158:*8*  160:*3*
**seeing**  70:*14*  91:*11*
103:*17*  133:*21*  135:8
138:*2*  158:*13*
**seen**  50:*12*  58:9
69:*2, 22, 25*  70:*7*
71:*2, 23*  72:*1, 4, 22*
155:*2, 17*  156:*17*
157:*17, 24*  158:*2, 4*
159:*24*  160:*10*
**sees**  87:*9*
**selected**  61:*25*  62:4
64:*20*
**selection**  37:*6*
**self-study**  117:*21*
**send**  124:*13*  128:*8*
143:*3*  146:*20*
**sending**  142:*9*
**Senior**  29:*17*  43:7
131:*24*
**sense**  122:*5*
**sent**  38:*15*  94:*12*
99:*16*
**sentence**  43:*6*  77:*7*
**separate**  35:*25*  67:*3,*
*14*  68:*14*  80:*3*
131:*21*
**serial**  12:*11*
**series**  100:*8*
**serve**  94:*12*
**service**  16:*7, 20, 23*
17:*2, 8*  99:*10*  124:*20*

135:*7* 145:*18, 24*
148:*24*
**set** 37:*12* 67:*3*
113:*17* 130:*1*
**seven** 40:*17* 111:*15*
**seventh** 40:*3*
**severity** 72:*25*
**shaaz@smbb.com** 2:*6*
**Shame** 60:*3*
**share** 38:*20* 60:*3*
77:*3* 94:*8*
**shared** 24:*14*
**sharing** 72:*17* 98:*8*
**sheet** 108:*7* 165:*8*
**sheets** 35:*22* 123:*23*
134:*4*
**ship** 134:*7* 135:*6*
**shipped** 33:*8, 18*
137:*21* 149:*20*
**shop** 16:*17* 28:*3, 25*
29:*2* 30:*15* 102:*2, 4*
123:*24* 135:*19*
**shops** 27:*21* 28:*2, 10,*
*16, 17*
**short** 49:*1, 4, 5* 161:*9*
**Shorthand** 1:*18*
166:*6*
**show** 19:*17* 38:*19*
39:*9* 63:*13* 93:*15*
94:*6* 99:*23*
**showed** 125:*6*
**showing** 60:*1* 94:*2,*
*10* 100:*6*
**shown** 124:*25* 126:*13*
**shows** 100:*10, 16*
**sic** 19:*8* 99:*9*
**side** 35:*15*
**SIG** 1:*7, 14* 2:*11*
3:*10* 5:*12* 8:*17*
13:*13* 14:*11, 15, 17,*
*25* 15:*1, 4* 18:*18*
22:*5, 18* 23:*25* 25:*7,*
*23* 27:*1* 29:*19* 33:*6,*
*8* 35:*8, 14* 36:*8, 13,*
*18* 38:*4* 39:*5* 41:*14*
42:*9* 43:*2* 49:*11*
51:*11, 15, 18* 54:*11*
56:*25* 60:*6* 62:*15*
70:*6* 71:*25* 73:*2*
75:*5* 76:*22* 77:*8*

78:*16* 79:*18* 87:*14,*
*18, 25* 88:*5* 96:*4, 15*
99:*8* 105:*18* 114:*25*
120:*5, 9* 121:*15, 17*
122:*19, 25* 123:*16, 19*
125:*3, 8* 126:*2*
127:*10, 13* 128:*14, 24*
130:*20* 131:*4, 9*
132:*22* 133:*9* 137:*20*
138:*7, 10, 18* 139:*18*
142:*2, 11* 145:*17*
146:*19, 20* 147:*4*
149:*20* 159:*3, 9, 11*
**sight** 98:*11*
**Sigma** 114:*13* 116:*6,*
*8, 9, 15* 117:*9, 13*
127:*22*
**sign** 27:*9*
**SIGNATURE** 165:*11*
**signed** 27:*11*
**signing** 27:*15*
**SIG-QC** 39:*11*
**Sigreporting** 94:*12*
**similar** 72:*23* 80:*15*
96:*20* 119:*6*
**simple** 19:*15*
**single** 18:*17* 36:*14,*
*15, 18, 19* 133:*23, 24*
139:*22*
**Sir** 82:*22*
**sit** 98:*25* 103:*20*
117:*15, 19* 119:*7*
**situation** 11:*16, 21*
12:*8* 15:*8, 21* 144:*12,*
*17*
**situations** 88:*13*
**six** 30:*22* 40:*7, 10*
79:*18* 111:*15* 114:*13*
116:*5, 6, 8, 9, 15*
117:*9, 13* 127:*22*
161:*7*
**sixth** 40:*5*
**size** 37:*18, 25*
**slide** 32:*7, 10* 154:*5,*
*20* 155:*6* 156:*13*
157:*20*
**small** 50:*24* 128:*8*
**social** 158:*14*
**Society** 115:*12, 18*

116:*5*
**sold** 98:*14*
**solution** 127:*5*
**solve** 11:*13*
**solvers** 103:*1*
**somebody** 15:*19*
82:*4* 89:*14, 23* 90:*23*
154:*3, 19*
**sorry** 6:*17* 29:*7*
52:*9, 16* 56:*11* 75:*20*
76:*6* 116:*1* 118:*3*
157:*6, 7* 159:*22*
**sort** 33:*2*
**sorts** 111:*18*
**sought** 158:*8*
**sounds** 155:*10*
**sourcing** 8:*22* 30:*24*
**spans** 18:*7*
**speak** 75:*2* 140:*20*
**speaking** 41:*25* 85:*3,*
*10, 12* 86:*19*
**spec** 35:*19* 90:*25*
91:*1, 8* 138:*3* 146:*23*
147:*13* 149:*24*
**Specialist** 2:*18* 5:*16*
**specific** 14:*21* 15:*25*
31:*18* 50:*3* 54:*4*
61:*14, 16* 64:*5* 65:*13*
70:*15* 71:*3* 73:*6*
82:*5* 92:*10* 103:*22*
110:*18, 19* 133:*19*
135:*13* 141:*7* 143:*3*
**specifically** 42:*14*
57:*10* 63:*20* 65:*3*
74:*11* 92:*14* 107:*2*
108:*4* 128:*18*
**specification** 146:*15*
**specifications** 53:*7*
133:*11*
**specifics** 89:*22* 91:*13*
**specs** 59:*3*
**spell** 29:*12*
**spend** 14:*2*
**spoke** 31:*1*
**sprays** 31:*7*
**spreadsheet** 18:*25*
19:*3, 5, 15* 20:*1, 2*
69:*6, 9* 71:*16* 72:*24*
78:*22* 80:*3* 108:*9*

**springs** 32:*1, 19*
**staff** 122:*11*
**stage** 93:*10* 95:*19*
**stages** 95:*18*
**stamp** 32:*8, 18*
**Stamping** 31:*7*
**stampings** 32:*1*
**Stamps** 31:*7*
**standard** 15:*4* 21:*3*
23:*18* 27:*3, 6* 37:*15,*
*23* 66:*9, 10, 12, 16, 19*
81:*9* 122:*24* 123:*13*
125:*16* 130:*18*
134:*25* 137:*13* 148:*3*
**standardization** 66:*15*
**standards** 21:*9, 10,*
*11, 23* 22:*2, 18, 21*
23:*13, 21, 24* 24:*1, 2,*
*6, 7* 27:*8* 35:*8* 51:*16,*
*20* 56:*1* 66:*14* 83:*4*
84:*10, 13* 90:*2, 3, 4*
108:*21* 122:*20*
136:*23* 137:*7, 9*
**standing** 166:*3*
**start** 19:*8* 45:*14*
75:*21* 101:*5* 121:*18*
126:*18*
**started** 129:*2* 130:*22*
**starting** 19:*9* 35:*20,*
*24* 120:*20*
**starts** 46:*9*
**state** 6:*7, 13* 118:*13,*
*14* 143:*16, 17*
**statement** 41:*15*
110:*23* 131:*16*
**state-of-the-art**
123:*25* 124:*7*
**STATES** 1:*2* 5:*13*
33:*1* 43:*1*
**stating** 8:*2*
**statistical** 124:*1*
**status** 121:*10*
**stenographic** 5:*20*
**stenographically** 1:*16*
**step** 19:*9* 65:*24*
**steps** 65:*12, 15*
134:*10*
**Stevens** 114:*8*
**STIPULATIONS**

