UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JAMES HALL, et al.,

      Plaintiff,

      v.

SIG SAUER, INC.,

      Defendant.

CIVIL ACTION NO. 3:23-CV-00978

(SAPORITO, J.)

## ORDER

AND NOW, this 21st day of April, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.     Sig Sauer's motion for reconsideration, or in the alternative, motion to certify our October, 2025, Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) (Doc. 89) is **DENIED**;

2.     Sig Sauer's motion for a protective order (Doc. 95) is **DENIED**; and

3.     The plaintiffs are permitted to schedule a deposition for Ron Cohen within **forty-five (45)** days after entry of this Order. The deposition

- 2 -

may be taken virtually or in person at a time and location convenient to

Mr. Cohen.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge

- 2 -