UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JAMES HALL, et al.,

      Plaintiffs,

      v.

SIG SAUER, INC.,

      Defendant.

CIVIL ACTION NO. 3:23-CV-0978

(SAPORITO, J.)

## ORDER

In accordance with our Order of June 2, 2026, *see* (Doc. 142), counsel for Sig Sauer, Inc. timely provided the court with an unredacted copy of the document Bates Stamped 5079 for an *in camera* review. Upon review of that document, the exhibit does not reflect communications between privileged persons made for the purpose of obtaining or providing legal assistance as required to invoke the attorney-client privilege. Moreover, it was not prepared in anticipation of litigation or for trial, and therefore it does not qualify for protection under the work product privilege.

Accordingly, **IT IS HEREBY ORDERED THAT** document Bates Stamped 5079 is not protected by either the attorney-client privilege or the work-product doctrine and Sig Sauer shall produce that document to

- 2 -

plaintiffs' counsel on or before June 23, 2026.


Dated: June 16, 2026          *s/Joseph F. Saporito, Jr.*
                              JOSEPH F. SAPORITO, JR.
                              United States District Judge

- 2 -