4:*10*
**stock** 102:*6*
**stop** 52:*11* 98:*8*
134:*20* 157:*9*
**store** 89:*24*
**straightforward** 84:*6,*
*16*
**strategic** 45:*23*
**strategy** 46:*11*
**Street** 2:*4*
**strictly** 97:*21* 114:*21*
**strike** 56:*25* 73:*22*
106:*16* 117:*7* 159:*22*
**striker** 49:*12* 109:*6*
154:*4* 155:*5*
**structure** 127:*17*
**structured** 10:*10*
**studied** 117:*21*
**studying** 116:*14*
**stuff** 111:*18* 117:*3*
**subcategories** 31:*25*
**subject** 10:*4* 61:*10*
62:*16, 25* 63:*22* 64:*9,*
*13, 16, 23* 65:*5, 20*
101:*6* 105:*4, 11*
136:*23*
**subjected** 84:*9*
**subjects** 82:*7*
**submit** 76:*14* 118:*18*
**Subscribed** 165:*13*
**substance** 165:*7*
**substantial** 131:*8*
135:*2*
**suitable** 53:*3*
**Suite** 2:*9*
**summary** 72:*1* 94:*4,*
*16, 19, 22* 95:*16*
96:*25* 97:*2*
**supervised** 51:*23*
**supervision** 166:*6*
**supervisor** 30:*7, 9*
**supervisors** 28:*10, 13*
30:*3, 6*
**supplemental** 36:*1, 3*
**supplier** 32:*22* 38:*15*
136:*7, 8, 13*
**suppliers** 134:*3*
135:*20*
**supply** 134:*3*

**SUPPORT** 4:*1* 43:*3*
101:*22* 122:*5*
**suppressers** 29:*20, 21*
30:*19*
**sure** 9:*8* 14:*23*
19:*10* 22:*6, 20* 26:*22*
31:*20* 32:*13* 33:*14*
34:*17* 38:*18* 54:*5*
56:*14* 73:*25* 74:*22,*
*23, 24* 77:*19, 25*
92:*12* 95:*8* 102:*5*
103:*4* 109:*25* 121:*6,*
*8* 133:*25* 136:*16*
138:*17* 146:*4, 15, 23*
149:*2* 154:*11* 157:*5*
159:*2* 162:*19*
**surfacing** 156:*9*
**survey** 130:*14*
**surveys** 124:*18*
142:*16, 17, 23* 143:*3*
**sustaining** 101:*21*
**swear** 5:*21*
**sworn** 6:*8, 25*
165:*13* 166:*4*
**synonymous** 107:*20*
121:*13*
**system** 10:*16, 19*
12:*14, 18* 25:*16* 28:*4,*
*7* 35:*12* 42:*7* 43:*10*
45:*18, 20* 46:*6* 53:*18*
57:*18* 67:*15* 68:*8, 22*
95:*3, 4* 96:*2* 104:*13*
117:*3* 120:*18, 19*
121:*11* 122:*3, 24*
123:*17* 124:*11, 16*
125:*13, 18* 127:*12, 14*
129:*8, 9* 131:*13, 25*
132:*3* 135:*3* 136:*2,*
*15* 143:*4*
**systems** 116:*23*

**< T >**
**table** 19:*16* 39:*21*
**tailored** 122:*21*
**take** 8:*12* 19:*12*
33:*22* 56:*20* 57:*22*
59:*14* 78:*10* 113:*15*
117:*24* 120:*25*
131:*19* 133:*17, 22*

**taken** 1:*13* 5:*10*
19:*18* 59:*19* 65:*16*
93:*19* 113:*23* 147:*24*
157:*19* 166:*3*
**takes** 36:*3* 94:*13*
135:*14* 148:*24*
**talk** 21:*12* 30:*21*
31:*8* 50:*3* 51:*9*
60:*19* 82:*19* 95:*25*
100:*15* 152:*11, 25*
153:*1* 159:*20*
**talked** 11:*6* 45:*17*
122:*11* 126:*7* 152:*19*
**talking** 26:*22* 34:*8*
40:*1* 49:*10, 18* 52:*1,*
*12, 24* 57:*2* 71:*4*
78:*22* 79:*2* 148:*21*
156:*21* 157:*9, 10*
158:*3, 9, 14* 160:*1, 10,*
*22*
**talks** 52:*22*
**tangent** 112:*13*
**targets** 45:*10*
**task** 137:*17*
**Taylor** 73:*21, 23*
74:*15* 101:*11*
**team** 15:*5, 24* 16:*10*
43:*2, 5, 7, 8, 14, 15, 24*
45:*2, 7, 8* 46:*12, 13,*
*18* 62:*6* 66:*4, 23*
74:*1, 8, 10, 25* 91:*25*
129:*21, 23* 135:*7*
152:*9, 20*
**teams** 59:*9*
**Technology** 114:*9*
**tell** 39:*24* 49:*19*
69:*5* 79:*20* 114:*5*
116:*2* 124:*14* 153:*10*
156:*6* 159:*16* 166:*4*
**telling** 85:*12*
**ten** 36:*14* 50:*21*
52:*18* 60:*7* 65:*23*
**term** 116:*10, 21*
**terms** 11:*17* 37:*16*
42:*1* 43:*1* 48:*11*
49:*19* 66:*22* 93:*8*
124:*17*
**Test** 3:*11* 23:*1, 2*
24:*12, 14, 20, 23*
42:*21* 51:*4* 53:*14, 18,*

23 54:*8* 55:*8, 21*
86:*17* 97:*11* 98:*4*
121:*25* 125:*20*
135:*14* 136:*22*
153:*15*
**tested** 51:*12* 54:*22*
58:*20* 97:*15*
**testified** 109:*13*
154:*12* 159:*24, 25*
**testify** 8:*16* 9:*2* 82:*5*
**testifying** 6:*7* 34:*10,*
*18*
**TESTIMONY** 3:*3*
166:*3, 5, 7*
**testing** 21:*2, 3, 8, 14,*
*16, 20, 22* 22:*6, 12, 18,*
*22, 24* 23:*5, 9, 11, 13,*
*21* 24:*5, 25* 25:*5, 8,*
*23* 27:*1, 8, 14* 42:*21*
47:*9, 11* 51:*19, 22*
52:*2, 4, 7* 55:*3, 9, 16,*
*19* 56:*6, 9, 16, 23, 25*
57:*4, 8, 15* 58:*1, 8, 19*
59:*11* 61:*22* 83:*2*
95:*2* 96:*5, 6* 97:*8*
99:*17* 108:*15, 19*
111:*17* 122:*13* 124:*3,*
*6* 134:*17* 137:*7, 12*
146:*22* 147:*12, 16*
148:*14* 149:*21* 150:*6*
153:*14* 161:*18, 22*
**tests** 23:*22* 24:*10*
25:*16* 90:*5* 98:*14*
124:*8* 139:*14*
**Texas** 33:*3*
**texted** 111:*8*
**T-H** 44:*22*
**Thank** 8:*13* 52:*13*
63:*19* 140:*6*
**Thanks** 59:*15*
**thereof** 166:*9*
**thing** 13:*22* 104:*15*
126:*21* 130:*11* 134:*2*
**things** 11:*12* 17:*23*
18:*12* 45:*15* 59:*10*
63:*16* 73:*2* 88:*16*
89:*4, 9* 93:*18* 102:*22*
103:*2* 104:*7, 11*
115:*15* 116:*12*
117:*22* 121:*4* 122:*12*

123:*22*  124:*18*
126:*18, 23*  127:*7, 24*
132:*1, 18*  133:*4, 6*
**think**  6:*18*  8:*14*
9:*24*  14:*19*  31:*10*
35:*1*  40:*1*  59:*13*
75:*6*  90:*21*  99:*9*
100:*16*  115:*22*
116:*19*
**thinking**  138:*23*
**third**  41:*12*  42:*5*
100:*15*
**third-party**  18:*11*
66:*21*  123:*4, 6*
**Tho**  125:*17*
**Thomele**  44:*18, 22,*
*23*  152:*4, 8, 20*
**thought**  41:*24*  52:*1*
**thousand**  38:*11*
**thousands**  143:*19*
**three**  28:*15, 25*  38:*6,*
*7*  42:*1*  53:*7*  99:*24*
100:*7*  103:*7, 9*
104:*21*  105:*16*
115:*23*  125:*17*  156:*8*
**Thursday**  1:*10*
**tie**  125:*16*
**tied**  45:*21*
**tiered**  127:*16, 17*
**ties**  46:*10*  66:*8*
122:*4, 15*
**time**  5:*7, 8*  8:*9*  14:*3*
26:*6, 9, 20, 23*  35:*23*
41:*8, 9*  42:*23*  49:*18*
50:*10*  57:*14*  74:*1, 4*
75:*17*  76:*5, 7, 11, 13*
78:*11*  81:*14*  94:*4, 15,*
*19, 21*  95:*6, 15*  96:*15,*
*25*  99:*1*  109:*13*
112:*8*  119:*10*  128:*15,*
*19, 22*  134:*14, 19*
135:*5, 6*  136:*8*
138:*22*  143:*22*
151:*11*  152:*25*
157:*10*  166:*4*
**times**  129:*6*  135:*24*
**timing**  96:*19*
**title**  29:*2, 14*  43:*20*
151:*4*

**titles**  30:*5*  43:*25*
**toda**  49:*24*
**today**  5:*19*  7:*14*
8:*16*  9:*3*  79:*25*
98:*25*  103:*21*  130:*22*
**Today's**  5:*6*  20:*6*
49:*24*
**told**  86:*10, 11*  95:*10*
98:*19*  157:*25*
**tolerance**  126:*24*
**Toner**  74:*5*  101:*11*
**tools**  117:*15*  118:*20*
123:*25*
**top**  41:*4*  46:*16*  53:*2*
54:*24*  68:*7*  80:*6*
120:*20*  125:*14*  126:*2*
133:*8*
**Topic**  8:*22, 23*  14:*1*
16:*15, 22*  24:*22*
30:*21*  63:*16*
**topics**  8:*20, 21*  9:*3*
111:*14*  158:*25*
**top-level**  50:*4*
**tops**  142:*3*
**total**  27:*20*
**totally**  32:*16*
**touch**  16:*16*
**track**  108:*11, 13*
122:*9*
**tracked**  95:*14*  131:*22*
**tracker**  108:*3, 5, 23*
**tracking**  108:*7*
**tracks**  67:*19*
**trade**  114:*8*
**trained**  90:*17*
**trainer**  129:*22*
**training**  90:*17*
114:*19*  115:*15*
116:*24*  117:*18*
129:*21*  130:*24*
**transcript**  163:*6, 12*
**transcription**  165:*5*
166:*7*
**tree**  43:*11*  45:*6, 22*
46:*4, 13, 15*  47:*2, 4*
48:*6, 16, 21, 22, 24*
49:*16, 23*  50:*2, 3, 12,*
*14*
**trending**  129:*15*

135:*11*
**tried**  9:*23*
**trigger**  109:*5*  153:*12,*
*20, 25*  154:*4, 13, 19*
155:*4, 5, 10, 12*
156:*11, 23, 25*  157:*1,*
*2, 19*  158:*18*  159:*17,*
*21*  160:*13, 17, 19*
161:*19, 20*
**trouble**  127:*3*
**true**  40:*19*  166:*7*
**truly**  8:*4*
**truth**  166:*5*
**truthfully**  86:*25*  87:*5*
**try**  7:*22*  13:*9*  16:*3*
25:*20*  64:*25*  93:*17*
96:*7*  115:*20*
**trying**  18:*15*  40:*22*
48:*15*  111:*12*  118:*12*
150:*16*
**turned**  6:*19*
**two**  8:*21*  28:*10, 12*
30:*2, 6*  68:*8, 9*  74:*22*
93:*16*  94:*2, 11*  98:*8*
103:*7, 8*  117:*13*
118:*4, 18*  119:*14*
125:*15*  150:*11*
**two-page**  49:*2*
**TXT**  163:*8, 10*
**type**  14:*22*  31:*22*
66:*10*  67:*6*  98:*5*
130:*11*
**typically**  17:*7*  37:*10*
71:*7*

**< U >**
**U-H-L**  99:*9*
**Ulm**  99:*9, 16*
**understand**  8:*18, 25*
13:*10*  14:*8*  15:*10*
18:*16*  25:*21*  31:*10*
47:*19*  48:*2, 15*  62:*23*
90:*20*  98:*3*  121:*1, 23*
124:*21*  137:*14*  138:*6*
146:*12*  150:*16*
154:*24*
**understanding**  16:*4*
87:*1*  109:*17*  154:*17*
**understood**  9:*8*

98:*16*  145:*13*
**undocumented**  160:*22*
**unhappy**  138:*4*
**unintended**  145:*14*
146:*18*  147:*11*
148:*10, 13, 15, 21*
149:*7, 11, 19*  150:*6,*
*13*  152:*14*  153:*8*
**UNITED**  1:*2*  5:*13*
33:*1*
**universe**  38:*8*
**unknown**  13:*4, 5, 6, 7*
**unpack**  13:*9*
**unsafe**  21:*21, 24*
**upfront**  56:*4, 9, 16,*
*24*  102:*7*
**upgrade**  20:*17, 21*
82:*8, 9*  83:*20*  109:*2*
**usage**  90:*16*
**use**  47:*1*  80:*1*  89:*14*
96:*2*  124:*1*  130:*14*
138:*24*  143:*4, 18*
144:*2*
**user**  133:*5*
**uses**  57:*17*
**Usually**  14:*5*  17:*6*
38:*6*  152:*11*

**< V >**
**Validate**  55:*12*
118:*20*
**validation**  22:*22*
23:*5, 14, 23*  24:*9, 21*
55:*9, 19, 21*  56:*6, 9,*
*15, 24*  57:*5*  65:*17*
71:*1*  139:*3*
**variation**  116:*11, 13,*
*16*
**variety**  98:*1*  145:*22*
**vast**  33:*16*
**vendor**  32:*21*
**versus**  5:*12*  34:*13, 21*
**vice**  43:*21, 23*  44:*2,*
*5, 10, 12, 13*  120:*12*
**Video**  1:*12*  2:*18*  5:*7,*
*9, 16*  160:*3, 11*
162:*21*  163:*2*
**VIDEOGRAPHER**
5:*4*  59:*16, 22*  78:*1, 7*
114:*1*  162:*16, 20*

**videos** 155:*17* 156:*9,
*17* 157:*17, 24* 158:*2,
3, 4, 8, 16, 20* 159:*25*
160:*9, 23*
**vloggers** 160:*10*
**voice** 7:*5*
**voluntary** 20:*16, 17,
19, 21* 82:*8, 9* 109:*2*
**VP** 87:*19*
**VPs** 43:*9*
**vs** 1:*6*

**< W >**
**wait** 26:*18*
**wall** 157:*19*
**want** 9:*10* 13:*23*
15:*4* 16:*3* 18:*12*
19:*10* 30:*21, 23*
38:*13, 19* 40:*23*
41:*11* 46:*8* 47:*1*
49:*14* 50:*20* 51:*9*
57:*2* 61:*6* 62:*9* 63:*6*
67:*8* 77:*14* 81:*10*
83:*6* 84:*14* 85:*2*
86:*6* 89:*25* 90:*20*
91:*13* 93:*15* 111:*5*
115:*20* 118:*15*
126:*19* 127:*8* 128:*3*
129:*17* 130:*6* 131:*18*
138:*4, 5, 6* 140:*2*
146:*3, 14* 149:*4*
158:*22* 159:*1* 162:*6*
163:*12, 13*
**wanted** 24:*24* 25:*15*
81:*6* 108:*14, 16*
**wants** 49:*11*
**warranty** 122:*7*
**Washington** 143:*16*
**way** 15:*12, 13* 44:*21*
85:*18* 87:*9* 104:*9*
124:*5* 135:*4* 153:*21*
160:*18*
**ways** 127:*10* 161:*7*
**weapon** 9:*17, 22*
10:*11* 11:*23* 15:*8, 14*
16:*17* 21:*1, 24* 23:*1*
**weapons** 11:*3* 21:*17*
95:*13* 97:*18*
**week** 100:*21, 23*

**weekly** 101:*1, 4, 6*
103:*24* 106:*17*
128:*12*
**weeks** 156:*8*
**weighed** 133:*2*
**weight** 63:*4* 129:*16*
**weighted** 63:*17*
**well** 8:*12* 11:*10*
24:*11, 16, 24* 26:*3*
27:*20* 33:*1, 12* 35:*9,
14* 36:*8, 17* 40:*12*
42:*25* 45:*3* 48:*15*
50:*8* 54:*3* 59:*1*
60:*21* 61:*18* 62:*2, 11*
64:*3, 7* 66:*14* 68:*4*
70:*22* 71:*21* 75:*1, 12*
87:*19* 90:*15* 91:*16*
93:*2* 94:*23* 102:*24*
105:*1* 107:*3* 110:*15*
111:*14* 114:*10*
115:*12* 117:*7, 15*
118:*5* 121:*18* 123:*4*
126:*14* 129:*1* 131:*12*
134:*25* 135:*9* 137:*14*
141:*13, 15* 142:*25*
143:*22* 144:*8* 150:*16*
155:*15* 156:*6* 158:*12,
20* 159:*9* 161:*1, 6, 22*
162:*11*
**well-known** 115:*19*
**went** 69:*9* 97:*19*
103:*25* 106:*20* 108:*1,
3, 6* 112:*13* 115:*22,
23*
**we're** 24:*2* 34:*8*
38:*16* 40:*3, 7* 49:*9*
50:*16* 52:*5* 59:*7*
65:*11, 14* 77:*4* 83:*8*
91:*12* 95:*8* 102:*21,
25* 103:*1* 111:*13*
121:*6* 124:*21* 126:*21,
22* 127:*2* 130:*5, 21*
131:*1, 24* 133:*21, 25*
142:*9* 143:*22, 24*
157:*10* 158:*12* 160:*4*
**West** 2:*13*
**we've** 38:*16* 45:*10*
58:*9, 10* 121:*8*
130:*22* 133:*14*

135:*20, 24* 137:*9*
153:*16* 161:*24*
**whatsoever** 89:*13*
**wide** 67:*3*
**wide-ranging** 67:*17*
**witness** 1:*14* 5:*22*
6:*7, 8* 19:*21* 20:*19*
22:*9* 26:*15* 33:*11*
34:*15, 23* 42:*19*
52:*22* 53:*25* 54:*20*
55:*6* 57:*10* 58:*4*
62:*20* 64:*1, 19* 70:*11*
71:*18* 75:*9, 16* 80:*25*
82:*13* 83:*1, 14* 84:*3*
86:*8* 88:*3, 10* 89:*19*
92:*9, 17* 96:*19* 98:*23*
99:*5, 19, 21* 103:*14*
104:*3* 109:*23* 111:*1*
113:*1, 12* 126:*16*
138:*14* 140:*5, 15*
141:*2, 21* 143:*22*
144:*8* 145:*2, 21*
146:*11* 147:*1* 148:*17*
151:*16, 22* 152:*24*
153:*24* 154:*7, 9, 24*
155:*9, 22* 157:*5, 7*
158:*2, 12* 159:*14*
160:*7, 9* 161:*16*
162:*2, 25* 166:*8, 10*
**won** 81:*1*
**words** 136:*10*
**work** 9:*14* 10:*24*
12:*20* 24:*2* 25:*14*
28:*5, 25* 29:*1* 47:*24*
55:*14* 57:*11, 13* 80:*6*
95:*6* 118:*12* 124:*22*
125:*17* 127:*4* 137:*22*
141:*6, 11*
**worked** 72:*10* 73:*14*
74:*18, 24* 76:*14*
87:*14* 147:*4*
**workflow** 50:*22*
**working** 45:*14* 83:*15*
89:*12* 91:*6* 95:*8*
108:*21, 22* 125:*22*
128:*19*
**works** 50:*1* 125:*13*
**world-recognized**
66:*16*

**write** 136:*3*
**writes** 142:*22*
**written** 71:*16* 150:*24*
151:*1*
**wrong** 31:*13* 98:*11*
129:*15*

**< Y >**
**Yeah** 6:*17* 10:*3*
18:*15* 29:*9* 44:*2, 22,
25* 51:*21* 52:*5* 56:*21*
69:*11* 72:*16* 74:*24*
77:*19, 22* 78:*14* 79:*5,
22* 80:*19* 82:*11*
86:*18* 93:*12* 96:*19*
103:*8* 104:*23* 114:*7*
116:*4* 119:*21* 122:*21*
130:*21* 135:*16*
162:*18* 163:*7, 13*
**year** 40:*11* 45:*5, 13*
46:*8, 9* 47:*22* 48:*7,
10, 12, 20* 49:*7* 61:*5,
7* 62:*12, 13* 63:*2, 13*
129:*4, 18, 19* 130:*2, 4,
24*
**years** 64:*23* 70:*6*
76:*19* 87:*15* 104:*22*
105:*16* 114:*20, 24*
120:*15* 147:*5* 150:*5*
**yellow** 127:*23*
**Yep** 147:*6*
**York** 2:*9*
**YouTube** 158:*3*
160:*9*

**< Z >**
**Zoom** 1:*13* 2:*1* 39:*3*
50:*23*

**WORD LIST**

**< 0 >**
**03801** *(1)*
**08002** *(1)*

**< 1 >**
**1** *(2)*
**1:23** *(2)*
**10:08** *(2)*
**100** *(2)*
**10577** *(1)*
**11** *(2)*
**11:14** *(2)*
**11:27** *(2)*
**11:48** *(2)*
**11th** *(1)*
**12:27** *(2)*
**12:32** *(2)*
**14** *(1)*
**14th** *(1)*
**15** *(6)*
**150** *(1)*
**16** *(5)*
**1650** *(1)*
**17** *(4)*
**18** *(1)*
**184** *(1)*
**19103** *(1)*
**1916** *(1)*
**1983** *(2)*
**1988** *(1)*
**1992** *(1)*

**< 2 >**
**2** *(2)*
**20** *(1)*
**2003** *(1)*
**2007** *(1)*
**2009** *(1)*
**2010** *(4)*
**2012** *(4)*
**2013** *(2)*
**2014** *(2)*
**2015** *(4)*
**2016** *(12)*
**2017** *(20)*
**2018** *(1)*
**202** *(1)*

**2021** *(1)*
**2025** *(4)*
**213** *(1)*
**215.496.8282** *(1)*
**22** *(2)*
**22nd** *(1)*
**2-6.1** *(4)*
**27th** *(1)*
**28** *(1)*
**28th** *(1)*

**< 3 >**
**3** *(2)*
**3:23-cv-00978-MEM**
  *(1)*
**30-page** *(4)*
**320** *(7)*
**365** *(1)*
**38** *(1)*

**< 4 >**
**4** *(2)*
**42148** *(3)*
**45** *(1)*
**4th** *(1)*

**< 5 >**
**50** *(1)*
**500** *(1)*
**50-some** *(1)*
**52nd** *(1)*

**< 6 >**
**6** *(1)*
**646.708.4844** *(1)*

**< 7 >**
**7** *(1)*
**70** *(1)*
**72** *(1)*

**< 8 >**
**8** *(1)*
**856.429.5300** *(1)*

**< 9 >**
**9** *(7)*
**9001** *(5)*
**93** *(1)*

**9th** *(2)*

**< A >**
**a.m** *(8)*
**abbreviation** *(1)*
**able** *(5)*
**absolutely** *(5)*
**abuse** *(1)*
**abused** *(4)*
**ac** *(1)*
**acceptable** *(2)*
**accepting** *(1)*
**access** *(6)*
**accessory** *(1)*
**accidental** *(2)*
**accommodate** *(3)*
**accreditation** *(1)*
**acknowledge** *(2)*
**ACKNOWLEDGMEN**
**T** *(1)*
**act** *(3)*
**acting** *(1)*
**ACTION** *(26)*
**actions** *(6)*
**actively** *(1)*
**activity** *(2)*
**actual** *(11)*
**actuate** *(2)*
**actuated** *(1)*
**actuation** *(4)*
**added** *(2)*
**addition** *(2)*
**additional** *(4)*
**address** *(15)*
**addressed** *(5)*
**administer** *(1)*
**administered** *(1)*
**Administration** *(1)*
**admission** *(1)*
**Adrian** *(4)*
**Affidavits** *(2)*
**affirmed** *(2)*
**aforesaid** *(1)*
**agencies** *(1)*
**Agency** *(3)*
**ago** *(2)*
**agree** *(5)*
**agreement** *(1)*
**ahead** *(6)*

**AJ** *(1)*
**al** *(3)*
**allegation** *(3)*
**allowed** *(2)*
**allows** *(3)*
**alterations** *(1)*
**altered** *(3)*
**Amanda** *(1)*
**amendment** *(1)*
**American** *(3)*
**analysis** *(4)*
**analyze** *(1)*
**analyzing** *(2)*
**angle** *(1)*
**angles** *(6)*
**annual** *(1)*
**annually** *(2)*
**ANSWER** *(50)*
**answered** *(10)*
**answering** *(1)*
**answers** *(2)*
**Antonio** *(9)*
**anymore** *(1)*
**anyway** *(1)*
**apologies** *(1)*
**apologize** *(3)*
**appearances** *(1)*
**appearing** *(1)*
**applied** *(4)*
**apply** *(1)*
**appropriate** *(1)*
**area** *(4)*
**areas** *(9)*
**arises** *(1)*
**Army** *(1)*
**arose** *(1)*
**article** *(6)*
**aside** *(2)*
**Asked** *(15)*
**asking** *(11)*
**aspects** *(2)*
**ASQ** *(1)*
**assem** *(1)*
**assemble** *(1)*
**assemblies** *(1)*
**assembling** *(1)*
**assembly** *(6)*
**assess** *(4)*
**assessing** *(1)*

assessment  *(13)*
assessments  *(4)*
assigned  *(2)*
associated  *(2)*
ASSOCIATES  *(1)*
Assuming  *(1)*
assurance  *(1)*
assure  *(2)*
assured  *(1)*
attached  *(1)*
attachment  *(4)*
attempt  *(1)*
attended  *(3)*
attendees  *(1)*
attention  *(13)*
attest  *(1)*
attorneys  *(1)*
audit  *(25)*
audited  *(3)*
auditee  *(1)*
auditees  *(1)*
auditing  *(2)*
audits  *(16)*
August  *(3)*
aut  *(1)*
author  *(2)*
authored  *(1)*
authorities  *(2)*
authors  *(1)*
auto  *(2)*
automated  *(3)*
automatically  *(1)*
automation  *(1)*
avoid  *(1)*
aware  *(17)*

< B >
baby  *(1)*
bachelor  *(1)*
Bachelor's  *(1)*
back  *(19)*
background  *(4)*
bad  *(1)*
ban  *(1)*
bands  *(1)*
bar  *(1)*
Barbara  *(2)*
barrel  *(3)*
based  *(6)*

basic  *(2)*
basically  *(4)*
basis  *(2)*
Bass  *(1)*
bed  *(1)*
beginning  *(6)*
behalf  *(1)*
believe  *(10)*
Belt  *(5)*
BENDESKY  *(2)*
benefit  *(1)*
best  *(7)*
better  *(4)*
Beuhler  *(1)*
beyond  *(9)*
bid  *(1)*
bit  *(11)*
Black  *(4)*
board  *(4)*
body  *(1)*
boils  *(1)*
BOODY  *(5)*
books  *(2)*
boss  *(3)*
bottom  *(4)*
bought  *(1)*
Boulevard  *(1)*
box  *(5)*
Bradley  *(1)*
Brasseur  *(1)*
break  *(12)*
breath  *(2)*
brief  *(2)*
briefly  *(3)*
bring  *(2)*
brings  *(1)*
broad  *(15)*
broadly  *(1)*
broken  *(1)*
brought  *(23)*
build  *(15)*
builds  *(1)*
built  *(3)*
bullet  *(2)*
bunch  *(1)*
burr  *(4)*
business  *(10)*
business-related  *(1)*
buy  *(8)*

buying  *(1)*

< C >
Cabela  *(1)*
calibers  *(2)*
call  *(12)*
called  *(14)*
calls  *(4)*
capacity  *(3)*
car  *(1)*
career  *(1)*
carefully  *(1)*
carriage  *(1)*
case  *(6)*
cases  *(2)*
catch  *(1)*
categories  *(1)*
categorize  *(1)*
category  *(2)*
Catruch  *(5)*
C-A-T-R-U-C-H  *(1)*
cause  *(1)*
Center  *(1)*
CEO  *(1)*
certain  *(11)*
certainly  *(2)*
certainty  *(1)*
certifi  *(1)*
certification  *(5)*
certifications  *(6)*
Certified  *(14)*
certify  *(3)*
cetera  *(1)*
chance  *(1)*
change  *(12)*
changed  *(3)*
changes  *(6)*
characteristics  *(1)*
chart  *(1)*
check  *(2)*
checks  *(15)*
Cherry  *(1)*
Chicago  *(1)*
chief  *(2)*
choice  *(1)*
chose  *(2)*
Chris  *(2)*
chronological  *(1)*
circumstances  *(2)*

cited  *(1)*
CIVIL  *(1)*
clarify  *(4)*
clear  *(5)*
close  *(3)*
closing  *(1)*
clutch  *(1)*
clutches  *(1)*
coaching  *(1)*
codes  *(1)*
Cohen's  *(3)*
collect  *(7)*
collected  *(1)*
collects  *(1)*
combination  *(1)*
come  *(14)*
comes  *(5)*
coming  *(2)*
commercial  *(1)*
commission  *(1)*
committed  *(1)*
common  *(4)*
communicate  *(3)*
communication  *(1)*
company  *(28)*
company's  *(1)*
complaints  *(2)*
complete  *(7)*
completed  *(2)*
completely  *(2)*
completion  *(2)*
compliance  *(5)*
complies  *(1)*
comply  *(4)*
component  *(4)*
components  *(14)*
comprehensive  *(1)*
computer-aided  *(1)*
concern  *(3)*
concerned  *(1)*
concluded  *(1)*
concludes  *(1)*
concrete  *(2)*
condition  *(6)*
conduct  *(3)*
conducted  *(4)*
conducts  *(1)*
conformance  *(2)*
conforming  *(2)*

Case 3:23-cv-00978-JFS    Document 95-10    Filed 11/26/25    Page 191 of 198

Deposition of Edward James Murphy, Jr.                      James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

confusing  (1)
confusion  (2)
consider  (4)
consideration  (3)
considerations  (3)
considered  (4)
considering  (1)
considers  (1)
consist  (1)
constraints  (2)
consulted  (2)
contact  (7)
contacted  (1)
contacts  (1)
contain  (2)
contained  (1)
containment  (1)
contend  (2)
context  (3)
continually  (3)
continue  (1)
continued  (4)
continuity  (4)
Continuous  (26)
contract  (13)
contracted  (1)
contracts  (3)
contractual  (1)
control  (103)
controlled  (4)
controls  (2)
control's  (3)
conversation  (1)
COO  (1)
coordinate  (1)
copy  (1)
corner  (1)
corporate  (4)
Correct  (94)
corrected  (1)
correction  (8)
corrections  (1)
corrective  (25)
correctly  (1)
cost  (4)
costing  (1)
costs  (2)
counsel  (7)
countries  (1)

couple  (3)
course  (6)
courses  (1)
COURT  (13)
cover  (1)
covered  (1)
create  (2)
created  (5)
creation  (1)
credence  (1)
Criminal  (1)
critical  (1)
criticality  (1)
Crosstalk  (1)
crown  (1)
curious  (1)
current  (5)
currently  (1)
customer  (33)
customers  (12)
cut  (1)
cycle  (1)
cycles  (1)

< D >
damage  (1)
data  (8)
database  (1)
date  (2)
Dave  (11)
day  (7)
days  (1)
day's  (1)
daytime  (1)
deal  (2)
deburring  (1)
December  (4)
decide  (1)
decides  (1)
decisions  (1)
deemed  (1)
defect-free  (1)
Defendant  (1)
Defendants  (1)
define  (1)
defining  (1)
definitely  (3)
definitively  (1)
degree  (1)

delegated  (1)
demonstrate  (2)
DENNISON  (130)
Dennison.......................
..........114  (1)
Dennison's  (1)
department  (14)
departments  (3)
depend  (4)
depending  (1)
depends  (22)
deploy  (6)
deployed  (3)
deploys  (1)
DEPONENT  (3)
deposed  (1)
Deposition  (24)
describe  (1)
described  (1)
describes  (1)
DESCRIPTION  (1)
design  (103)
design/develop  (1)
designated  (9)
designed  (3)
designee  (10)
designer  (2)
designers  (4)
designing  (2)
designs  (1)
desires  (1)
detailed  (2)
details  (5)
detected  (2)
determination  (2)
determine  (10)
determined  (3)
develop  (8)
developers  (1)
development  (53)
developmental  (1)
develops  (1)
dictate  (1)
dictates  (2)
difference  (2)
different  (18)
differently  (1)
Digital  (1)
dine  (1)

ding  (1)
direct  (1)
direction  (2)
directly  (4)
director  (2)
disagree  (1)
disburse  (1)
discharge  (20)
discharged  (1)
discharges  (5)
discretion  (1)
discuss  (1)
discussed  (3)
discussing  (3)
discussion  (3)
discussions  (1)
dissected  (1)
distinction  (1)
DISTRICT  (4)
division  (5)
DMAIC  (2)
D-M-A-I-C  (1)
DOCS  (2)
document  (59)
Documented  (4)
documenting  (1)
DOCUMENTS  (20)
doing  (4)
dozens  (1)
draft  (2)
drafted  (3)
drafting  (1)
draw  (1)
drawing  (1)
drawings  (7)
drop  (81)
dropped  (9)
Dropping  (1)
drops  (2)
duly  (2)

< E >
earlier  (6)
early  (3)
easier  (1)
EASTERN  (2)
EBoody@mcda-
law.com  (1)
Ed  (3)

Deposition of Edward James Murphy, Jr.                    James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

education  (1)
educational  (1)
EDWARD  (5)
effects  (1)
efforts  (1)
eight  (1)
either  (4)
elements  (1)
ELISA  (3)
Email  (2)
embedded  (4)
employed  (1)
employees  (2)
employs  (1)
en  (1)
enforcement  (1)
enforcing  (1)
engineer  (8)
engineering  (52)
engineering's  (1)
engineers  (14)
engineer's  (1)
enhance  (4)
enhancement  (3)
enhancements  (2)
ensuing  (1)
ensure  (11)
entail  (1)
entailed  (1)
entity  (1)
entry  (3)
enumerated  (2)
environment  (1)
equipment  (1)
Ericka  (1)
ERRATA  (2)
escalate  (1)
Esposito  (1)
ESQUIRE  (5)
establish  (5)
established  (1)
estimate  (1)
et  (2)
eTran  (1)
evaluate  (1)
Everest  (2)
everybody  (1)
exactly  (4)
exam  (3)

examinations  (1)
examined  (1)
example  (9)
exams  (1)
Excel  (1)
excellence  (4)
Excuse  (1)
excused  (1)
execution  (1)
executive  (3)
exercise  (2)
Exhibit  (15)
EXHIBITS  (1)
expect  (4)
experience  (4)
expires  (1)
explain  (2)
explanation  (2)
explore  (1)
extent  (1)
external  (2)
extract  (1)
eyes  (1)

< F >
facilities  (1)
fact  (4)
fact-based  (1)
factors  (7)
factory  (3)
factual  (1)
factual-based  (1)
fail  (1)
failed  (1)
failing  (1)
failure  (5)
fair  (17)
fairly  (1)
fall  (2)
falls  (1)
familiar  (2)
far  (2)
Fault  (9)
faults  (3)
feature  (1)
February  (13)
federal  (2)
feedback  (5)
feel  (2)

feet  (2)
felt  (1)
field  (7)
fight  (1)
figure  (1)
filled  (1)
Final  (11)
finance  (1)
finances  (1)
financial  (1)
find  (7)
finding  (1)
findings  (4)
fine  (5)
finish  (7)
finished  (2)
fire  (36)
firearm  (11)
firearms  (9)
fired  (2)
fires  (4)
firing  (3)
firm  (1)
firm's  (1)
first  (43)
fit  (2)
five  (1)
fix  (2)
fixing  (1)
Floor  (4)
flow  (1)
flows  (3)
FMECA  (7)
focus  (1)
folks  (5)
follow  (8)
following  (3)
follows  (2)
follow-up  (1)
follow-ups  (1)
force  (1)
forced  (1)
foregoing  (1)
form  (86)
formal  (2)
forms  (3)
forwarded  (1)
found  (6)
Foundation  (2)

four  (8)
four-foot  (1)
four-hour  (2)
four-page  (1)
frame  (3)
frames  (1)
free  (2)
frequency  (1)
fresh  (1)
front  (1)
full  (5)
fully  (3)
function  (3)
functioning  (1)
further  (3)

< G >
gained  (1)
gate  (1)
gates  (2)
gathering  (1)
general  (9)
Generally  (2)
genuinely  (1)
German  (1)
Germany  (3)
getting  (4)
give  (12)
given  (11)
gives  (2)
glass  (1)
go  (74)
goal  (22)
goals  (5)
goes  (27)
going  (38)
good  (4)
Google  (1)
Goslin  (2)
government  (7)
governmental  (3)
governs  (1)
Graduated  (1)
Great  (3)
grid  (1)
ground  (1)
group  (9)
groups  (1)
guess  (2)

guidance  (2)
gun  (37)
guns  (10)
guy  (1)
guys  (3)

< H >
h/w  (1)
HAAZ  (134)
Haaz...............................
.....7,140  (1)
half  (1)
HALL  (4)
Hampshire  (2)
hand  (5)
handle  (1)
handled  (2)
handles  (1)
happen  (1)
happening  (2)
happy  (1)
hard  (3)
Hasevlat  (1)
hazard  (1)
head  (8)
hear  (2)
heard  (3)
Hearing  (3)
height  (4)
heights  (5)
held  (2)
helped  (1)
helpful  (2)
hey  (4)
high  (1)
higher  (2)
highest  (1)
highest-ranking  (1)
highly  (1)
high-quality  (2)
Hill  (1)
hit  (1)
Hold  (5)
holder  (1)
honestly  (1)
Hopefully  (1)
Houston  (1)
How's  (1)
human  (1)

hundred  (2)
hundreds  (1)
hypothetical  (1)

< I >
ICRA  (1)
identification  (4)
identified  (2)
identifies  (1)
identify  (1)
impact  (2)
implement  (1)
implementing  (1)
important  (4)
impose  (1)
imposed  (1)
impossible  (1)
improper  (1)
improve  (9)
improved  (1)
improvement  (31)
improvements  (4)
improves  (1)
improving  (2)
Inaudible  (1)
inception  (2)
incident  (4)
incidents  (4)
include  (4)
included  (11)
includes  (2)
including  (4)
incoming  (1)
Incorporated  (1)
incorrect  (1)
independently  (1)
INDEX  (1)
India  (6)
Indian  (2)
indicated  (1)
indicates  (4)
indicator  (3)
indicators  (3)
individual  (5)
individuals  (2)
INDO-MIM  (7)
indus  (1)
industry  (14)
industry/military  (1)

inferring  (1)
inform  (1)
informal  (1)
information  (19)
informed  (1)
initial  (6)
initiatives  (1)
injected  (1)
injection  (2)
in-process  (6)
input  (1)
inputs  (1)
inspect  (14)
inspected  (5)
inspecting  (2)
Inspection  (35)
inspections  (5)
inspectors  (4)
instance  (2)
instances  (1)
Institute  (3)
instruct  (1)
INSTRUCTION  (1)
instructions  (7)
intelligence  (1)
interaction  (1)
interactive  (2)
interested  (4)
internal  (22)
internal/external  (1)
internally  (1)
international  (4)
internationally-
recognized  (1)
introduce  (2)
introduced  (5)
introducing  (1)
introduction  (1)
investigate  (3)
investigates  (1)
investigating  (1)
investigation  (17)
Invites  (2)
involve  (1)
involved  (17)
involvement  (1)
ISO  (8)
isolate  (1)
isolated  (1)

issue  (82)
issued  (1)
issues  (48)
item  (1)
items  (1)
it'll  (3)
its  (10)

< J >
JAMES  (7)
January  (6)
Jeff  (1)
Jersey  (1)
Job  (3)
John  (2)
Johnson  (7)
joined  (3)
joining  (1)
Jordan  (2)
JOYCE  (1)
JR  (5)
jump  (2)
Justice  (1)

< K >
Keep  (2)
kept  (1)
key  (5)
kickoff  (4)
kin  (1)
kind  (15)
kit  (1)
Kittrick  (2)
knew  (2)
know  (183)
knowledge  (7)
known  (3)
Koehler  (1)
KPI  (1)
KRISTEN  (5)
kristen.dennison@littl
etonjoyce.com  (1)

< L >
large  (3)
larger  (3)
Larochelle  (2)
launched  (1)
launching  (1)

law *(2)*
lawyer *(1)*
leader *(1)*
learn *(2)*
learned *(3)*
leave *(3)*
leaves *(2)*
left *(4)*
lessons *(2)*
level *(18)*
levels *(3)*
Liberty *(1)*
lieu *(1)*
lightweight *(3)*
Line *(17)*
lines *(2)*
list *(9)*
literally *(1)*
little *(13)*
LITTLETON *(1)*
live *(1)*
lives *(1)*
living *(2)*
location *(1)*
locking *(1)*
log *(20)*
Logan *(2)*
logged *(3)*
logging *(2)*
logs *(2)*
long *(4)*
longer *(3)*
look *(31)*
looked *(3)*
looking *(11)*
looks *(3)*
loop *(1)*
lot *(14)*
low *(1)*
lower *(1)*
lower-level *(2)*

< M >
M17 *(2)*
M18 *(1)*
M18s *(1)*
machine *(15)*
machined *(2)*
maching *(1)*

machining *(3)*
main *(1)*
maintain *(3)*
major *(1)*
majority *(4)*
making *(8)*
manage *(1)*
managed *(2)*
management *(63)*
management's *(1)*
manager *(13)*
managers *(8)*
manager's *(1)*
manages *(2)*
managing *(2)*
Manhattanville *(1)*
manipulate *(1)*
manipulated *(1)*
manipulation *(2)*
manner *(2)*
Manual *(16)*
manufacturability *(1)*
manufacture *(10)*
manufactured *(5)*
manufactures *(1)*
manufacturing *(19)*
mark *(3)*
MARKED *(6)*
Market *(4)*
marketing *(5)*
Master's *(4)*
material *(8)*
matrix *(3)*
Matt *(5)*
matter *(5)*
Matt's *(1)*
MBA *(2)*
McAllister *(1)*
McDONNELL *(1)*
mean *(36)*
means *(3)*
meant *(2)*
measure *(1)*
measurement *(1)*
measurements *(1)*
measuring *(1)*
meat *(1)*
mechanical *(6)*
media *(1)*

meet *(11)*
Meeting *(10)*
meetings *(12)*
member *(1)*
members *(2)*
membership *(1)*
memory *(1)*
mentioned *(3)*
met *(3)*
metal *(2)*
metrics *(2)*
MHS *(1)*
microphone *(1)*
Middle *(1)*
mil *(1)*
mili *(1)*
military *(15)*
military's *(1)*
mil-standard *(2)*
MIM *(6)*
MIMs *(1)*
mini *(1)*
minimum *(2)*
minute *(1)*
minutes *(1)*
misno *(1)*
misnomer *(1)*
missed *(2)*
mission *(6)*
mitigate *(1)*
mode *(2)*
model *(6)*
models *(6)*
modes *(2)*
modify *(2)*
molded *(1)*
MONGELUZZI *(2)*
monitor *(5)*
monitored *(1)*
monitoring *(1)*
monitors *(1)*
month *(2)*
months *(3)*
move *(2)*
moved *(2)*
MRB *(1)*
multiple *(4)*
multiple-choice *(1)*
MURPHY *(16)*

mute *(1)*

< N >
name *(9)*
named *(1)*
names *(2)*
NANCI *(1)*
Nancy *(1)*
nature *(1)*
near *(1)*
necessarily *(7)*
necessary *(3)*
necessitate *(1)*
need *(31)*
needed *(7)*
needs *(7)*
neither *(1)*
never *(3)*
New *(16)*
Newington *(1)*
news *(2)*
newsworthy *(1)*
nick *(4)*
nine-page *(1)*
NMR *(1)*
noncompliant *(2)*
nonconform *(1)*
nonconforming *(2)*
nondevelopmental *(1)*
normal *(1)*
Notary *(7)*
noted *(3)*
Notice *(8)*
noticed *(1)*
notices *(1)*
notification *(2)*
notified *(2)*
notify *(1)*
November *(4)*
NUMBER *(13)*

< O >
oath *(4)*
Object *(11)*
objecting *(1)*
objection *(87)*
objections *(3)*
Objectives *(10)*
obtain *(2)*

obtaining  (1)
obviously  (1)
occurred  (1)
odd  (1)
offer  (1)
offhand  (2)
official  (1)
Oh  (5)
Okay  (181)
once  (9)
one-hour  (2)
one-minute  (1)
ones  (4)
open  (3)
operations  (3)
operators  (1)
opportunities  (6)
Oracle  (3)
order  (6)
orders  (2)
organization  (3)
organizational  (3)
organized  (1)
organizer  (4)
organizing  (1)
original  (1)
outcome  (1)
outlines  (1)
out-of-standard  (2)
out-of-state  (1)
output  (1)
outside  (7)
outstanding  (2)
overall  (14)
overcheck  (1)
oversee  (2)
oversight  (1)

< P >
P.C  (1)
p.m  (6)
P320  (87)
P320s  (2)
P320's  (2)
pack  (1)
packing  (1)
PAGE  (30)
pages  (2)
paper  (1)

parados  (1)
paramount  (6)
parlance  (1)
part  (62)
participating  (1)
particular  (30)
particularly  (1)
parties  (3)
parts  (59)
party  (2)
pass  (2)
passed  (11)
path  (1)
paths  (1)
Paul  (7)
PDF  (2)
Pease  (1)
PENNSYLVANIA  (6)
people  (9)
perfect  (1)
perfectly  (1)
perform  (6)
performance  (8)
performed  (6)
performs  (5)
period  (4)
person  (6)
personal  (3)
person's  (2)
pertinent  (4)
phase  (8)
phenomenon  (1)
Philadelphia  (1)
photographs  (1)
physical  (1)
physically  (1)
pick  (1)
pin  (1)
pins  (2)
pistol  (12)
pistols  (4)
pivot  (1)
Place  (11)
places  (1)
Plaintiffs  (1)
plan  (5)
planned  (2)
planner  (2)
planning  (2)

plans  (3)
plant  (1)
play  (1)
please  (19)
plus  (1)
point  (8)
points  (1)
police  (6)
policies  (2)
Policy  (15)
Polytechnic  (2)
poor  (2)
population  (2)
portion  (3)
position  (1)
possible  (1)
post  (2)
potatoes  (1)
potential  (4)
potentially  (1)
PowerPoint  (1)
Powers  (1)
practice  (4)
predated  (1)
prefer  (1)
preparation  (2)
prepare  (1)
prepared  (2)
prescribed  (1)
presence  (1)
present  (7)
presentations  (1)
preserve  (1)
president  (7)
presidents  (1)
Pressing  (1)
pressure  (5)
pretty  (2)
preventing  (1)
prevention  (1)
Preventive  (3)
PREVIOUSLY-
MARKED  (1)
principles  (1)
print  (1)
prints  (1)
prior  (5)
Pro  (2)
probably  (2)

problem  (12)
problems  (1)
procedure  (20)
procedures  (13)
proceeding  (1)
proceedings  (1)
process  (84)
process-based  (1)
processes  (14)
prod  (2)
produce  (3)
produced  (4)
producing  (4)
product  (57)
PRODUCTION  (23)
products  (26)
product's  (1)
Professional  (1)
program  (12)
project  (5)
projects  (13)
promised  (1)
pronounced  (1)
pronouncing  (1)
properly  (2)
propounded  (1)
protocol  (3)
protocols  (11)
provide  (6)
provided  (1)
provides  (1)
Public  (4)
pull  (12)
pulling  (2)
Purchase  (2)
purchased  (1)
purchasing  (1)
purely  (1)
purposes  (3)
pursuant  (2)
put  (7)
puts  (3)
putting  (5)

< Q >
QC  (4)
QMS  (8)
qual  (2)
qualified  (1)

Deposition of Edward James Murphy, Jr.                                          James Hall and Nanci Hall v. Sig Sauer, Inc., et al.

**Quality** *(190)*
**quality's** *(1)*
**quantity** *(1)*
**question** *(61)*
**QUESTION(S** *(1)*
**questioning** *(1)*
**questions** *(25)*
**quick** *(2)*
**quickly** *(2)*
**quite** *(1)*

**< R >**
**raise** *(2)*
**random** *(3)*
**range** *(15)*
**rank** *(6)*
**ranked** *(4)*
**ranking** *(4)*
**rankings** *(1)*
**reach** *(1)*
**read** *(6)*
**reading** *(1)*
**ready** *(1)*
**really** *(4)*
**rear** *(9)*
**rearward** *(5)*
**reason** *(8)*
**reasonably** *(1)*
**reasons** *(1)*
**recall** *(28)*
**receipt** *(2)*
**receive** *(4)*
**received** *(1)*
**receiver** *(2)*
**receiving** *(1)*
**recess** *(2)*
**recognized** *(1)*
**recollection** *(6)*
**record** *(19)*
**Recorded** *(4)*
**records** *(8)*
**recreated** *(1)*
**reduce** *(1)*
**reduced** *(1)*
**reduction** *(1)*
**refer** *(1)*
**REFERENCED** *(3)*
**referred** *(1)*
**referring** *(4)*

**refresh** *(1)*
**regardless** *(7)*
**registered** *(2)*
**registrar** *(1)*
**registrars** *(1)*
**registration** *(4)*
**regularly** *(1)*
**rejected** *(1)*
**relate** *(3)*
**related** *(14)*
**relates** *(3)*
**release** *(1)*
**released** *(11)*
**Releases** *(2)*
**releasing** *(3)*
**Relevant** *(2)*
**remainder** *(1)*
**remember** *(4)*
**Remick** *(2)*
**remind** *(1)*
**remotely** *(3)*
**removed** *(1)*
**Rensselaer** *(2)*
**repeat** *(9)*
**repeated** *(2)*
**repeatedly** *(1)*
**repeating** *(1)*
**report** *(23)*
**reported** *(4)*
**Reporter** *(11)*
**Reporting** *(3)*
**reports** *(11)*
**representative** *(3)*
**representatives** *(1)*
**Representing** *(3)*
**REQUEST** *(1)*
**requested** *(4)*
**requests** *(1)*
**require** *(6)*
**required** *(10)*
**requirement** *(3)*
**requirements** *(20)*
**requires** *(2)*
**reread** *(1)*
**resides** *(1)*
**resolve** *(1)*
**resolved** *(3)*
**resources** *(2)*
**respect** *(15)*

**respectfully** *(1)*
**respond** *(1)*
**responding** *(1)*
**response** *(2)*
**responses** *(1)*
**responsibility** *(2)*
**responsible** *(1)*
**rest** *(1)*
**result** *(2)*
**results** *(8)*
**return** *(1)*
**returned** *(1)*
**returns** *(5)*
**review** *(23)*
**reviewed** *(7)*
**reviewing** *(1)*
**reviews** *(8)*
**revised** *(1)*
**revision** *(4)*
**revisions** *(1)*
**rework** *(3)*
**rifle** *(2)*
**right** *(163)*
**right-hand** *(1)*
**risk** *(45)*
**risks** *(10)*
**Road** *(1)*
**robotic** *(1)*
**role** *(6)*
**roll** *(3)*
**rolled** *(1)*
**Ron** *(5)*
**room** *(1)*
**Route** *(1)*
**router** *(5)*
**rules** *(1)*
**run** *(1)*

**< S >**
**safe** *(9)*
**safely** *(1)*
**safety** *(16)*
**sale** *(3)*
**sales** *(5)*
**SALTZ** *(2)*
**Sam** *(11)*
**sample** *(4)*
**sampling** *(6)*
**SAMUEL** *(1)*

**San** *(9)*
**satisfaction** *(13)*
**satisfactory** *(1)*
**satisfy** *(1)*
**SAUER** *(73)*
**SAUER's** *(10)*
**saw** *(5)*
**saying** *(13)*
**says** *(6)*
**schedule** *(2)*
**schedules** *(1)*
**Science** *(4)*
**scope** *(32)*
**scrap** *(2)*
**screen** *(5)*
**scroll** *(7)*
**seal** *(1)*
**Sean** *(2)*
**second** *(7)*
**section** *(3)*
**sector** *(1)*
**security** *(1)*
**see** *(30)*
**seeing** *(7)*
**seen** *(20)*
**sees** *(1)*
**selected** *(3)*
**selection** *(1)*
**self-study** *(1)*
**send** *(4)*
**sending** *(1)*
**Senior** *(3)*
**sense** *(1)*
**sent** *(3)*
**sentence** *(2)*
**separate** *(6)*
**serial** *(1)*
**series** *(1)*
**serve** *(1)*
**service** *(12)*
**set** *(5)*
**seven** *(2)*
**seventh** *(1)*
**severity** *(1)*
**shaaz@smbb.com** *(1)*
**Shame** *(1)*
**share** *(4)*
**shared** *(1)*
**sharing** *(2)*

sheet *(2)*
sheets *(3)*
ship *(2)*
shipped *(4)*
shop *(9)*
shops *(5)*
short *(4)*
Shorthand *(2)*
show *(7)*
showed *(1)*
showing *(4)*
shown *(2)*
shows *(2)*
sic *(2)*
side *(1)*
SIG *(93)*
sight *(1)*
Sigma *(9)*
sign *(1)*
SIGNATURE *(1)*
signed *(1)*
signing *(1)*
SIG-QC *(2)*
Sigreporting *(1)*
similar *(4)*
simple *(1)*
single *(8)*
Sir *(1)*
sit *(5)*
situation *(7)*
situations *(1)*
six *(15)*
sixth *(1)*
size *(3)*
slide *(7)*
small *(2)*
social *(1)*
Society *(3)*
sold *(1)*
solution *(1)*
solve *(1)*
solvers *(1)*
somebody *(7)*
sorry *(12)*
sort *(1)*
sorts *(1)*
sought *(1)*
sounds *(1)*
sourcing *(2)*

spans *(1)*
speak *(2)*
speaking *(5)*
spec *(8)*
Specialist *(2)*
specific *(22)*
specifically *(9)*
specification *(1)*
specifications *(2)*
specifics *(2)*
specs *(1)*
spell *(1)*
spend *(1)*
spoke *(1)*
sprays *(1)*
spreadsheet *(13)*
springs *(2)*
staff *(1)*
stage *(2)*
stages *(1)*
stamp *(2)*
Stamping *(1)*
stampings *(1)*
Stamps *(1)*
standard *(20)*
standardization *(1)*
standards *(33)*
standing *(1)*
start *(6)*
started *(2)*
starting *(4)*
starts *(1)*
state *(6)*
statement *(3)*
state-of-the-art *(2)*
STATES *(4)*
stating *(1)*
statistical *(1)*
status *(1)*
stenographic *(1)*
stenographically *(1)*
step *(2)*
steps *(3)*
Stevens *(1)*
STIPULATIONS *(1)*
stock *(1)*
stop *(4)*
store *(1)*
straightforward *(2)*

strategic *(1)*
strategy *(1)*
Street *(1)*
strictly *(2)*
strike *(5)*
striker *(4)*
structure *(2)*
structured *(1)*
studied *(1)*
studying *(1)*
stuff *(2)*
subcategories *(1)*
subject *(15)*
subjected *(1)*
subjects *(1)*
submit *(2)*
Subscribed *(1)*
substance *(1)*
substantial *(2)*
suitable *(1)*
Suite *(1)*
summary *(8)*
supervised *(1)*
supervision *(1)*
supervisor *(2)*
supervisors *(4)*
supplemental *(2)*
supplier *(5)*
suppliers *(2)*
supply *(1)*
SUPPORT *(4)*
suppressers *(3)*
sure *(37)*
surfacing *(1)*
survey *(1)*
surveys *(5)*
sustaining *(1)*
swear *(1)*
sworn *(4)*
synonymous *(2)*
system *(44)*
systems *(1)*

< T >
table *(2)*
tailored *(1)*
take *(13)*
taken *(10)*
takes *(4)*

talk *(14)*
talked *(5)*
talking *(22)*
talks *(1)*
tangent *(1)*
targets *(1)*
task *(1)*
Taylor *(4)*
team *(29)*
teams *(1)*
Technology *(1)*
tell *(11)*
telling *(1)*
ten *(5)*
term *(2)*
terms *(9)*
Test *(23)*
tested *(4)*
testified *(4)*
testify *(3)*
testifying *(3)*
TESTIMONY *(4)*
testing *(76)*
tests *(7)*
Texas *(1)*
texted *(1)*
T-H *(1)*
Thank *(4)*
Thanks *(1)*
thereof *(1)*
thing *(7)*
things *(30)*
think *(14)*
thinking *(1)*
third *(3)*
third-party *(4)*
Tho *(1)*
Thomele *(6)*
thought *(2)*
thousand *(1)*
thousands *(1)*
three *(15)*
Thursday *(1)*
tie *(1)*
tied *(1)*
tiered *(2)*
ties *(4)*
time *(51)*
times *(2)*

**timing** *(1)*
**title** *(4)*
**titles** *(2)*
**toda** *(1)*
**today** *(8)*
**Today's** *(3)*
**told** *(5)*
**tolerance** *(1)*
**Toner** *(2)*
**tools** *(3)*
**top** *(10)*
**Topic** *(8)*
**topics** *(5)*
**top-level** *(1)*
**tops** *(1)*
**total** *(1)*
**totally** *(1)*
**touch** *(1)*
**track** *(3)*
**tracked** *(2)*
**tracker** *(3)*
**tracking** *(1)*
**tracks** *(1)*
**trade** *(1)*
**trained** *(1)*
**trainer** *(1)*
**training** *(8)*
**transcript** *(2)*
**transcription** *(2)*
**tree** *(19)*
**trending** *(2)*
**tried** *(1)*
**trigger** *(27)*
**trouble** *(1)*
**true** *(2)*
**truly** *(1)*
**truth** *(3)*
**truthfully** *(2)*
**try** *(8)*
**trying** *(6)*
**turned** *(1)*
**two** *(21)*
**two-page** *(1)*
**TXT** *(2)*
**type** *(6)*
**typically** *(3)*

**< U >**
**U-H-L** *(1)*

**Ulm** *(2)*
**understand** *(22)*
**understanding** *(4)*
**understood** *(3)*
**undocumented** *(1)*
**unhappy** *(1)*
**unintended** *(14)*
**UNITED** *(3)*
**universe** *(1)*
**unknown** *(4)*
**unpack** *(1)*
**unsafe** *(2)*
**upfront** *(5)*
**upgrade** *(6)*
**usage** *(1)*
**use** *(10)*
**user** *(2)*
**uses** *(1)*
**Usually** *(4)*

**< V >**
**Validate** *(2)*
**validation** *(17)*
**variation** *(3)*
**variety** *(2)*
**vast** *(1)*
**vendor** *(1)*
**versus** *(3)*
**vice** *(8)*
**Video** *(9)*
**VIDEOGRAPHER** *(8)*
**videos** *(14)*
**vloggers** *(1)*
**voice** *(1)*
**voluntary** *(7)*
**VP** *(1)*
**VPs** *(1)*
**vs** *(1)*

**< W >**
**wait** *(1)*
**wall** *(1)*
**want** *(55)*
**wanted** *(5)*
**wants** *(1)*
**warranty** *(1)*
**Washington** *(1)*
**way** *(10)*

**ways** *(2)*
**weapon** *(11)*
**weapons** *(5)*
**week** *(2)*
**weekly** *(6)*
**weeks** *(1)*
**weighed** *(1)*
**weight** *(2)*
**weighted** *(1)*
**well** *(72)*
**well-known** *(1)*
**went** *(10)*
**we're** *(39)*
**West** *(1)*
**we've** *(13)*
**whatsoever** *(1)*
**wide** *(1)*
**wide-ranging** *(1)*
**witness** *(81)*
**won** *(1)*
**words** *(1)*
**work** *(22)*
**worked** *(7)*
**workflow** *(1)*
**working** *(9)*
**works** *(2)*
**world-recognized** *(1)*
**write** *(1)*
**writes** *(1)*
**written** *(3)*
**wrong** *(3)*

**< Y >**
**Yeah** *(35)*
**year** *(24)*
**years** *(12)*
**yellow** *(1)*
**Yep** *(1)*
**York** *(1)*
**YouTube** *(2)*

**< Z >**
**Zoom** *(4)*